**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMIYAH ROBINSON,

Plaintiff,

v. Case No: 6:23-cv-1313-PGB-LHP

JOSHUA NATHAN PAYNE and
CITY OF TITUSVILLE, FLORIDA,

Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **RULE 2.01(C) MOTION FOR SPECIAL ADMISSION BY NON-RESIDENT ATTORNEY JOHN MARRESE (Doc. No. 2)** |
| **FILED:** | **July 13, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

John Marrese, Esq. may specially appear in this case as counsel for Plaintiff. Attorney Marrese shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and

password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorney Marrese. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties