UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIYAH ROBINSON,

Plaintiff,

v. Case No: 6:23-cv-1313-PGB-LHP

JOSHUA NATHAN PAYNE and
CITY OF TITUSVILLE, FLORIDA,

Defendants

---

# ORDER

Before the Court is a Rule 2.01(c) Motion for Special Admission by Non-Resident Attorney Paige Smith. Doc. No. 63. On review, the motion is **GRANTED.**

Paige Smith, Esq. may specially appear in this case as counsel for Plaintiff. Attorney Smith shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorney Smith. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**Orders permitting counsel to appear specially in this case shall not be construed as a finding that the work of multiple attorneys is necessary to prosecute or defend the case.**

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2025.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record