UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIYAH ROBINSON, AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF JAMES LOWERY,
DECEASED,

    Plaintiff,
v().                                                          Case No. 6:23-cv-01313-PGB-LHP

JOSHUA NATHAN PAYNE,
INDIVIDUALLY AND AS AN
AGENT AND EMPLOYEE OF THE
TITUSVILLE POLICE
DEPARTMENT, AND CITY OF
TITUSVILLE, FLORIDA,

    Defendants.
_____/

**EXHIBIT 3:** Body-worn camera video from Officer Joshua Payne via flash-drive
    (*submitted to the court under separate cover*)