Filing # 109777816 E-Filed 07/04/2020 10:25:31 AM

# ARREST/NOTICE TO APPEAR PROBABLE CAUSE AFFIDAVIT / JUVENILE REFERRAL

**FCIC/NCIC CHECK:** YES [X] NO
**OBTS Number:** 0501-410707
**Agency ORI Number:** FL0050000
**Agency Name:** Brevard County Sheriff's Office
**Agency Report Number:** 2020-00223393
**Agency Arrest Number:** 4050874

**Type:** [X] 1. Arrest
**Charge Type:** [X] 2. Traffic, [X] 4. Traffic Misdemeanor
**Weapon Seized/Type:** 2. No — Unarmed

**Location of Arrest:** 1585 Kings CT Titusville
**Location of Offense:** Singleton Ave/Dairy Rd, Titusville

**Date of Arrest:** 07/04/2020
**Time of Arrest:** 08:49
**Jail Date:** 07/04/2020
**Jail Time:** 10:00
**Date of Offense:** 07/03/2020

**Name (Last, First, Middle):** Lowery, James Garland
**Race:** Black  **Sex:** M  **DOB:** 12/22/1981  **Height:** 5'11  **Weight:** 170  **Eye Color:** Brown  **Hair Color:** Black  **Complexion:** Medium  **Build:** Tall

**Local Address:** 1585 Kings CT Titusville, FL 32796-
**Phone:** (321)362-3278
**Residence Type:** City

**Business Address:** Unemployed

**Driver's License State/Number:** FL L600447814620
**Place of Birth:** South Carolina
**Citizenship:** US

**Charge Description:** Fleeing & Eluding Police Officer
**Counts:** 1  **Statute Violation Number:** 316.1935.1  **Violation of Section (ORD):** Commit
**Bond Amount:** $2000.00
[X] PC

**Charge Description:** No Driver License-Never Had One
**Counts:** 1  **Statute Violation Number:** 322.03.1  **Violation of Section (ORD):** Commit
**Bond Amount:** $500.00
[X] PC

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
On the 3rd day of July, 2020 at 1638 [X] P.M.

On the above date and time, I attempted a traffic stop near the intersection of Singleton Avenue and Dairy Road, Titusville, Brevard County, Florida, on a black Dodge Charger (FL #IZGK07). The black male driver failed to yield to emergency lights and siren and fled southbound at a high rate of speed.

**Mandatory Appearance in Court**

**Officer's/Complainant's Signature:** Electronically Signed
**ID No./Dist.:** 0757  Patrol - North
**Name (Printed):** Ginther Christopher

**Sworn to subscribed before me, the undersigned authority this ___ day of 07/04/2020**
**Signature:** Electronically Signed
**Print or Type Name:** Wagner, Robert F

Exhibit 4
J. Robinson
Date 6-6-2025

| AGENCY NAME: Brevard County Sheriff's Office | BREVARD COUNTY, FLORIDA | AGENCY REPORT NO. 2020-00223393 |
|---|---|---|
| NARRATIVE Continuation  Page 2 of 2 | | |
| (Last, First, Middle) DEFENDANT/JUVENILE: Lowery, James, Garland | | OBTS NO: 0501-410707 |

| | Charge Description | | | | | | | Counts | ☐ F.S. ☐ Ord. | Statute Violation Number | Violation of Section (ORD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARGE | Activity | Drug Type | | Amount/Unit | | | | Bond Amount | | Court Number | |
| | ☐ PC  ☐ | ☐ AC | ☐ BW | ☐ FW | ☐ PW | ☐ Juv. PU | ☐ Citation | Date Issued | ☐ Writ-Att. | ☐ Domestic Viol. Inj. | ☐ Order of Arrest |
| | Charge Description | | | | | | | Counts | ☐ F.S. ☐ Ord. | Statute Violation Number | Violation of Section (ORD) |
| CHARGE | Activity | Drug Type | | Amount/Unit | | | | Bond Amount | | Court Number | |
| | ☐ PC  ☐ Capias | ☐ AC | ☐ BW | ☐ FW | ☐ PW | ☐ Juv. PU | ☐ Citation | Date Issued | ☐ Writ-Att. | ☐ Domestic Viol. Inj. | ☐ Order of Arrest |

On July 4, 2020, at approximately 0846 hours, Sgt. Prisco and I responded to 1585 Kings Court, Titusville, Brevard County, Florida, and found the black Charger parked in front of the residence. As we approached the residence on foot the same black male from the day before was sitting outside. We made contact with him, he identified himself as the driver and I asked why he fled the traffic stop the day before and the defendant told me he did not have a driver's license and had some "weed" in the vehicle with him.

The defendant was cooperative and he was arrested and transported to the Brevard County Detention Center without incident.

| Officer's Signature | Officer's Name PRINTED |
|---|---|
| Electronically Signed | Christopher Ginther, 0757 |