

*Reserved for Recording*

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR BREVARD COUNTY, FLORIDA

____ Probation Violator      ____ Community Control Violator      ____ Retrial      ____ Resentence

STATE OF FLORIDA

vs.

JAMES GARLAND LOWERY



33280558

Case Number: 05-2020-CF-033350-AXXX-XX

Filed in Open Court on April 8, 2021 2:02 pm.
A McBride, Deputy Clerk

## JUDGMENT/ORDER OF PROBATION

Court was opened with the Honorable KENNETH FRIEDLAND (DIV. 7) presiding, and in attendance: State Attorney: JENNIFER (GILL) DENICK; Trial Clerk A McBride. The Defendant, JAMES GARLAND LOWERY, being personally before this Court represented by CHRISTOPHER W CONOMOS, the attorney of record, and said Defendant having entered a plea of nolo contendere to the following crime(s):

| OBTS Number(s): | 0501410707 | | |
|---|---|---|---|
| Count | Crime | Offense Statute Number | Degree |
| 2 | NO DRIVER LICENSE OR OPERATE MOTOR VEH WO VALID DL | 322..03.(1) | M2 |

__X__  and no cause being shown why the Defendant should not be adjudicated guilty, it is ordered that the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

Court was opened with the Honorable KENNETH FRIEDLAND (DIV. 7) presiding, and in attendance: State Attorney: JENNIFER (GILL) DENICK; Trial Clerk A McBride. The Defendant, JAMES GARLAND LOWERY, being personally before this Court represented by CHRISTOPHER W CONOMOS, the attorney of record, and said Defendant having entered a plea of nolo contendere to the following crime(s):

| OBTS Number(s): | 0501410707 | | |
|---|---|---|---|
| Count | Crime | Offense Statute Number | Degree |
| 1 | FLEEING OR ATTEMPTING ELUDE WITHOUT LIGHTS SIREN | 316..193(5.1) | F3 |

__X__  and no cause being shown why the Defendant should not be adjudicated guilty, it is ordered that the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

__X__  And being a qualified offender pursuant to s. 943.325, the defendant shall be required to submit DNA samples as required by law.

JAMES GARLAND LOWERY					Case Number: 05-2020-CF-033350-AXXX-XX

    DONE AND ORDERED in open court at Brevard County, Florida, on April 8, 2021.

_____
KENNETH FRIEDLAND (DIV. 7), Circuit Judge

PTY: D-1
Event Code 5637

☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

CASE NUMBER

05-2020-CF-033350-AXXX-XX

**FINGERPRINTS OF DEFENDANT**

OBTS NUMBER _____

PLAINTIFF

STATE OF FLORIDA
vs

JAMES GARLAND LOWERY

FILED IN OPEN COURT

This _____ day of _____,

20____, at _____ M.

CLERK OF COURTS

BY _____ DC

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _Scott Andrews #4831_ _Deputy Sheriff_
                       (name)                    (title)

I HEREBY CERTIFY that the above and foregoing fingerprints on this judgment are the fingerprints of the defendant, JAMES GARLAND LOWERY, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED BREVARD COUNTY, FLORIDA

JUDGE

DATE 04/08/21

PAGE ___ OF ___

LAW 148
Rev. 07/2008

BAR CODE LABEL

*Reserved for Recording*

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA

vs.

JAMES GARLAND LOWERY

Case Number: 05-2020-CF-033350-AXXX-XX

OBTS Number(s):   0501410707

## SENTENCE

The Defendant, JAMES GARLAND LOWERY, being personally before this Court, accompanied by the Defendant's attorney of record, CHRISTOPHER W CONOMOS, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defendant should not be sentenced as provided by law, and no cause being shown

**It is the sentence of the Court that:**

(as to Count _1_)

_X_   And being a qualified offender pursuant to s. 943.325, the defendant shall be required to submit DNA samples as required by law.

_X_   The Defendant is placed on probation for a period of thirty-six (36) months under the supervision of the Department of Corrections, according to the terms and conditions of supervision set forth in a separate order entered herein.

(as to Count _2_)

_X_   The Defendant is hereby committed to the custody of the Sheriff of Brevard County, Florida.

**To be imprisoned (Check one; unmarked sections are inapplicable):**

_X_   For a term of one (1) day.

Printed: 4/8/2021  2:07:54PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA

vs.

