# PROBABLE CAUSE AFFIDAVIT

**FORM PURPOSE:** On View (PC Arrest) X  Taken into Custody (Warrant/Capias Arrest) ___
**Capias Request** ___  **Summoned/Cited (NTA)** ___
**JUVENILE:** YES ___ NO X  Referral ___ Civil Citation ___

| Arresting Agency ORI | Arresting Agency Name | Arresting Agency Case/Arrest Number | OBTS Number |
|---|---|---|---|
| FL0050000 | BREVARD COUNTY SHERIFF'S OFFICE | 2021-00412794 | 0501413416 |

| FDLE (SID) Number | FBI Number | DOC Number | Transport Time | Jail Date/Time | Jail Booking Number | Booking Agency ORI |
|---|---|---|---|---|---|---|
| | | | | 11/12/2021 16:00 | 2021-00013702 | FL0050000 |

**Location of Arrest:** PROBATION AND PAROLE 3880 S WASHINGTON AV 106 Titusville
**Location of Offense:** PROBATION AND PAROLE 3055 BLVD COLUMBIA BLVD Titusville

**Offense Date OR Date Range:** 11/09/2021
**Arrest Date/Time:** 11/12/2021 15:28
**Charge Type:** Felony X  Misdemeanor ___ Traffic X  Ordinance ___
**Evidence Confiscated:** Vehicle ___ Firearm ___ Property ___

**Name (Last, First, Middle):** LOWERY JAMES GARLAND
**Date of Birth:** 12/22/1981  **Age:** 39  **Jacket Number:** 4050874

| Race | Ethnicity | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|
| B-Black | Non-Hispanic | Male | 5'11 | 200 | Brown | Brown |

**Local Address:** 1705 KINGS CT TITUSVILLE, FL 32780
**Permanent Address:** 1705 KINGS CT TITUSVILLE, FL 32780
**Business Address:** NO INFO AVAILABLE
**Primary Language:** English  Y
**Complexion:** Dark
**Build:** Medium

**Driver's License State/Number/Type:** L600447814620 / FL  6 - E Oper Rest
**Place of Birth:** South Carolina
**Citizenship:** US

**Residence Type:** City ___ County X Florida ___ Out of State ___
**Mark All that Apply (Y, N, Unk):** Homeless N  Sex Offender N  Gang Affiliation N
**Suspected of Using:** Alcohol N  Drugs N  Computer/Handheld Device N

*Collection of social security numbers from an arrested individual is to verify identity and may be shared with other law enforcement agencies.

**PC** X  Capias ___ Warrant ___ Additional Charge ___  Date Issued ___
Writt Aff. ___  Domestic Violence ___  Order of Arrest ___

| Charge Description | Counts | F.S. | Statute/Ordinance Number | Reclassifier |
|---|---|---|---|---|
| VOP On Site | 1 | X | 948.06 os | |

**Bond Amount:** NO BOND
**Warrant/Citation/Court Number:** 05-2020-CF-033350-A

The undersigned certifies and swears that he/she has just and reasonable grounds to believe and does believe that the above named Defendant committed the following violation of law
On the **09** day of **NOVEMBER**, **2021** at **0846** X AM ___ PM

************************SEE ATTACHED NARRATIVE************************

In accordance with F.S.S. 938.27, I hereby request reimbursement of investigative costs consisting of ___ hrs @ $___ per hr and/or ___ miles @ ___ per mile for a total of $___.

Affidavit Attached: Yes ___ No ___  Continue for: Narrative X  Charges ___

**Mandatory Appearance in Court**

Location (Court and Address): ___  Division # ___
Date: Month ___ Day ___ Year ___ Time ___ AM ___ PM ___

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST OR A TAKE INTO CUSTODY ORDER SHALL BE ISSUED.

