STATE OF FLORIDA

DEPARTMENT OF CORRECTIONS

Docket #: 05-2020-CF-033350-AXXX-XX
DC #: 134419

**AFFIDAVIT**
**VIOLATION OF PROBATION**

Before me this day personally appeared **SHANNON HOLLEY** who, being first duly sworn says that **JAMES LOWERY**, hereinafter referred to as the offender, was on the **8TH** day of **APRIL**, A.D. **2021** placed on probation for the offense of **COUNT 1: FLEEING OR ATTEMPTING ELUDE WITHOUT LIGHTS SIREN, A THIRD DEGREE FELONY** in the Circuit Court of **BREVARD** County, for a term of **THIRTY-SIX (36) MONTHS** in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant states that the offender was instructed on the conditions of probation on 04/08/2021 by Officer MCNICHOLAS.

Affiant further states that the offender has not properly conducted himself, but has violated the conditions of his probation in a material respect by

**Violation of Condition (5) of the Order of Probation:** by failing to live without violating any law by committing the criminal offense of Driving With License Suspended Revoked With Knowledge 2ns Conviction in Case # 05-2021-CT-052170-AXXX-XX on 11/12/2021, in Brevard County, and as grounds for belief that the offender violated his probation, Officer Holley states that the offender was arrested on 11/12/2021, for the said offense by Agent Rush of the Brevard County Sheriff's Office, as told to Officer Holley by the Arrest Report.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_Shannon Holley_
SHANNON HOLLEY
Correctional Probation Officer

**THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO UNDER S. 117.10 OR 92.50, FLA. STAT.**

Sworn to and subscribed before me this 15th (day) of November (month), 2021 A.D. (year)

by SHANNON HOLLEY, who is **personally known to me** or has produced identification _____

Signature of Attesting Officer Under S. 117.10, F.S. _____   Title: CPSO

Approved by Supervisor: _____   Date: 11/15/21
SHANNON HOLLEY/(321) 264-4073
Officer Telephone/E-Mail Address
DC3-216 (Revised 11/21/17)

Distribution:   Original:   Court
                Copy:       Left Side-Offender File

Exhibit 7
J. Robinson
Date 6-6-2025