# FLORIDA DEPARTMENT OF CORRECTIONS
## VIOLATION REPORT

Exhibit 8
J. Robinson
Date 6-6-2025

☒ REPORT CONTAINS CONFIDENTIAL INFORMATION

Date: November 15, 2021            ☐ MANDATORY RETAKING FROM: _____

To:   Honorable **TESHA SCOLARO BALLOU**        From:  **SHANNON HOLLEY**
Name: **JAMES LOWERY**                           DC No: **134419**   Circuit: **18/0**
Case No: **05-2020-CF-033350-AXXX-XX**           UC No: **052020CF033350AXXXXX**
Scheduled Termination Date: **April 07, 2024**

### REQUESTING

☒ Violation of Probation Hearing- Warrantless Arrest Conducted   ☐ Warrant for Arrest (Violation of Probation)   ☐ Violation of Probation Hearing without Warrant- (Notice to Appear)   ☐ No further action

### TYPE OF REPORT

☐ Non-Compliance with Conditions   ☒ Arrest/New Charge   ☐ Warrantless Arrest
☐ Delinquent Monetary Obligations Only

### LOCATION

☒ At Large
☐ In Custody
☐ On Bond                Current Address        1705 Kings Court
☐ ROR                                           Titusville Florida 32780
☐ Absconder

(1) **HOW VIOLATION OCCURRED:**

**Violation of Condition (5) of the Order of Probation:** by failing to live without violating any law by committing the criminal offense of Driving With License Suspended Revoked With Knowledge 2ND Conviction in Case # 05-2021-CT-052170-AXXX-XX on 11/12/2021, in Brevard County, and as grounds for belief that the offender violated his probation, Officer Holley states that the offender was arrested on 11/12/2021, for the said offense by Agent Rush of the Brevard County Sheriff's Office, as told to Officer Holley by the Arrest Report.

**Circumstances:**
On November 12, 2021, the offender was in possession of a motor vehicle at the time of the incident and did have knowledge of driving the motor vehicle without a valid Florida driver's license.
In Addition, the offender was on surveillance video driving the aforementioned vehicle from the area. Agent Rush confirmed the offenders driving history via DAVID and FINDER, where it was confirmed that the offenders license has been revoked on April 08, 2021.

(2) **OFFENDER'S STATEMENT:** None obtained.

(3) **HISTORY OF SUPERVISION:**   ☐ ADJUDICATION WITHHELD   ☒ ADJUDICATED

Original sentence: On April 08, 2021, the offender was sentenced to thirty-six (36) months' probation for the offense of Count 1: Fleeing or Attempting Elude Without Lights Siren, a Third-Degree Felony in Case # 05-2020-CF-033350-AXXX-XX by the Honorable Judge Friedland.

Prior violation(s) of supervision for all periods of supervision and disposition(s) of violation(s) include the following:

☐ Florida Crime Information Center (FCIC) and National Crime Information Center (NCIC) criminal history record attached. **NOTE: FCIC/NCIC criminal history record information is not public record, pursuant to Chapter 119, Florida Statutes.**

**RESIDENCE:**   ☒ STABLE    ☐ UNSTABLE    ☐ ABSCONDED
Resides with: Prior to the offender's arrest, he resided at 1705 Kings Court, Titusville Florida 32780.

**EMPLOYMENT:** ☐ EMPLOYED    ☐ RETIRED/DISABLED   ☐ STUDENT
☒ UNEMPLOYED
Current Employer/school name and address:
Full-time employment or school attendance: ☐   Part-time employment or school attendance: ☐
Monthly salary or other source of income: _____

**RESTITUTION:**    ☒ N/A    ☐ PAID IN FULL    ☐ COMPLYING
☐ DELINQUENT
Original Obligation: _____    Current Balance: _____

**COURT COSTS/FINES:**    ☐ N/A    ☐ PAID IN FULL   ☒ COMPLYING
☐ DELINQUENT
Original Obligation: $990.00    Current Balance: $50.00

**ELECTRONIC MONITORING:** ☒ N/A    ☐ PAID IN FULL    ☐ COMPLYING
☐ DELINQUENT
Original Obligation: _____    Current Balance: _____

**COST OF SUPERVISION:**    ☐ N/A    ☐ PAID IN FULL   ☒ COMPLYING
☐ DELINQUENT
Original Obligation: $1800.00    Current Balance: $1400.00

**PUBLIC SERVICE WORK** ☒ N/A    ☐ COMPLETED    ☐ COMPLYING
☐ DELINQUENT
Total Hours Imposed: _____    Current Balance: _____

**TREATMENT STATUS:**    ☒ N/A    ☐ COMPLETED    ☐ COMPLYING
☐ NON-COMPLIANT
**Summary of offender's current and prior participation in treatment, educational, and vocational programs:**

**STATUS OF OTHER SPECIAL CONDITIONS:**

(4) **RECOMMENDATION:**

No warrant is being requested due to a warrantless arrest conducted by Agent Rush of the Brevard County Sheriff's Office. This is the offenders first violation of probation and is ineligible for any form of Alternative Sanctions Program due to new law violation. The offender has been on supervision since 04/08/2021 and has already obtained a new law violation to wit: fail to DWLS W/ Knowledge 2nd Offense. It is clear that probation is not providing an adequate form of supervision. The offender is not compliant with his current conditions of supervision and a stricter form of supervision, such as community control, allows for increased contacts with the offender in the office and field, which may ensure compliance with the court's orders and ensure the public's safety. This also affords the offender another opportunity to remain in the community instead of incarceration. Therefore, this officer recommends that the offender's probation be modified to include 24 months' community control followed by the remainder of probation with all previously imposed conditions.

The foregoing is true and correct to the best of my knowledge and belief.

_____     Approved: _____
**SHANNON HOLLEY**                          **OMAR RIJOS**
**Correctional Probation Officer**          **Correctional Probation Supervisor**

# VIOLATION OF PROBATION REPORT
## WITNESS LIST

**Witness 1.**

Name: SHANNON HOLLEY, Correctional Probation Officer
Address: 3880 S Washington Ave Suite 106
Titusville, Florida 32780
Telephone: (321)-264-4073

Testify as to: Affidavit Violation of Probation

**Witness 2.**

Name:
Address:

Telephone:

Testify as to:

**Witness 3.**

Name:
Address:

Telephone:

Testify as to:

**Witness 4.**

Name:
Address:

Telephone:

Testify as to: