

## BREVARD COUNTY SHERIFF'S OFFICE
### CASE SUPPLEMENT REPORT

700 S Park Avenue
Titusville FL 32780

CASE #
**2021-00472099**

### NARRATIVE

On Sunday, December 26, 2021, at approximately 2016 hours, I received a request to assist Brevard County Sheriff's Office (BCSO) Crime Scene Investigator (CSI) J. Gardner, ID 4342, in an AOA Officer Involved Shooting investigation. I responded to the scene, Gayle Ave/Queen Street, Titusville, Brevard County, Florida, arriving at approximately 2139 hours.

I obtained measurements of the scene using a FARO Focus³ᴰ X330 Laser Scanner. I completed a field sketch of the FARO positions. This sketch was made as an enclosure to this case file.

I also assisted with the collection of evidence items.

Prior to departing the scene at approximately 2327 hours, I signed for and received items JG1-JG14 from CSI Gardner to transport them to the Crime Scene Unit Evidence Room. The items were listed on three property receipts as follows:

Item JG1a: US currency bills (4-$50, 45-$20, 12-$10, 7-$5 = $1255) (PM 1)
Item JG1b: (1) key ring w/key fob, (2) keys, (1) flashlight, (1) dice charm, (1) unicorn charm, (1) green clip, (1) measurement device, (1) red lanyard w/ (2) keys (PM 1)
Item JG1c: Newport cigarette package containing (12) cigarettes (PM 1)
Item JG2a: US currency (3-$100, 3-$50, 91-$20, 4-$10, 14-$5, 22-$1, 3-$0.25 = 2402.75) (PM 2)
Item JG2b: black flip top container previously contained JG2b1 (PM 2)
Item JG2b1: unknown white substance
Item JG2c: black flip top container previously contained JG2c1 (PM 2)
Item JG2c1: (2) yellow round tablets, (2) white oblong tablets, (1) white partial
Item JG2d: medical marijuana card – James Lowery
Item JG2e: miscellaneous cards + documents belonging to James Lowery
Item JG3: yellow metal cartridge casing "SPEER 9mm LUGER + P" (PM 3)
Item JG4: (39) FL lottery tickets (5) miscellaneous documents (PM 4)

Item JG5: green leafy substance in clear plastic bag (PM 5)
Item JG6: taser probe w/wire (PM 6)
Item JG7: ASP UL 40776 black flashlight
Item JG8: Hawkers black sunglasses (PM 8)
Item JG9: plastic bag w/unknown white substance (PM 9)
Item JG10: Newport cigarette package formerly contained JG10a (PM 10)



Exhibit 9
J. Robinson
Date 6-6-2025

Crime Scene

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| George Skyler 4829 | 01/05/2022 | Laufenberg, Terrance | 01/06/2022 |



## BREVARD COUNTY SHERIFF'S OFFICE
### CASE SUPPLEMENT REPORT
700 S. Park Avenue
Titusville FL 32780

CASE #
**2021-00472099**

### NARRATIVE (continuation)

Item JG10a: plastic bag w/unknown white substance
Item JG11: yellow plastic piece (PM 11)
Item JG12: taser probe (PM 12)

Item JG13: Samsung touchscreen cellphone in purple case (PM 13)
Item JG14: Samsung touchscreen cellphone w/cracked screen in black case

On Monday, December 27, 2021, at approximately 0800 hours, CSI Gardner signed for and received items JG1-JG14.

The SD card used in the FARO was listed on a property receipt as follows:

Item SG1: SD card containing FARO scans

On Tuesday, December 28, 2021, at approximately 1257 hours, CSI Gardner signed for and received item SG1 (SD card).

I had no further involvement with this investigation.

**Enclosures:**

Four (4) BCSO property receipts
One (1) field sketch of FARO positions
One (1) Reimbursement of Investigative Costs Affidavit

Crime Scene

| WRITTEN BY | DATE | APPROVED BY | |
|---|---|---|---|
| George Skyler 4829 | 01/05/2022 | Laufenberg, Terrance | 01/06/2022 |

