

**Steward Reference Laboratory**

Steward Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Shondell Bouie, M.D., Laboratory Director

```
Patient: LOWERY,JAMES                                  Age: 40           Sex: M
Client Patient ID: 18-21-1156                          Account #: FT0000245860
Physician: Darin Trelka, MD            Client: Dist 18 Medical Examiner
```

## TOXICOLOGY

Specimen Collected: 12/28/21       Lab Order No: 1228:T00010R         Reg Date:12/28/21

| Test Name | Result | Units | Cutoff/ Reporting Limits |
|---|---|---|---|

*VOLATILE PANEL-VOLP*

| | | | |
|---|---|---|---|
| SPECIMEN TYPE | ILIAC BLOOD | | |
| ETHANOL | NONE DETECTED | g/dL | 0.010 |
| ACETONE | NONE DETECTED | mg/dL | 7.5 |
| METHANOL | NONE DETECTED | mg/dL | 15.0 |
| ISOPROPANOL | NONE DETECTED | mg/dL | 15.0 |

   Analysis by Gas Chromatography (GC) Headspace Injection

*BLOOD DRUG SCREEN-BDSME*

SPECIMEN TYPE                          ILIAC BLOOD
GC/MS
    NICOTINE, NICOTINE METABOLITE
LC/MS/MS
    OXYCODONE, OXYMORPHONE, FENTANYL, ACETAMINOPHEN

*BLOOD IMMUNOASSAY SCREEN*

| | | | |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | mg/L | 0.100 |
| BARBITURATES | NEGATIVE | mg/L | 0.100 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.050 |
| BUPRENORPHINE | NEGATIVE | mg/L | 0.001 |
| CANNABINOIDS | | | |

   Screening result suggests the need for further testing.

| | | | |
|---|---|---|---|
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.100 |
| FENTANYL | *POSITIVE* | mg/L | 0.001 |
| OPIATES | | | |

   Screening result suggests the need for further testing.

*CANNABINOIDS PANEL-THCP*

SPECIMEN TYPE                          ILIAC BLOOD

---

Toxicology Report                      **LOWERY,JAMES**             Printed: 03/29/22 0837

Page 1 of 4

Exhibit 11
J. Robinson
Date 6-6-2025
KR



**Steward Reference Laboratory**
6800 Spyglass Court
Melbourne, Florida 32940
Shondell Bouie, M.D., Laboratory Director

```
Patient: LOWERY, JAMES                                    Age: 40           Sex: M
Client Patient ID: 18-21-1156                             Account #: FT0000245860
Physician: Darin Trelka, MD                  Client: Dist 18 Medical Examiner
```

## TOXICOLOGY

Specimen Collected: 12/28/21        Lab Order No: 1228:T00010R        Reg Date: 12/28/21

| Test Name | Result | Units | Cutoff/ Reporting Limits |
|---|---|---|---|
| DELTA-9 THC | 30.0 | ng/mL | 1.0 |

Synonym(s): Active ingredient of Marijuana
The concentrations in blood are usually about one-half of serum/plasma concentrations. Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes: 50 - 270 ng/mL at 6 to 9 minutes after beginning smoking, decreasing to less than 5 ng/mL by 2 hours.
Passive inhalation: Up to 2 ng/mL.

| | | | |
|---|---|---|---|
| 11-HYDROXY DELTA-9 THC | 4.2 | ng/mL | 1.0 |

Synonym(s): Active metabolite
Usual peak levels: Less than 10% of THC levels after smoking.

| | | | |
|---|---|---|---|
| DELTA-9 CARBOXY THC | 33.0 | ng/mL | 5.0 |

Synonym(s): Inactive metabolite
Usual peak levels in serum for 1.75% or 3.55% THC marijuana cigarettes:
10 - 101 ng/mL about 32 to 240 minutes after beginning smoking, with a slow decline. Usually not detectable after passive inhalation.
Analysis by GC/MS

*FENTANYL PANEL-FENP*

SPECIMEN TYPE                        ILIAC BLOOD

| | | | |
|---|---|---|---|
| FENTANYL | 0.80 | ng/mL | 0.25 |

Immediately following a single 2 mcg/kg I.V. dose:
Up to 11 ng/mL, declining to 1 ng/mL after one hour.

Following the application of a 100 mcg/hour transdermal patch, serum levels (after an initial lag time of approximately six hours) of 0.8 - 2.6 ng/mL were maintained after application.

