UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIYAH ROBINSON,
as Personal Representative of the
ESTATE OF JAMES LOWERY,
Deceased,

    Plaintiff,
v.

JOSHUA NATHAN PAYNE, individually
and as an agent and employee of the
Titusville Police Department, and
CITY OF TITUSVILLE, FLORIDA,

    Defendants.
_____/

CASE NO.: 6:23-cv-01313-PGB-LHP

## STIPULATION OF AGREED MATERIAL FACTS

COME NOW the parties JAMIYAH ROBINSON, as Personal Representative of the ESTATE OF JAMES LOWERY, JOSHUA NATHAN PAYNE, and CITY OF TITUSVILLE, FLORIDA, by and through their undersigned counsel, and most respectfully submit their "Stipulation of Agreed Material Facts" pursuant to the Court's Order dated November 7, 2025 (Doc. 86) as follows:

    1.    On December 26, 2021 around 7:00 p.m. Titusville Police Department ("TPD") officers were dispatched to a 911 call of a domestic battery complaint, and Officer Mathew Gonzalez testified that the victim had visible injuries. *See* Doc 1, ¶9; Depo. Payne, pgs. 33:11 – 34:1, 119:13 – 120:10; Depo. Officer Matthew Gonzalez, pgs. 19:16 - 20:24.

1

2. James Lowery fit the description of the suspect, who was described by the victim as a black male with dreads wearing a black jacket and jeans. *See* Doc 1, ¶11; Depo. Payne, pgs. 32:9 – 33:5, 123:19 – 124:10; Depo. Officer Matthew Gonzalez, pgs. 19:16 - 20:6.

3. On December 26, 2021, Joshua Nathan Payne was employed as a police officer with the City of Titusville Police Department. Depo. Payne, pgs. 23:3-22; 26:2-25; 27:1; 31:21-25; 32:1-5.

4. When Payne first encountered Lowery, he was wearing his TPD police uniform and was driving a marked TPD patrol vehicle. *Id*. pg. 38:2 – 5.

5. Payne testified at deposition that he intended to investigate whether Lowery was the suspect the officers were looking for, but Lowery was non-cooperative, ran away, and physically engaged into an altercation with Payne, very briefly grabbed the top slide part of the gun barrel as he grabbed at Payne's shoulders, jumped a gate or fence, and made a furtive movement, which was perceived by Payne as going for a firearm, and fearing for his life during a rapidly evolving and tense scenario, Payne fired one single shot, hitting and ultimately killing Lowery. Payne also testified at deposition that based on the body cam video the time that transpired between the physical altercation, including the previously described grabbing and the shot being fired, was about 10 seconds. Depo. Payne, pgs. 122:4 – 125:2; 62:7 – 65:25.

6. During the foot chase, prior to drawing his firearm, Payne discharged his two taser cartridges, and they did not disable Lowery. *Id*. pgs. 38:23 – 41:17.

7. Payne's body cam video shows that the entire incident which is the subject of this lawsuit transpired in approximately 51 seconds from the first time Lowery is visible on Payne's body cam until Payne fired his weapon. *See* Payne's bodycam video from 00:16 – 01:07.

8. Jamiyah Robinson, is Lowery's only child. Depo of Jamiyah Robinson, pgs. 14:16 -17; 54:8 -10. As of June 2025, she was 21 years old. *Id*. pg. 13:20- 21.

9. Ms. Robinson has lived with her maternal grandmother for the last 8 years, since her mother's passing, and has never lived with Lowery. *Id*. pgs. 13:22 – 14:22. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

10. At the time of his passing, Lowery had lived in Florida for more than 10 years. *Id*. pg. 15:16 – 22. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

11. Ms. Robinson last saw Lowery in 2017 at her mother's funeral. Id. pgs. 15:23 – 16:5. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

12. At the time of the subject incident, Lowery had a prior felony charge for which he was sentenced to 36 months of probation on April 8, 2021. *See* Probable Cause Arrest Affidavit dated July 4, 2020 by Officer Christopher Ginter and Judgment/Order of Probation and related documents in Brevard County Circuit Court Case No. 05-2020-CF-033350; *see also* Exhibits 4 & 5 to Depo. of Ms. Robinson. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

13. On November 12, 2021, Lowery was arrested for violation of probation. *See* Probable Cause Affidavit by Officer Matthew Rush, Affidavit of Violation of Probation and Violation Report by CO Shannon Holley; *see also* Exhibits 6, 7 & 8 to Depo. of Ms. Robinson. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

14. At the time of the subject incident, Lowery had over $3,500 in cash on his person, various card- including a debit card which was not under his name-, as well as illegal and controlled substances on his person. *See* Brevard County Sheriff's Case Supplement Report in Case #2021-00472099, inventory and photographs; *see also* Exhibits 9, 10 & 12 to Depo. of Ms. Robinson. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

15. As part of the investigation, at the time of his passing, Lowery's toxicology report showed that he was positive for opiates, oxycodone and cannabinoids. *See* Toxicology Report; *see also* Exhibits 11 to Depo. of Ms. Robinson. *Plaintiff admits this fact but states that it is irrelevant to summary judgment.

Respectfully submitted on this 4th day of December, 2025.

*/s/ John Marrese*
John Marrese, Esq.
Pro Hac Vice
Hart McLaughlin & Eldridge LLC
One South Dearborn, Ste 1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
Attorneys for Plaintiff
Primary e-mail: jmarrese@hmelegal.com

*/s/ James R. Jimenez*
James R. Jimenez, Esq.
Florida Bar No.: 1032069
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL 33409
Telephone: (561) 688-6560
Facsimile: (561) 688-2343
Attorneys for Joshua Payne
Primary e-mail: jjimenez@rrbpa.com

*/s/ Ramon Vazquez*
Ramon Vazquez, Esq.
Florida Bar No.: 196274
Roper, Townsend & Sutphen, P.A.
255 S. Orange Ave., Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Attorneys for City of Titusville
Primary e-mail: rvazquez@roperpa.com