# EXHIBIT 2

**Andrew J. Scott, III, D.C.J.**
**Doctor of Criminal Justice**

**12902 Big Bear Bluff**
**Boynton Beach, FL 33473**
**(O) 561-302-0756  (F) 561-892-8250**
ascott@ajspoliceconsulting.com

**CURRICULUM VITAE**

**EDUCATION**

Doctor of Criminal Justice (DCJ)
    Saint Leo University
    Saint Leo, Florida (12/2021)

Master of Science in Management (MSM)
    St. Thomas University
    Miami, Florida (12/1993)

Bachelor of Arts in Psychology (BA)
    Florida International University
    Miami, Florida (3/1977)

Federal Bureau of Investigation National Academy
    Session # 183
    Quantico, Virginia (12/1995)

Federal Bureau of Investigation Law Enforcement Executive Development
    Session #42
    Quantico, Virginia (3/2000)

**EXPERIENCE**

**Adjunct Professor**　　　　　　　　　　　　　　　　　　　　　　**Saint Leo University**
**March 2022 to present**　　　　　　　　　　　　　　　　　　　　**Saint Leo, FL**

**President**　　　　　　　　　　　　　　　　　　　　　　　　　　**AJS Consulting, LLC**
**September 2002 to present**　　　　　　　　　　　　　　　　　　**Boca Raton, Florida**

- President and owner of AJS Consulting, LLC specializing in:
- Security team development and deployment
    - Created an armed private security force – Courthouse Commons Security.
    - Held state of Florida "M" license for private security.
    - Managed armed private security force to include policy creation, personnel implementation, scheduling and hiring of security force team.
    - Advisory Board member for Platinum Security (FL) providing expert advice on private security guard policy, training, and practices.
- Law enforcement policies and procedures development and review.
    - Accreditation Manager
    - Assessor for the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) and the Commission for Florida Accreditation, Inc. (CFA).
    - Commissioner for the Commission for Florida Accreditation, Inc. (CFA), six years.

- Expert witness testimony and litigation preparation relating to police procedures and practices for both defendant and plaintiff.
- Corporate and private plant security related matters.
  - Frequent lecturer on Workplace Violence prevention and mitigation strategies and human/sex trafficking.
- Security assessments.
  - Conducted dozens of security assessments for homeowners associations, condominium associations, and private businesses.
- Leadership Development
- Expert in law enforcement accreditation.
- Expert in evidence collection and storage protocols for law enforcement agencies, law firms, and insurance companies.
- Expert in police use of lethal and less lethal use of force.
- Expert in police vehicle pursuits.
- Expert in the application of Electro Muscular Disruption Devices (EMDs), known as TASER™, in use of force instances.
- Expert in police hiring practices, recruitment, and retention issues.
- Expert in Use of Force instruction.
- Expert-Property and Evidence.
- Minority hiring and promotion.
- Expert in Internal Affairs investigations.
- Special Weapons and Tactics (SWAT).
- Expert-Eyewitness Identifications-police photo arrays, showups, line-ups.
- Expert-Homicide and Criminal Investigations.
- Crime Prevention.
- Racial Profiling.
- Law enforcement related technology.
- Domestic counter terrorism initiatives.
- Preparing for and responding to mass disasters
- Media relations – crisis management.
- Expert in crime scene investigations.
- Training initiatives.
- Homeland security initiatives.
- Community policing initiatives.
- Dignitary protection.

**President**                                            **The Evidence Storage Company, LLC**
**January 2007-Present**                                                        **Boca Raton, FL**

- President and owner of The Evidence Storage Company (TESCO™) which provides secure storage of property or evidence impounded by insurance companies, law firms and law enforcement agencies.

**December 2011 to December 2015**

- Florida Supreme Court-certified Circuit Court Mediator.

**Vice President & Principal**                                         **Scott-Roberts and Associates, LLC**
**January 2008 to January 2020**                                           **West Palm Beach, FL**

- Vice President, Principal, and owner of Scott-Roberts and Associates, LLC providing employment screening, tenant screening, and background checks for clients in need of these services.

