IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIYAH ROBINSON,
as Personal Representative of the
ESTATE OF JAMES LOWERY,
Deceased,

                                  No. 6:23-cv-01313

        Plaintiff,

v.

JOSHUA NATHAN PAYNE, individually
and as an agent and employee of the
Titusville Police Department, and
CITY OF TITUSVILLE, FLORIDA,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Jamiyah Robinson, as Personal Representative of the Estate of James Lowery, deceased, by and through her undersigned counsel, respectfully requests, without opposition, that the Court extend Plaintiff's deadline to respond in opposition to Defendants' Motions for Summary Judgment (Doc. 89, 90) from December 26, 2025, to January 12, 2026, and states the following in support:

On December 4, 2025, Defendant City of Titusville filed its Motion for Summary Judgment. (Doc. 89.) On December 5, 2025, Defendant Joshua Nathan Payne filed his Motion for Summary Judgment. (Doc. 90.) Under Local Rule 3.01,

Plaintiff's responses in opposition to Defendants' Motions for Summary Judgment are due on December 26, 2025. L.R. 3.01(d).

Lead Plaintiff's counsel with primary responsibility for drafting Plaintiff's opposition to Defendants' summary judgment motions, John Marrese, has several trial-related deadlines which make this short extension necessary. Counsel leaves for a trial in the District of Kansas on January 12, 2026, with Final Pretrial occurring January 14 and trial beginning January 20 and scheduled to last through February 5. Plaintiff's counsel has had a series of pre-trial deadlines in advance of that trial that have required significant time and attention, including major upcoming pretrial deadlines between December 22 and January 12. Plaintiff's counsel has deadlines in other matters during this time as well, including oppositions to Rule 12(b)(6) motions due today December 19 in a matter pending in the District of Maryland.

Accordingly, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to file responses in opposition to Defendants' two Motions for Summary Judgment (Doc. 89, 90), from December 26, 2025, to January 12, 2026.

Plaintiff's counsel has met and conferred with counsel for Defendants, and Defendants do not object to Plaintiff's requested relief. This request is made in good faith for the purposes of pursuing this matter on the merits and not for the purpose of delay.

### Local Rule 3.01(g) Certification

Pursuant to the local rules, on December 19, 2025, counsel representing Plaintiff, John Marrese, conferred via email with counsel representing Defendant the

City of Titusville (Ramon Vasquez) and counsel representing Defendant Joshua Payne (James R. Jimenez), and Defendants do not oppose the relief sought herein.

Dated: December 19, 2025           Respectfully submitted,

Jamiyah Robinson, as Personal Representative of the Estate of James Lowery, Deceased

By:   /s/   *John Marrese*
           John Marrese

Ben Crump
Natalie Jackson
BEN CRUMP LAW
122 S. Calhoun Street
Tallahassee, Florida 32301
(800) 713-1222
ben@bencrump.com
natalie@nataliejacksonlaw.com

Steven Hart*
Brian Eldridge*
John Marrese* (*Lead Counsel Pursuant to L.R. 2.02(a)*)
Paige Smith*
HART MCLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, IL 60603
(312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

Kevin Edwards*
EDWARDS INJURY LAW
226 Baldwin Avenue
Charlotte, NC 28204

(980) 400-3244
kevin@edwardsinjury.com

*Attorneys for Plaintiffs*

*Under Special Admission