UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMIYAH ROBINSON,
as Personal Representative of the
ESTATE OF JAMES LOWERY,
Deceased,

    Plaintiff,
v.

JOSHUA NATHAN PAYNE, individually
and as an agent and employee of the
Titusville Police Department, and
CITY OF TITUSVILLE, FLORIDA,

    Defendants.
_____/

CASE NO.: 6:23-cv-01313-PGB-LHP

### DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE REPORT AND TESTIMONY OF ANDREW J. SCOTT, III

COME NOW, Defendants, JOSHUA NATHAN PAYNE ("Payne"), and CITY OF TITUSVILLE, FLORIDA ("City"), by and through their undersigned counsel, and respectfully state as follows:

1. On November 3, 2025, Defendants filed a "Joint Motion to Exclude Report and Testimony of Andrew J. Scott, III" (Doc. 84).

2. Plaintiff's counsel inadvertently missed the deadline to respond to said motion and after an Order to Show Cause was entered (Doc. 87), Plaintiff filed an "Unoposed Motion for Extension of Time to File Opposition to Defendants' Joint

Motion to Exclude Report and Testimony of Andrew J. Scott, III" (Doc. 88), which the Court granted (Doc. 92).

3. On December 17, 2025, Plaintiff filed "Plaintiff's Opposition to Joint Motion to Exclude Report and Testimony of Andrew J. Scott, III" (Doc. 94).[1]

4. Pursuant to the Court's Local Rule 3.01(d) Defendants may not file a reply to Plaintiff's response, without leave of court.

5. Defendants respectfully request leave from this Court to file a reply to Plaintiff's response in opposition, which will not exceed 7 pages. *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (District courts have unquestionable authority to control their own dockets; this authority includes broad discretion in deciding how best to manage the cases before them.).

WHEREFORE, it is respectfully requested that the Court grant this motion and allow Defendants leave to file a reply, with a 7-page limit, to Plaintiff's response in opposition (Doc. 94).

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) the undersigned counsel, Ramon Vazquez, hereby certifies that he has conferred with Plaintiff's counsel, Mr. John Marrese, who does not object to the relief herein requested.

---

[1] As a matter of note, Plaintiff's Opposition states in Section V (Doc. 94, pgs. 16-17) that Defendants twice falsely attribute statements to Dr. Scott. While Defendants take issue with the negative connotation of the term "falsely," and the issue could have been brought to defense counsel's attention in order to withdraw same prior to including it in Section V, it is admitted that the two statements mentioned in Section V should have not been included in Defendants' motion, as they were related to a different report. Accordingly, they are hereby withdrawn and defense counsel apologizes for the inadvertent error and any inconvenience caused by same.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this this 19th day of December, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a true and correct copy of the foregoing trough a notice of electronic filing to: Ben Crump, Esq., ben@bencrump.com ; Natalie Jackson, Esq., natalie@nataliejacksonlaw.com ; Steven Hart, Esq., shart@hmelegal.com ; Brian Eldridge, Esq., beldridge@hmelegal.com ; John Marrese, Esq., jmarrese@hmelegal.com; Kevin Edwards, Esq., kevin@edwardsinjury.com ; Attorneys for Plaintiff.

        Respectfully submitted,

        */s/ Ramon Vazquez*
        Ramon Vazquez
        Florida Bar No. 196274
        Roper, Townsend and Sutphen, P.A.
        255 S. Orange Ave., Suite 750
        Orlando, FL 32801
        Telephone: (407) 897-5150
        Facsimile: (407) 897-3332
        Attorneys for Defendant, City of Titusville

        */s/ James R. Jimenez*
        LYMAN H. REYNOLDS, JR.
        FBN: 380687
        JAMES R. JIMENEZ
        FBN: 1032069
        Roberts, Reynolds, Bedard & Tuzzio, PLLC
        470 Columbia Drive, Bldg. C101
        West Palm Beach, FL 33409
        Phone: 561-688-6560/Fax: 561-688-2343
        Attorneys for Defendant, Joshua N. Payne