JAMES GARLAND LOWERY

Case Number: 05-2020-CF-033350-AXXX-XX

OBTS Number(s):   0501410707

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed:

(as to Count _2_)

**Other Provisions:**

**Original Jail Credit**      _X_   It is further ordered that the defendant be allowed a total of 1 day as credit for time incarcerated before imposition of this sentence.

*Reserved for Recording*

### IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA,
    Plaintiff

Case Number:   05-2020-CF-033350-AXXX-XX

vs.

JAMES GARLAND LOWERY,
    Defendant

### ORDER OF PROBATION

Probation     The court hereby stays and withholds the imposition of sentence as to count(s) 1 and places the defendant on probation for a period of thirty-six (36) months under the supervision of the Department of Corrections

*Reserved for Recording*

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA**

STATE OF FLORIDA,                              Case Number:    05-2020-CF-033350-AXXX-XX
       Plaintiff

vs.

JAMES GARLAND LOWERY,
       Defendant

**STANDARD CONDITIONS OF PROBATION**

It is further ordered that the defendant comply with the following standard conditions and sanctions of community control / probation:

1. (01) Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
2. (02) You will pay the State of Florida the amount of $50.00 per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.
3. (03) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
4. (04) You will not possess, carry or own any firearm. You will not possess, carry, or own any weapons without first procuring the consent of your officer.
5. (05) You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation of law to constitute a violation of your probation.
6. (06) You will not associate with any person engaged in any criminal activity.
7. (07) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
8. (08) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability, as directed by your officer.
9. (09) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
10. (10) You will pay restitution, court costs, and/or fees in accordance with special conditions imposed or in accordance with attached orders.
11. (11) You will report in person within 72 hours of your release from incarceration to the Probation Office in Brevard County, Florida, unless otherwise instructed by the court or department. (This condition applies only if released from the Department of Corrections confinement.) Otherwise, you must report immediately to the probation office located at: CALL 321-634-3570 BY 4:00PM TODAY .
12. (12) You shall submit to the drawing of blood or other biological specimens as required by s. 943.325, Florida Statutes.
13. (13) You shall submit to the taking of a digitized photograph as required by s. 948.03, Florida Statutes.
14. (13a) You shall pay a related cost of $1.00 for each month of your probationary term. The amount due, up to $60.00, shall be paid within the first ninety (90) days after the beginning of your probationary sentence. Further, payments, if any, shall be paid in accordance with a schedule to be established by your officer, if the offender agrees, or the Court.
15. (31) Submit to random testing as directed by the probation officer or the professional staff of the treatment center where he or she is receiving treatment to determine the presence or use of alcohol or controlled substances.

*Reserved for Recording*

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA

vs.

JAMES GARLAND LOWERY

Case Number: 05-2020-CF-033350-AXXX-XX

## SPECIAL CONDITIONS OF PROBATION

And it is further ordered that the defendant comply with the following special conditions of community control / probation.

(as to Count __1__)

a. Your fines and court costs set forth on the Fine/Costs/Fees page on this judgment are made conditions of your probation and will be paid to the Clerk of the Circuit Court, P.O. Box 919026, Orlando, FL 32891-9026.

b. Early Termination: The defendant may apply for early termination after 18 MONTHS if all conditions are met and there are no violations.

**PROBATION**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you on probation or require you to serve the balance of said sentence.

DONE AND ORDERED in Brevard County, Florida, on April 8, 2021.

_____
KENNETH FRIEDLAND (DIV. 7), Circuit Judge

CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA

vs.

JAMES GARLAND LOWERY

Case Number: 05-2020-CF-033350-AXXX-XX

## SIGNATURE PAGE

In the event the above sentence is to the Department of Corrections, the Sheriff of Brevard County, Florida, is hereby ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The Defendant was advised in open court of the right to appeal from this sentence by filing a notice of appeal within thirty (30) days from this date with the clerk of this court and the Defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the Court further recommends:
*(Items marked with \*(COP), \*(COCC), and \*(COS) are Conditions of Probation, Community Control, and Condition of Suspension)*

(as to Count __1__)

**Driver's License Action**
Driver's license is revoked for a period of 12 months.

THE COURT HEREBY ORDERS THE DEFENDANT released on Probation. Report to Probation within 24 hours.

DONE AND ORDERED at Brevard County, Florida, on April 8, 2021.

_____
KENNETH FRIEDLAND (DIV. 7), Circuit Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail / hand delivery to CHRISTOPHER W CONOMOS, 2725 JUDGE FRAN JAMIESON WAY STE E, MELBOURNE, FL 32940-6698 on __04/08/2021__.

_____
Deputy Clerk