**Hold for Other Agency Name:** ___
**Do Not Bond Out Reason:** Hold for 1st Appearance (Adults Only)

I swear/affirm the above and attached statements are true and correct X on 11/12/2021

**Officer's/Complainant's Signature:** Electronically Signed  **ID#:** 4514  **Officer's Name (Printed):** Matthew Rush

Sworn and Subscribed before me, the undersigned authority this ___ day of 11/12/2021
**Notary Signature:** Electronically Signed  **Notary Name (Printed):** Michaud, Jessica

Notary/Law Enforcement Officer in Performance of Official Duties. Personally Known X  ID ___

GCU - East  Page 1 of 3

| AGENCY NAME: | BREVARD COUNTY SHERIFF'S OFFICE | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number |
|---|---|---|---|
| Continuation Page 2 of 3 | | | 2021-00412794 |

| Defendant/Juvenile Name (Last, First, Middle) | OBTS Number |
|---|---|
| LOWERY JAMES GARLAND | 0501413416 |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |

**CHARGE**
PC X  Capias ___  Warrant ___  Additional Charge ___  Date Issued ___  Writt Aff. ___  Domestic Violence ___  Order of Arrest ___
Charge Description: DWLS W/Knowledge 2nd Offense
Counts: 1    F.S. X    Ord. ___    Statute/Ordinance Number: 322.34.2b    Reclassifier: ___
Drug Activity ___  Drug Type ___  Amount/Unit ___  Bond Amount: NO BOND  Warrant/Citation/Court Number ___

| Year | Make | Model | VIN | Tag/Tag State | Primary Color | Secondary Color |
|---|---|---|---|---|---|---|
| 2001 | Ford | F150 | 1FTRW08L51KA40326 | UI05J / FL | White | White |

*If Applicable, provide information related to the vehicle involved in the crime.

On the above date and time, the defendant, Mr. James Lowery was in possession of the aforementioned motor vehicle at the time of the incident and did have knowledge of driving the motor vehicle without a valid Florida driver's license.

In addition, Mr Lowery was on surveillance video driving the aforementioned vehicle from the area. I then confirmed the defendant's driving history, via D.A.V.I.D and FINDER, where it was confirmed the defendant has a pending case in reference to Felony Flee or Elude Law Enforcement, Citation# ADLJEIE that ultimately caused his Florida driver's license to be revoked on Thursday, April 8, 2021.

The defendant is currently on felony probation in reference to Felony Flee or Elude Law Enforcement 05-2020-CF-033350-AXXX-XX until Sunday, April 7, 2024 and supervised probation, Officer Shannon Holley. Therefore, the defendant was secured in handcuff restraints, that were double-locked and checked for proper fit. The defendant was transported to the Brevard County Detention Center and charged pursuant to Florida State Statues. It should be noted, when the Defendant was originally placed on probation he was told in his terms and conditions his driver's license privileges were revoked for a period of 12 months.

In a sworn recorded Post-Miranda interview, the defendant did provide a full confession to the incident. The interview was submitted into evidence for review.

| Officer's/Complainant's Signature | ID# | Officer's/Complainant's Name (Printed) |
|---|---|---|
| Electronically Signed | 4514 | Matthew Rush |

| AGENCY NAME: | BREVARD COUNTY SHERIFF'S OFFICE | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number |
|---|---|---|---|
| Continuation Page 3 of 3 | | | 2021-00412794 |

| Defendant / Juvenile Name (Last, First, Middle) | OBTS Number |
|---|---|
| LOWERY JAMES GARLAND | 0501413416 |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| | | | | |
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| | | | | |
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |

PC ___ Capias ___ Warrant ___ Additional Charge ___ Date Issued ___ Writt Aff. ___ Domestic Violence ___ Order of Arrest ___
Charge Description — Counts, F.S., Ord., Statute/Ordinance Number, Reclassifier
Drug Activity — Drug Type — Amount/Unit — Bond Amount — Warrant/Citation/Court Number

(Three identical empty charge blocks)

| Year | Make | Model | VIN | Tag / Tag State | Primary Color | Secondary Color |
|---|---|---|---|---|---|---|
| | | | | | | |

* If Applicable, provide information related to the vehicle involved in the crime.

In accordance with F.S.S. 938.27 The Brevard County Sheriff's Office request reimbursement for investigative cost in the amount of $173.80

****************************Case Report to Follow****************************************

| Officer's/Complainant's Signature | ID# | Officer's/Complainant's Name (Printed) |
|---|---|---|
| Electronically Signed | 4514 | Matthew Rush |