PAGE ___ / ___ OF ___ / ___

**BREVARD COUNTY SHERIFF'S OFFICE**
**TITUSVILLE, FLORIDA 32780**
**PROPERTY RECEIPT**

NOTICE: PROPERTY SEIZED AS EVIDENCE: UNLESS TURNED OVER TO APPROPRIATE COURT WILL BE DISPOSED OF 60 DAYS FROM ACQUITTAL/DISMISSAL DATE OF CASE, UNLESS CLAIMED BY OWNER. FOUND, ABANDONED OR SAFEKEEPING PROPERTY, UNLESS CLAIMED BY OWNER, WILL BE DISPOSED OF 90 DAYS AFTER RECEIPT BY THIS OFFICER.

| MO. | DAY | YEAR | TIME: | ADDRESS FROM WHERE PROPERTY TAKEN: | PRECINCT | CR NUMBER |
|---|---|---|---|---|---|---|
| 12 | 26 | 21 | | | | |

☐ FOUND PROPERTY  ☒ EF-EVIDENCE FELONY  ☐ CONFISCATED  ☐ PROPERTY OF DECEASED  ☐ FORFEITURE
☐ RECOVERED STOLEN  ☐ EM-EVIDENCE MISD  ☐ TO BE DESTROYED  ☐ SAFEKEEPING
☐ INJUNCTION#: ___  ☐ OTHER: ___
☐ ITEMS MAY BE RELEASED TO OWNER  LIST ITEMS TO RELEASE/DISPOSED OF: ___

☐ BCSO CSU LAB SUBMISSION  ☐ LFP LATENT FINGERPRINT PROCESSING
☐ FDLE LAB SUBMITTAL  ☐ PBT PRESUMPTIVE BLOOD TESTING
☐ DNA SWAB  ☐ SNR SERIAL NUMBER RESTORATION
☐ (CHECK BOX(ES) OF ITEM(S) TO BE TRANSFERRED)
ITEMS PROCESSED MAY BE RETURNED TO  ☐ OWNER ☐ DISPOSED OF AFTER BCSO PROCESSING
☐ DRUG CASES  ☐ PRESUMPTIVE TEST  ☐ ARREST MADE  ☐ JUVENILE
☐ ITEMS CHECKED THROUGH NCIC/FCIC  ☐ CRIMINAL HISTORY CHECK COMPLETED  BY ID# ___

**EVIDENCE USE ONLY**
BIN LOCATION(S)

NAME ☐ARR/ ☐COMP/ ☐VICT/ ☐SUSP/ ☐OWNER:  ADDRESS:  PHONE:
NAME ☐ARR/ ☐COMP/ ☐VICT/ ☐SUSP/ ☐OWNER:  ADDRESS:  PHONE:

CASE AGENT/DEPUTY: S.A. C. Sunshine

| ITEM | QUANTITY | PROPERTY DESCRIPTION (MAKE, MODEL, BRAND, TYPE, SIZE, COLOR, CALIBER, ETC.) | SERIAL #/V.I.N. | ☑ |
|---|---|---|---|---|
| J-5 | 1 | Trash (cig butts) in clear plastic bag (PM5) | | ☐ |
| J-6 | 1 | Taser probe w/wire (PM6) | | ☐ |
| J-7 | 1 | ASP U4077 black flashlight (PM7) | | ☐ |
| J-8 | 1 | Hawkins black sunglasses (PM8) | | ☐ |
| J-9 | 1 | Plastic bag w/unknown white substance (PM9) | | ☐ |
| J-10 | 1 | Newport cigarette package brown contents J-10a (PM10) | | ☐ |
| J-11 | 1 | Plastic bag w/unknown white substance (PM11) | | ☐ |
| J-11 | 1 | yellow plastic piece (PM11) | | ☐ |
| J-12 | 1 | hair piece (PM12) | | ☐ |
| | | END | | ☐ |

IMPOUNDING DEPUTY/AGENT SIGNATURE ID NO./DIVISION  SIGNATURE FROM WHOM PROPERTY TAKEN:
PRINT NAME OF IMPOUNDING DEPUTY / AGENT  PRINT NAME OF PERSON FROM WHOM PROPERTY TAKEN:

**FIREARMS/CURRENCY ONLY**
FIREARM RENDERED SAFE BY:  WITNESSED BY:
CURRENCY INVENTORIED BY:  WITNESSED BY:

**TRANSFER OF CUSTODY**

| RECEIVED BY/ID#: | REASON: | TIME: | MO/DAY/YEAR: |
|---|---|---|---|
| George | transport to CSU | 23:27 | 12/26/21 |
| | | 800 | 12/27/21 |