Peak plasma levels following a single oral transmucosal dose (fentanyl orolet) of 15 mcg/kg to children: 2 - 4 ng/mL at 20 minutes.

| | | | |
|---|---|---|---|
| NORFENTANYL | 0.28 | ng/mL | 0.25 |

Toxicology Report              **LOWERY, JAMES**              Printed: 03/29/22 0837



**Steward Reference Laboratory**

Steward Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Shondell Bouie, M.D., Laboratory Director

Patient: LOWERY, JAMES  
Client Patient ID: 18-21-1156  
Physician: Darin Trelka, MD  

Age: 40    Sex: M  
Account #: FT0000245860  
Client: Dist 18 Medical Examiner  

## TOXICOLOGY

Specimen Collected: 12/28/21    Lab Order No: 1228:T00010R    Reg Date: 12/28/21

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

Analysis by LC/MS/MS

*FREE OPIATES PANEL-OPPF*

| | | | |
|---|---|---|---|
| SPECIMEN TYPE | ILIAC BLOOD | | |
| CODEINE | NONE DETECTED | mg/L | 0.010 |
| MORPHINE | NONE DETECTED | mg/L | 0.010 |
| HYDROCODONE | NONE DETECTED | mg/L | 0.010 |
| 6-MONOACETYLMORPHINE | NONE DETECTED | mg/L | 0.005 |
| HYDROMORPHONE | NONE DETECTED | mg/L | 0.005 |
| OXYCODONE | 0.524 | mg/L | 0.010 |
| OXYMORPHONE | 0.020 | mg/L | 0.005 |

Analysis by GC/MS

*ACETAMINOPHEN - ACNMS*

| | | | |
|---|---|---|---|
| SPECIMEN TYPE | ILIAC BLOOD | | |
| ACETAMINOPHEN | 3.8 | mcg/mL | 0.5 |

Usual therapeutic range (following one gram): 17-24 mcg/mL. Hepatic damage may occur if concentration is greater than 150 mcg/mL at 4 hours or greater than 37.5 mcg/mL at 12 hours after ingestion. The blood to plasma ratio of acetaminophen is approximately 1.1.
Testing performed by NMS Labs, 200 Welsh Road, Horsham, PA 19044-2208

Toxicology Report                     LOWERY, JAMES                     Printed: 03/29/22 0837

 **Steward Reference Laboratory**

Steward Reference Laboratory
6800 Spyglass Court
Melbourne, Florida 32940
Shondell Bouie, M.D., Laboratory Director

```
Patient: LOWERY, JAMES                                    Age: 40           Sex: M
Client Patient ID: 18-21-1156                             Account #: FT0000245860
Physician: Darin Trelka, MD                        Client: Dist 18 Medical Examiner
```

## TOXICOLOGY

Specimen Collected: 12/28/21      Lab Order No: 1228:T00011R          Reg Date: 12/28/21

| Test Name | Result | Units | Cutoff/Reporting Limits |
|---|---|---|---|

*URINE DRUG SCREEN COMPREHENSIVE-UDSME*

| | | | |
|---|---|---|---|
| SPECIMEN TYPE | URINE | | |
| GC/MS | | | |
|    OXYCODONE, ACETAMINOPHEN | | | |

*IMMUNOASSAY SCREEN*

| Test Name | Result | Units | Cutoff |
|---|---|---|---|
| AMPHETAMINES | NEGATIVE | mg/L | 0.500 |
| BARBITURATES | NEGATIVE | mg/L | 0.200 |
| BENZODIAZEPINES | NEGATIVE | mg/L | 0.200 |
| COCAINE METABOLITE | NEGATIVE | mg/L | 0.150 |
| MDMA/MDA | NEGATIVE | mg/L | 0.300 |
| METHADONE | NEGATIVE | mg/L | 0.300 |
| METHAQUALONE | NEGATIVE | mg/L | 0.300 |
| OPIATES | *POSITIVE* | mg/L | 0.300 |
| OXYCODONE | *POSITIVE* | mg/L | 0.100 |
| PHENCYCLIDINE | NEGATIVE | mg/L | 0.025 |
| PROPOXYPHENE | NEGATIVE | mg/L | 0.300 |
| CANNABINOIDS | *POSITIVE* | mg/L | 0.050 |
| TRICYCLICS | NEGATIVE | mg/L | 0.300 |

Specimens were intact upon receipt. Chain of custody, specimen security and integrity has been maintained. Testing has been performed as requested.

Reviewed by: _Katheryn Caswell_ (signature)        Date _8/29/2022_

**FINAL REPORT - THIS COMPLETES REPORTING ON THIS CASE**

Toxicology Report                     LOWERY, JAMES               Printed: 03/29/22 0837