2

| | |
|---|---|
| **Chief Operating Officer** | **Antol Restoration** |
| **January 2006 to December 2006** | **Boca Raton, Florida** |

- Responsible for the day to day operation of the company (annual revenue of $12 million) and reports directly to the President and owner of the company.
- Develop strategic business plans for the company.
- Created company Mission, Vision, and Value statements.
- Provided ongoing leadership and management training.
- Created a Human Resource function.
- Hired personnel to fill strategic vacancies (e.g., H.R. Director, Project Managers, Permitter, Customer Service Specialist, and Marketing Specialist).
- Develop policies and procedures for various company domains.
- Implemented weekly accountability meetings with all company departments and biweekly department head accountability meetings.
- Oversee General Manager, Controller, Production Manager, Sales Manager, Warehouse Manager and Office Manager.
- Implement market penetration and diversification strategies for the company (creating Antol roofing company and HVAC company.).
- Oversee and maintain fiscal spending within budget.
- Opened new business (National Evidence and Property Storage, Inc.) as Vice President and co-owner.
- Created and implemented new marketing strategies for the company.
- Implemented bar-coding system in warehouse immediately resulting in pricing efficiency to our customers and effective inventory control.
- Created company employee policy book.
- Implemented monthly company newsletter.
- Implemented employee 401(k) plan.
- Actively engaged in sales.

| | |
|---|---|
| **Chief of Police** | **Boca Raton Police Department** |
| **City of Boca Raton** | **Boca Raton, Florida** |
| **October 1998 to February 2006** | |

- Chief Executive Officer of a police department of 197 sworn officers with 110 civilians for a city population of 85,000 citizens, a city of 28 square miles, and a $26 million dollar budget.
- Outlined a new mission, vision, and direction for the department in order to forge the most efficient means to conduct business. Transformed a view of the police department from "status quo" into a nationally renowned law enforcement agency serving an internationally recognized city.
- Applied pragmatic fiscal discipline, maintained at or under budget performance each year through better allocation of personnel and resources, and increased seizure of criminal assets.
- Instituted 12-hour shifts in the Uniform Patrol Division resulting in an additional 10% increase in person hours without any additional cost to the taxpayers.
- Developed and carried out an on-going five-year strategic plan focused on technology, leadership development, and recruitment and training providing agency personnel with the right tools to enhance the department's performance to our citizens.
- Reduced felony crime by 42% over a seven-year period (1998-2005).
- Received international accreditation by the Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA) three times (1999, 2002, and 2005).
- Received state accreditation by the Commission on Florida Law Enforcement Accreditation, Inc. (CFA) three times (1999, 2002, and 2005).