**PROPERTY RECEIPT DISTRIBUTION**
ORIGINAL Remains with Property/CANARY-Investigating Officer/PINK-To Person from Whom Property Seized

BCSO4

PAGE ___/___ OF ___

**BREVARD COUNTY SHERIFF'S OFFICE**
**TITUSVILLE, FLORIDA 32780**
**PROPERTY RECEIPT**

NOTICE: PROPERTY SEIZED AS EVIDENCE: UNLESS TURNED OVER TO APPROPRIATE COURT WILL BE DISPOSED OF 60 DAYS FROM ACQUITTAL/DISMISSAL DATE OF CASE, UNLESS CLAIMED BY OWNER. FOUND, ABANDONED OR SAFEKEEPING PROPERTY, UNLESS CLAIMED BY OWNER, WILL BE DISPOSED OF 90 DAYS AFTER RECEIPT BY THIS OFFICER.

| MO. | DAY | YEAR | TIME: | ADDRESS FROM WHERE PROPERTY TAKEN: | PRECINCT | CR NUMBER |
|---|---|---|---|---|---|---|
| 12 | 26 | 21 | | ___ Ave, Titusville | | 2021-00___ |

☐ FOUND PROPERTY ☒ EF-EVIDENCE FELONY ☐ CONFISCATED ☐ PROPERTY OF DECEASED ☐ FORFEITURE
☐ RECOVERED STOLEN ☐ EM-EVIDENCE MISD ☐ TO BE DESTROYED ☐ SAFEKEEPING
☐ INJUNCTION #: ___ ☐ OTHER: ___
☐ ITEMS MAY BE RELEASED TO OWNER LIST ITEMS TO RELEASE/DISPOSED OF: ___

☐ BCSO CSU LAB SUBMISSION ☐ LFP LATENT FINGERPRINT PROCESSING
☐ FDLE LAB SUBMITTAL ☐ PBT PRESUMPTIVE BLOOD TESTING
☐ DNA SWAB ☐ SNR SERIAL NUMBER RESTORATION
☐ (CHECK BOX(ES) OF ITEM(S) TO BE TRANSFERRED)
ITEMS PROCESSED MAY BE RETURNED TO ☐ OWNER ☐ DISPOSED OF AFTER BCSO PROCESSING

**EVIDENCE USE ONLY**
BIN LOCATION(S)

☐ DRUG CASES ☐ PRESUMPTIVE TEST ☐ ARREST MADE ☐ JUVENILE
☐ ITEMS CHECKED THROUGH NCIC/FCIC ☐ CRIMINAL HISTORY CHECK COMPLETED BY ID# ___

NAME ☐ ARR/ ☐ COMP/ ☐ VICT/ ☐ SUSP/ ☐ OWNER: ADDRESS: PHONE:

NAME ☐ ARR/ ☐ COMP/ ☐ VICT/ ☐ SUSP/ ☐ OWNER: ADDRESS: PHONE:

CASE AGENT/DEPUTY: S.F. C___

| ITEM | QUANTITY | PROPERTY DESCRIPTION (MAKE, MODEL, BRAND, TYPE, SIZE, COLOR, CALIBER, ETC.) | SERIAL #/V.I.N. | ☒ |
|---|---|---|---|---|
| T-13 | 1 | Samsung touchscreen cellphone in purple and black | | ☐ |
| T-14 | 1 | Samsung touchscreen cellphone w/cracked | | ☐ |
| | | screen in black case | | ☐ |
| | | etc. | | ☐ |

IMPOUNDING DEPUTY/AGENT SIGNATURE ID NO / DIVISION ___
SIGNATURE FROM WHOM PROPERTY TAKEN: ___
PRINT NAME OF IMPOUNDING DEPUTY / AGENT ___
PRINT NAME OF PERSON FROM WHOM PROPERTY TAKEN: ___

**FIREARMS/CURRENCY ONLY**
FIREARM RENDERED SAFE BY: WITNESSED BY:
CURRENCY INVENTORIED BY: WITNESSED BY:

**TRANSFER OF CUSTODY**

| RECEIVED BY/ID#: | REASON: | | TIME: | MO/DAY/YEAR: |
|---|---|---|---|---|
| -Povo___ 4527 | transport to CSU | | 25 27 | 12/26/202_ |
| RECEIVED BY/ID#: | REASON: | | TIME: | MO/DAY/YEAR: |
| ___ 1396 | FU lead | | 18:00 | 2-07/2021 |