3

- Envisioned, developed and created the International Center for Leadership and Development (ICLAD) for advanced training for law enforcement, fire fighters, and civilian government workers in the tenets of leadership, management, homeland security, and overall think-tank for relevant issues impacting the noted disciplines.
- Strategically utilized nearly $13 million dollars of seized assets from criminal enterprises to build ICLAD.
- Created a mechanism of accountability for developing crime solving strategies within the city via Strategic Focus Initiative (SFI) monthly meetings modeled from New York City Police Department's COMPSTAT.
- Instituted a citywide leadership program, initially in the police department, and then citywide, utilizing the model and principles proffered by Kouzes and Posner's *The Leadership Challenge.*
- Instituted geographical districting in order to promote accountability and responsibility to all levels of the organization for combating crime and social issues that cause crime.
- Introduced wireless computer technology inside police cruisers with access to NCIC, FCIC, DHSMV, Internet, and department Intranet.
- Created the Family Services Bureau which allowed the police department to respond to all issues of the family, regardless of age or need, with social services, crime prevention services, family intervention services, and typical law enforcement services for juveniles.
- Created and instituted an Elder Crimes Specialist position specializing in the needs of the elderly and providing the first senior crime prevention program in Palm Beach County.
- Created the first volunteer program in Palm Beach County to check on elderly citizens who were housebound.
- Enhanced the victim/witness advocate program by creating a second advocate specialist position.
- The first police department in Palm Beach County to deploy to all sworn personnel Electro Muscular Disruption Devices (EMDD), commonly known as TASERS.
- Chairperson for the committee on developing a countywide policy for EMDD use for Palm Beach County law enforcement agencies, on behalf of the Palm Beach County Law Enforcement Planning Council. The committee consisted of the Palm Beach County Medical Examiner, the Palm Beach County State Attorney, and several other prominent Police Chiefs.
- Palm Beach County law enforcement received national recognition for the development of a model policy for EMDD use by the International Association of Chiefs of Police (2005).
- The first police department in Palm Beach County to deploy to all sworn personnel carbine assault rifles (.223 cal.) replacing the shotgun.
- Upgraded all issued side arms to semi-automatic, Sig Sauer, 40 cal.
- Experienced the first bio-terrorism attack on American soil in October 2001 when the American Media, Inc. (AMI) building was infected with anthrax resulting in a homicide.
- Strategically partnered with the Federal Bureau of Investigation (F.B.I.), the United States Attorney General's office, and a myriad of other national, state, and local law enforcement and governmental agencies to investigate the anthrax attack.
- Creation and development of the department's Safe Community Initiative program providing instruction to segments of the community susceptible to hate crimes and acts of terrorism.
- One of the first police departments in Palm Beach County to implement the Crisis Intervention Team (CIT) training to patrol officers dealing with mentally and emotionally diminished individuals.
- Formed an alliance with Boca Raton Community Hospital and the Boca Raton chapter of the American Heart Association to equip all patrol cars in the department's fleet with Automatic External Defibrillators (A.E.D.) at no cost to the taxpayers.
- Purchased and coordinated the installation of a state-of-the-art radio dispatch center (1999) equipped state of the art computer aided dispatch system for the city's police and fire department.

- Purchased and coordinated the installation of a state of the art records management system
- Seamlessly relocated the department's communications center from the police department to a new, separate, location.
- Instituted a cell phone program for victims of domestic abuse at no cost to the victim.
- Partnered with local business creating a crime prevention program where cell phones were given to drivers of the participating business so they could immediately contact the police if a crime is observed.
- Implemented a bicycle patrol unit.
- Implemented the Trespass after Warning program.
- Implemented a Jet Ski patrol program for the community's waterways.
- Augmented the Marine Patrol Unit with two additional vessels totaling four vessels.
- Created a Traffic Enforcement Task Force.
- Implemented a Youth Probation Enforcement Program with the Department of Children and Families.
- Teamed the Organized Crime Unit with other local, state and federal law enforcement agencies to combat narcotics trafficking and white-collar crimes.
- Collaborated with The Salvation Army with a program called Greater Achievement Through Education (GREAT) created to help at risk children with school preparation and tutorial assistance.
- Partnered with Big Brothers/Big Sisters by allowing officers on-duty time to become a Big Brother or Big Sister to children in need.
- Developed an innovative recruitment program called "Guess Who's Coming to Dinner." The concept attracted national media attention and successfully allowed the police department to attract a vast number of candidates to fill police officer vacancies.
- Implemented the "I Prevent Crime" crime prevention campaign raising the consciousness of community and its responsibility to protect themselves against crime.

**Assistant Chief of Police**                              **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, Florida**
**January 1995-October 1998**

- Promoted to Assistant Chief in 1995 assisting in the oversight of the 161 person police department.
- Acted as Chief of Police in his absence.
- Functional experience as Assistant Chief overseeing Uniform Patrol, Administration, and Investigations.
- Development and oversight of the department's $10.1 million dollar budget.
- Development and oversight of the department's information technology section.
- Responsibility over the department's Accreditation Office and successfully guided the department through two international accreditations and two state accreditations.
- Assisted in the development of the department's five year strategic plan.
- Administered the department's Law Enforcement Trust Fund
- Oversight of the department's Internal Affairs Unit.
- Oversight of the department's Personnel and Training Unit.
- Oversight of the department's Emergency Operation Center.
- Oversight of the department's Special Response Team.
- Oversight of the department's Communications Section.
- Oversight of the department's K-9 Unit.
- Accreditation assessor for CALEA and CFA.