**PROPERTY RECEIPT DISTRIBUTION**
ORIGINAL Remains with Property/CANARY-Investigating Officer/PINK-To Person from Whom Property Seized

BCSO4

PAGE ____ OF ____

**BREVARD COUNTY SHERIFF'S OFFICE**
**TITUSVILLE, FLORIDA 32780**
**PROPERTY RECEIPT**

NOTICE: PROPERTY SEIZED AS EVIDENCE: UNLESS TURNED OVER TO APPROPRIATE COURT, WILL BE DISPOSED OF 60 DAYS FROM ACQUITTAL/DISMISSAL DATE OF CASE, UNLESS CLAIMED BY OWNER. FOUND, ABANDONED OR SAFEKEEPING PROPERTY, UNLESS CLAIMED BY OWNER, WILL BE DISPOSED OF 90 DAYS AFTER RECEIPT BY THIS OFFICER.

| MO. | DAY | YEAR | TIME: | ADDRESS FROM WHERE PROPERTY TAKEN: | PRECINCT | CR NUMBER |
|---|---|---|---|---|---|---|
| 12 | 27 | 21 | :40 | 745 [illegible] Blvd [illegible] FL | | 202-00-72019 |

☐ FOUND PROPERTY ☐ EF-EVIDENCE FELONY ☐ CONFISCATED ☐ PROPERTY OF DECEASED ☐ FORFEITURE
☐ RECOVERED STOLEN ☐ EM-EVIDENCE MISD ☐ TO BE DESTROYED ☐ SAFEKEEPING
☐ INJUNCTION#: _____ ☐ OTHER: _____
☐ ITEMS MAY BE RELEASE TO OWNER  LIST ITEMS TO RELEASE/DISPOSED OF:

☐ BCSO CSU LAB SUBMISSION ☐ LFP LATENT FINGERPRINT PROCESSING
☐ FDLE LAB SUBMITTAL ☐ PBT PRESUMPTIVE BLOOD TESTING
☐ DNA SWAB ☐ SNR SERIAL NUMBER RESTORATION
(CHECK BOX(ES) OF ITEM(S) TO BE TRANSFERRED)
ITEMS PROCESSED MAY BE RETURNED TO ☐ OWNER ☐ DISPOSED OF AFTER BCSO PROCESSING
☐ DRUG CASES ☐ PRESUMPTIVE TEST ☐ ARREST MADE ☐ JUVENILE
☐ ITEMS CHECKED THROUGH NCIC/FCIC ☐ CRIMINAL HISTORY CHECK COMPLETED   BY ID#

**EVIDENCE USE ONLY**
BIN LOCATION(S)

NAME: ☐ARR/☐COMP/☐VICT/☐SUSP/☐OWNER: | ADDRESS: | PHONE:
NAME: ☐ARR/☐COMP/☐VICT/☐SUSP/☐OWNER: | ADDRESS: | PHONE:

CASE AGENT/DEPUTY:

| ITEM: | QUANTITY: | PROPERTY DESCRIPTION (MAKE, MODEL, BRAND, TYPE, SIZE, COLOR, CALIBER, ETC.) | SERIAL #/ V.I.N | ☑ |
|---|---|---|---|---|
| S01 | 1 | SD card containing FARO scans | | ☐ |
| | | end | | ☐ |

IMPOUNDING DEPUTY/AGENT SIGNATURE ID NO./ DIVISION:
[signature illegible]

SIGNATURE FROM WHOM PROPERTY TAKEN:

PRINT NAME OF IMPOUNDING DEPUTY/ AGENT:
[illegible]

PRINT NAME OF PERSON FROM WHOM PROPERTY TAKEN:

**FIREARMS/CURRENCY ONLY**
FIREARM RENDERED SAFE BY: | WITNESSED BY:
CURRENCY INVENTORIED BY: | WITNESSED BY:

**TRANSFER OF CUSTODY**
RECEIVED BY/ID#: [illegible] 4340 | REASON: Software | TIME: 1257 | MO/DAY/YEAR: 12/28/21
RECEIVED BY/ID#: | REASON: | TIME: | MO/DAY/YEAR:

**PROPERTY RECEIPT DISTRIBUTION**
ORIGINAL- Remains with Property/CANARY-Investigating Officer//PINK-To Person from Whom Property Seized