**Lieutenant**                                             **North Miami Beach Police Department**
**City of North Miami Beach**                              **North Miami Beach, FL**
**1992-1995**

5

- Commander of Internal Affairs and Personnel and Training.
- Lieutenant of Criminal Investigations and Homicide Investigations.
- Accreditation Manager (1991-1996).
- Patrol Shift Commander (1992-1994).
- Field Training Commander (1992-1998).
- Quality Team Management Facilitator (1992-1998).
- Commander of the department's Special Response Team (SRT).
- Supervisor of K-9 unit.

**Sergeant**                                                        **North Miami Beach Police Department**
**City of North Miami Beach**                                     **North Miami Beach, FL**
**1989-1992**

- Administrative Sergeant – direct assistant to the Major of Administration. Supervised Communications, Records, Property Room, Quartermaster and Vehicle Maintenance.
- Criminal Investigations Sergeant – Supervised a 20-member detective and crime scene unit which provided full-service investigations ranging from homicides and traffic homicides to property crimes.
- Patrol Sergeant – Managed a 14-member shift which responded to initial calls for service from the public.
- Special Response Team Sergeant (SRT).

**Detective**                                                        **North Miami Beach Police Department**
**City of North Miami Beach**                                     **North Miami Beach, FL**
**1983-1989**

- Property Room Custodian - Fully responsible for all property and evidence taken into custody by department personnel. Conducted a staff study of the property room function.
- Crime Scene Group Leader – Supervised a four-member crime scene unit. Developed and implemented new guidelines and procedures for investigating diverse types of crime scenes including homicides and all other types of death investigations.
- Crime Scene Detective – Investigated a variety of crime scenes from homicides to property crimes.
- Homicide Investigator.
- SRT team member and team Grenadier.

**Patrolman**                                                        **North Miami Beach Police Department**
**City of North Miami Beach**                                     **North Miami Beach, FL**
**1982-1983**

- Uniform Patrol Officer and Special Response Team member (SRT).
- Baton Instructor

**Patrolman**                                                        **North Miami Police Department**
**City of North Miami**                                             **North Miami, FL**
**1978-1982**

- Uniform Patrol Officer.

**Auxiliary Patrol Officer**                                       **Dania Beach Police Department**
**City of Dania Beach (FL)**                                       **Dania Beach, FL**
**1976-1978**

**PROFESSIONAL AFFLIATIONS**

- International Association of Chiefs of Police (IACP) – Life Member
- Florida Police Chiefs Association (FPCA) – Life Member
- Palm Beach County Association of Chiefs of Police – Life Member
- F.B.I. National Academy Associates (FBINA)
- Law Enforcement Executive Development Associates (LEEDA)
- Police Executive Research Forum (PERF)
- National Center for Women and Policing
- National Association of Women Law Enforcement Executives
- Commission on Accreditation for Law Enforcement Agencies, Inc. (CALEA)
- Commission on Florida Accreditation for Law Enforcement Agencies, Inc. (CFA)
- Florida Police Accreditation Coalition (FLAPAC)
- Florida Division of International Association for Identification
- International Association For Property and Evidence (IAPE)
- Miami-Dade County Police Benevolent Association
- Certified Corporate Property & Evidence Specialist (CCPE)
- American Society of Industrial Security (ASIS) member
- Society of Human Resource Managers (SHRM) member
- Palm Beach Society of Human Resource Managers (PBSHRM)
- National Tactical Officers Association (NTOA)
- National Association of Professional Background Screener (NAPBS)

**PROFESSIONAL BOARD AND COMMITTEE APPOINTMENTS**

- IACP Forensics Committee – former committee member – 2006-2014
- IACP Crime Prevention Committee –former committee member -2006-2014
- Blue Ribbon Advisory Committee member for the development of the IACP's Technology Desk Reference for Chiefs of Police in conjunction with the Technology Technical Assistance Program (TTAP) in association with the United States Department of Justice.
- Co-Chair (former) – National Sheriff's Association Neighborhood Watch Advisory Program
- Chairperson (former) - Commission for Florida Law Enforcement Accreditation, Inc.
- Commissioner – Commission for Florida Law Enforcement Accreditation, Inc. (CFA)
- Assessor and Team Leader (former) - Commission on Accreditation for Law Enforcement Agencies, Inc.
- Assessor and Team Leader (former) - Commission for Florida Law Enforcement Accreditation, Inc.
- President (former) - Palm Beach County Association of Chiefs of Police
- Chairperson (former) - Palm Beach County Law Enforcement Planning Council.
- Chairperson (former) – Palm Beach County Multi-Agency Gang Task Force.
- Board Member (former) – Boca Raton Police Athletic League
- Executive Board Member (former) – Hundred Club of South Palm Beach County
- Member (former) F.B.I. Anti-Terrorism Task Force (Miami Field Office).
- Southern Police Institute – Louisville, Kentucky – Guest Lecturer
- F.B.I.- Miami Field Office – Guest Lecturer
- Miami-Dade Police Department – Guest Lecturer – 1998-2006 Internal Affairs Seminar.

**AWARDS AND RECOGNITIONS**

- Promoting Equality for Women Award from the National Center for Women and Policing – 2001 (2nd male Chief of Police in the United States to receive this honor).

7

- "Breaking the Glass Ceiling "Award from the National Center for Women and Policing – 2001.
- Recognition by the F.B.I. (Miami) for assistance with the AMI/Anthrax investigation – 2002
- Recognition from the Palm Beach County Law Enforcement Planning Council for chairing the Council - 2002
- Manager of the Year for the City of Boca Raton – 2002.
- Man of Distinction Award from the American Red Cross – 2002.
- Humanitarian of the Year Award from The Haven – 2004
- Palm Beach County Association of Chiefs of Police recognizing contributions to law enforcement - 2005
- Recognition from the Commission on Florida Law Enforcement Accreditation, Inc. – 2006
- Recognition from the Commission on Florida Law Enforcement Accreditation, Inc. for being the Chairperson of the Commission – 2006
- Performance Institute – Washington D.C., Keynote speaker – Use of Force in the 21st Century – June 2010.
- Supreme Court of Florida certified Circuit Court Mediator.
- Officer of the Year – Miami Dade County (twice).
- Officer of the Year – North Miami Beach Police Department (twice).
- Officer of the Month – North Miami Beach Police Department (five times).
- Numerous awards during my law enforcement career – too many to list on C.V.

**PUBLICATIONS**

- Scott, A.J. (1994). *Law Enforcement and the Need for a Paradigm Shift.* The Florida Police Chief.

- Scott, A.J. (1994). *Handling Civil Unrest.* The Florida Police Chief.

- Scott, A.J. (1995). *Accreditation, What's In It For Me?,* Dade County PBA Heat

- Maughan, M & Scott A.J. (2001, January). *Boca Raton Police Services Department Comprehensive Approach to Juvenile Crime.* The Florida Police Chief.

- Maughan, M. & Scott A.J. (2003, May). *Boca Raton's Family Services Bureau Puts Families First.* The Florida Police Chief.

- Fagan, S. & Scott, A.J. (2004). *Safe Community Initiative.* The Florida Police Chief.

- Sullivan, J.J. & Scott, A.J. (2005, February). *A Leadership Challenge: Turning Vision into Reality.* The Florida Police Chief.

- Croy, L. & Scott, A.J. (2005, September). *I Prevent Crime: A Crime Prevention Campaign.* The Police Chief (The International Association of Chiefs of Police magazine).

- Scott, A. J. (2007, December). *Use of Force…How Much is Too Much?* The Defender (Statewide publication for Florida State Public Defenders).

- Scott, A. (2021). *Should Initiation of Police Vehicle Pursuits be Based on the Objectively Reasonable Calculus?* (published dissertation).

**COMMUNITY ACTIVITY**

8

- Florida Atlantic University     Adjunct Faculty     08/05-12/12
- Lynn University     Adjunct Faculty     08/04-12/08
- Capella University     Adjunct Faculty     11/07-06/14
- Florida Police Chiefs Association     Life Member     10/94-Present
- Palm Beach County Association of Chiefs     Life Member/Past President     10/96-Present
- P.R.O.P.E.L.     Member /Past President     06/04-Present
- Boy Scouts of America     District Chairperson     2010- Present
- Women in Distress     Trustee/Board Member     2010- Present
- The Haven     Award Recipient     2004
- Nat'l Center for Missing/Exploited Children     Advisory Member     04/04-01/06
- American Red Cross     Former Advisory Board Member     11/99-01/06
- American Red Cross     Award Recipient     2002
- Rotary Club of Boca Raton     Former member     1999-2006

**POST-SECONDARY TEACHING EXPERIENCE**

- Saint Leo University     Adjunct Faculty     03/22 – Present
  Graduate and Undergraduate Courses in Criminal Justice.

- Lynn University     Adjunct Faculty     08/04 – 12/08
  Undergraduate Courses in Criminal Justice and Criminology

- Florida Atlantic University     Adjunct Faculty     08/04 – 12/12
  Undergraduate Courses in Criminal Justice and Criminology

- Keiser University     Adjunct Faculty     08/07 - 2010
  Undergraduate Courses in Human Resources

- Capella University     Adjunct Faculty     11/07 – 06/14
  Undergraduate Courses in Criminal Justice, Corrections and Criminology

- Course Development for Capella University:
    - Corrections
    - Criminal Investigations/Homicide Investigations
    - Crime Scene Investigation
    - Police Administration

**ADDITIONAL TRAINING CLASSES:**

- Auxiliary Officer Certification
- Basic Law Enforcement Training
- Police Officer Certification
- Officer Stress Assessment & Resolution
- Instructor Techniques
- Crime Scene Procedures for Law Enforcement Officers
- Special Response Team – Basic Tactics
- Instructor Training – Police Baton
- Sex Offenses – F.B.I.

9

- Crime Scene Procedures
- Crime Scene Techniques – F.B.I.
- Police Photography Course
- Police/Medical Investigation of Death – I.A.C.P.
- Homicide Investigations
- Medicolegal Investigation of Death.
- Interviews and Interrogations
- Chemical Agents Instructor
- Firearms Instructor Techniques
- SRT Grenadier
- Crime Scene Investigators Conference
- Crime Scene Reconstruction
- Property and Evidence Custodian
- Criminal Investigation
- DNA Identification
- Line Supervision
- Advanced Supervision
- Advance Report Writing
- Drugs in the Workplace
- Death Investigation
- Designer Drugs
- Officer Survival Training
- FCIC Basic Telecommunications
- Police Executive Development Workshop
- Job Task Analysis
- The Supervisory Leadership Challenge
- Basic Field Force
- The Basics of Writing Policies and Procedures
- Disorder Management Symposium
- Police Internal Affairs
- Infectious Diseases Seminar
- ASP Refresher
- Verbal Judo
- Human Diversity
- Firearm's Transition
- Equal Employment Law Workshop
- Promotional Assessor
- B-PAD Certification
- Driver Improvement Seminar
- OC Gas Training
- Anti-Lock Braking System
- EVOC Training/Pursuit Driving
- Advanced EVOC Training
- Leadership and Development
- Accreditation Certifications
- Accreditation Team Leader Certifications for CFA and CALEA
- Incident Command System
- Multi-Agency Incident Management
- NIIMS ICS 120 Incident Command System
- Graduate Criminal Justice Education – University of Virginia, FBI NA Quantico, VA
- Overview of Incident Command System
- Disaster Planning
- Commission on Florida Law Enforcement Accreditation Assessor Training

- Managing in the New Millennium
- United States Secret Service Dignitary Protection Seminar
- Missing and Exploited Children Chief Executive Officer Seminar
- CALEA Certified Team Leader
- Basic TASER™ instruction
- Civil Circuit Mediator training
- Carbine Rifle and use of force training
- Handgun and use of force training
- D3 Handgun/Castle firearms and use of force training
- Workplace Violence: From Prevention to Recovery
- D3 Carbine rifle and use of force training
- D3 Handgun Vehicle Darkness and use of force training
- Carbine Rifle and use of force training.

*Revised;05//29/2024*

11