# EXHIBIT 4

Filing # 150634621 E-Filed 06/01/2022 11:41:20 AM

| PROBABLE CAUSE AFFIDAVIT | FORM PURPOSE | On View (PC Arrest) ____  Taken Into Custody (Warrant/Capias Arrest) X | Capias Request ____ | Summoned/Cited (NTA) ____  AMENDED ____ | JUVENILE   YES ____  NO X  Referral ____ Civil Citation ____ |
|---|---|---|---|---|---|

| Arresting Agency ORI | Arresting Agency Name | Arresting Agency Case/Arrest Number | OBTS Number |
|---|---|---|---|
| FL0050000 | BREVARD COUNTY SHERIFF'S OFFICE | 2022-00192891 | 0501439178 |

| FDLE (SID) Number | FBI Number | DOC Number | Transport Time | Jail Date / Time | Jail Booking Number | Booking Agency ORI |
|---|---|---|---|---|---|---|
| | | | | 06/01/2022 11:12 | 2022-0000064 | FL0050000 |

| Location of Arrest (Include Name of Business) | City | Location of Offense (Business Name, Address) | City |
|---|---|---|---|
| 860 CAMP RD RD | Cocoa | 860 CAMP RD | Cocoa |

| Offense Date OR Date Range | Arrest Date / Time | Charge Type (Check as many as apply)  Felony X  Misdemeanor ___ Traffic ___ Ordinance ___ | Evidence Confiscated (Check as many as apply)  Vehicle ___ Firearm ___ Property ___ |
|---|---|---|---|
| 06/01/2022 | 06/01/2022 11:23 | | |

| Name (Last, Suffix) | Name (First) | Name (Middle) | Alias and Type | Date of Birth | Age | Jacket Number |
|---|---|---|---|---|---|---|
| Payne | Joshua | Nathan | | | | 4991936 |

| Race | Ethnicity | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|
| B-Black | Hispanic | Male | 5' 10 | 180 | Brown | Brown |

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)

| Local Address (Street, Apt. Number) | City, State, Zip | Phone/Type (include area code) | Primary Language   English Y |
|---|---|---|---|
| 1100 JOHN GLENN BLVD | Titusville, FL 32780 | (321)264-7800 Work | English |

| Permanent Address (Street, Apt. #) or Parent's Name if Juvenile | City, State, Zip | Phone/Type (include area code) | Complexion  Medium |
|---|---|---|---|

| Business Address (Name, Street) or School if Juvenile | City, State, Zip | Phone/Type (include area code) | Build  Average |
|---|---|---|---|

| Driver's License State / Number / Type | Social Security Number* | INS Number | Place of Birth  FL | Citizenship  US |
|---|---|---|---|---|

| Residence Type: City ___ County ___ Florida ___ Out of State ___ | Mark All that Apply (Y, N, Unk)  Homeless N  Sex Offender N  Gang Affiliation N | Suspected of Using (Y, N, Unk)  Alcohol ___ | Drugs ___ Computer/Handheld Device ___ |
|---|---|---|---|

| PARENT Driver's License State / Number / Type | PARENT Social Security Number | Juvenile Civil Citation Not Referred Explanation | Juvenile Facility |
|---|---|---|---|

*Collection of social security numbers from an arrested individual is to verify identity and may be shared with other law enforcement agencies.

| PC ___ Capias ___ Warrant X Additional Charge ___ | Date Issued 05/31/2022 | Writ Aff. ___ Domestic Violence ___ Order of Arrest ___ |
|---|---|---|

| Charge Description | Counts | F.S. X  Ord. ___ | Statute / Ordinance Number | Reclassifier |
|---|---|---|---|---|
| Manslaughter Other Than by Mtr Veh | 1 | | 782.07.1 | |

| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number |
|---|---|---|---|---|
| | | | $,15,000.00 | 052022CF30172 |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe and does believe that the above named Defendant committed the following violation of law

On the ___ day of ___ at ___ AM ___ PM (Specifically include facts constituting cause for arrest)

**2022CF30172 CIRC RT CAPIAS REF MANSLAUGHTER BOND 15000 C/C**

Confidential Victim Information Included - YES ___ NO X

In accordance with F.S.S. 938.27, I hereby request reimbursement of investigative costs consisting of ___ hrs @ $___ per hr and/or ___ miles @ ___ per mile for a total of $___.

Affidavit Attached: Yes ___ No ___   Continue for: Narrative ___ Charges ___

| **Mandatory Appearance in Court** | Location (Court and Address) | | Division # |
|---|---|---|---|
| | Date: Month ___ Day ___ Year ___ Time ___ AM ___ PM | | |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST OR A TAKE INTO CUSTODY ORDER SHALL BE ISSUED.

| Signature of Defendant / Juvenile | Signature of Juvenile's Parent/Custodian | Release to: (Name) | Date | Time |
|---|---|---|---|---|

| Hold for Other Agency Name: | Verified By: | Do Not Bond Out Reason |
|---|---|---|
| | | Hold for 1st Appearance (Adults Only) |

| I swear/affirm the above and attached statements are true and correct X on 06/01/2022 | Officer's/Complaintant's Signature  **Electronically Signed** | ID#  1873 | Officer's/Complaintant's Name (Printed)  **Amanda Sostre** | |
|---|---|---|---|---|
| Sworn and Subscribed before me, the undersigned authority this ___ day of 06/01/2022 | Notary Signature  **Electronically Signed** | Notary Name (Printed)  **Freeman, Clifford** | Notary/Law Enforcement Officer in Performance of Official Duties. Personally Known X ID ___ |

BCJC (Jail)   Page 1 of 2

| AGENCY NAME: | BREVARD COUNTY SHERIFF'S OFFICE | | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number |
|---|---|---|---|---|
| Continuation Page 2 of 2 | | | | 2022-00192891 |

| Defendant / Juvenile Name (Last, Suffix) | Defendant / Juvenile Name (First) | Defendant / Juvenile Name (Middle) | OBTS Number |
|---|---|---|---|
| Payne | Joshua | Nathan | 0501439178 |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| | | | | |

Arrested ____  At Large ____  Cited ____  Felony ____  Misdemeanor ____

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| | | | | |

Arrested ____  At Large ____  Cited ____  Felony ____  Misdemeanor ____

PC ____ Capias ____ Warrant ____ Additional Charge ____ Date Issued ____ Writt Aff. ____ Domestic Violence ____ Order of Arrest ____

| Charge Description | Counts | F.S. | Statute / Ordinance Number | Reclassifier |
|---|---|---|---|---|
| | | Ord. | | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number |

PC ____ Capias ____ Warrant ____ Additional Charge ____ Date Issued ____ Writt Aff. ____ Domestic Violence ____ Order of Arrest ____

| Charge Description | Counts | F.S. | Statute / Ordinance Number | Reclassifier |
|---|---|---|---|---|
| | | Ord. | | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number |

PC ____ Capias ____ Warrant ____ Additional Charge ____ Date Issued ____ Writt Aff. ____ Domestic Violence ____ Order of Arrest ____

| Charge Description | Counts | F.S. | Statute / Ordinance Number | Reclassifier |
|---|---|---|---|---|
| | | Ord. | | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number |

| Year | Make | Model | VIN | Tag / Tag State | Primary Color | Secondary Color |
|---|---|---|---|---|---|---|
| | | | | | | |

* If Applicable, provide information related to the vehicle involved in the crime.

| Officer's/Complaintant's Signature | ID# | Officer's/Complaintant's Name (Printed) |
|---|---|---|
| Electronically Signed | 1873 | Amanda Sostre |

Filing # 150659566 E-Filed 06/01/2022 02:41:10 PM
Filing # 150581497 E-Filed 05/31/2022 04:08:33 PM

| IN THE CIRCUIT COURT, 18th JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA |||
|---|---|---|
| **DIVISION:** CRIMINAL | **CAPIAS** | 05-2022 CF 30172 -AXXX-XX<br>CR #: OR-27-0404 |
| **STATE OF FLORIDA VS** | **DEFENDANT** JOSHUA NATHAN PAYNE | Agency: FLORIDA DEPARTMENT OF LAW ENFORCEMENT |

**TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA:**
You are hereby commanded to take the above-named defendant in custody if he/she be found in your county, and have him/her safely before the Judge of the court at the Brevard County Detention Center, Sharpes, Florida to answer an Information filed and now pending for:

1   782.07(1)   MANSLAUGHTER (F2) $15,000

| **RELEASE TYPE** CASH OR SURETY BOND | **CLERK OF COURTS** | BY C. Thompson DC | **DATE** 5/31/2022 |
|---|---|---|---|
| **LAST KNOWN ADDRESS:** CONFIDENTIAL ADDRESS , FL <br><br>**DESCRIPTION** <br>RACE: WHITE <br>SEX: M <br>DOB: ▓ <br>EYES: <br>HEIGHT: <br>WEIGHT: <br>HAIR: <br>DL NO: ▓ <br>PHONE: || RECEIVED THIS CAPIAS AND SERVED SAME IN BREVARD COUNTY, FLORIDA.<br><br>BY _____<br>DEPUTY SHERIFF, BREVARD COUNTY, FLORIDA.<br><br>DATE: ||

Revised Jan.2019

06012022  SERVED BCSO ID 1873 / C/C 4942

2022-05-31 17:12

Case # 05-2022-CF-030172-AXXX-XX
Document Page # 4
*35041811*

Filing 150581497         VS                                        05-2022-CF-030172-AXXX-XX
Filing 150659566   STATE VS PAYNE JOSHUA NATHAN       05-2022-CF-030172-AXXX-XX

| PROBABLE CAUSE AFFIDAVIT | FORM PURPOSE | On View (PC Arrest) _____ <br> Taken into Custody (Warrant/Capias Arrest) _____ | Capias Request XX <br> Summoned/Cited (NTA) _____ | JUVENILE  YES _____  NO X <br> Referral _____  Civil Citation _____ |
|---|---|---|---|---|

## ADMINISTRATIVE

| Arresting Agency ORI | Arresting Agency Name | Arresting Agency Case/Arrest Number | OBTS Number |
|---|---|---|---|
| FL0051700 | Florida Department of Law Enforcement | OR-27-0404 | |

| FDLE (SID) Number | FBI Number | DOC Number | Transport Time | Jail Date / Time | Jail Booking Number | Booking Agency ORI |
|---|---|---|---|---|---|---|

| Location of Arrest (Include Name of Business) | City | Location of Offense (Business Name, Address) | City |
|---|---|---|---|
| | | 1520 Craig Avenue | Titusville |

| Offense Date OR Date Range | Arrest Date / Time | Charge Type (Check as many as apply) Felony X <br> Misdemeanor _____ Traffic _____ Ordinance _____ | Evidence Confiscated (Check as many as apply) <br> Vehicle _____ Firearm _____ Property _____ |
|---|---|---|---|
| 12/26/2021 | | | |

## DEFENDANT / JUVENILE

| Name (Last, First, Middle) | Alias and Type | Date of Birth | Age | Jacket Number |
|---|---|---|---|---|
| Payne, Joshua Nathan | | | | |

| Race | Ethnicity | Sex | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|---|
| White | Hispanic | Male | 5'10" | 185 | Brown | Brown |

**Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)**
Unknown

| Local Address (Street, Apt. Number) | City, State, Zip | Phone/Type (include area code) | Primary Language  English X |
|---|---|---|---|

| Permanent Address (Street, Apt. Number) or Parent's Name if Juvenile | City, State, Zip | Phone/Type (include area code) | Complexion |
|---|---|---|---|
| Same as Above | N/A | | |

| Business Address (Name, Street) or School if Juvenile | City, State, Zip | Phone/Type (include area code) | Build |
|---|---|---|---|
| Unknown | N/A | | |

| Driver's License State / Number / Type | Social Security Number* | INS Number | Place of Birth | Citizenship |
|---|---|---|---|---|
| | | | Florida | USA |

| Residence Type: <br> City _____ County _____ Florida X Out of State _____ | Mark All that Apply (Y, N, Unk) <br> Homeless N  Sex Offender N  Gang Affiliation N | Suspected of Using (Y, N, Unk) <br> Alcohol _____ Computer/Handheld Device _____ | Drugs _____ |
|---|---|---|---|

| PARENT Driver's License State / Number / Type | PARENT Social Security Number | Juvenile Civil Citation Not Referred Explanation | Juvenile Facility |
|---|---|---|---|

*Collection of social security numbers from an arrested individual is to verify identify and may be shared with other law enforcement agencies.

## CHARGE

| PC _____ Capias X Warrant _____ Additional Charge _____ | Date Issued | Writt Aff. _____ Domestic Violence _____ Order of Arrest _____ |
|---|---|---|

| Charge Description | Counts | F.S. | Statute / Ordinance Number | Reclassifier |
|---|---|---|---|---|
| Manslaughter | 1 | Ord. | 782.07(1) | |

| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number |
|---|---|---|---|---|
| N/A | N/A | N/A | | |

## PROBABLE CAUSE

The undersigned certifies and swears that he/she has just and reasonable grounds to believe and does believe that the above named Defendant committed the following violation of law

On the **26** day of **December** at **07:13** _____ AM X PM  (Specifically include facts constituting cause for arrest)

Continued on next page for narrative....

In accordance with F.S.S. 938.27, I hereby request reimbursement of investigative costs consisting of _____ hrs @ $_____ per hr and/or _____ miles @ _____ per mile for a total of $_____.

Affidavit Attached:  Yes _____ No _____     Continue for:  Narrative _____ Charges _____

## NOTICE TO APPEAR

**Mandatory Appearance in Court**

| Location (Court and Address) | | | | Division # | |
|---|---|---|---|---|---|
| Date: Month _____ | Day _____ | Year _____ | Time _____ | _____ AM | _____ PM |

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST OR A TAKE INTO CUSTODY ORDER SHALL BE ISSUED.

| Signature of Defendant / Juvenile | Signature of Juvenile's Parent/Custodian | Release to: (Name) | Date | Time |
|---|---|---|---|---|

## ADMINISTRATIVE

| Hold for Other Agency Name: | Verified By: | Do Not Bond Out Reason <br> _____ Hold for 1st Appearance (Adults Only) |
|---|---|---|

| I swear/affirm the above and attached statements are true and correct _____ on May 2022 | Officer's/Complaintant's Signature | ID# 1417 | Officer's/Complaintant's Name (Printed) <br> SA Chris Shephard |
|---|---|---|---|
| Sworn and Subscribed before me, the undersigned, authority this _____ day of May 2022 | Notary Signature | Notary Name (Printed) <br> Ryan Bliss | Notary/Law Enforcement Officer in Performance of Official Duties. Personally Known X ID _____ |

Page 1 of 3

| AGENCY NAME: | FDLE | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number |
|---|---|---|---|
| Continuation Page 2 of 3 | | | OR-27-0404 |

**Defendant / Juvenile Name (Last, First, Middle)**: Payne, Joshua Nathan

**OBTS Number**:

**Co-Defendant Name**: N/A

**Charge Description**: N/A (x3)

**Vehicle**: N/A

On the above date and time, Titusville Police Department (TPD) Officer Joshua Payne attempted to stop James Lowery who matched the description of a suspect of a battery domestic violence complaint. Lowery walked away from Officer Payne which led to a foot pursuit. Officer Payne discharged the first cartridge from his Taser at the fleeing Lowery. The Taser was ineffective and the foot pursuit continued. Officer Payne used his radio to inform TPD dispatch and other officers that he was in a foot pursuit. Officer Payne deployed the second cartridge from his Taser and it was again ineffective. Lowery approached a gate to a residence where he turned and faced Officer Payne. Officer Payne gave commands to Lowery, " drop it, drop it, get down. " Lowery removed an object from his pocket and threw it over a fence. The object was later found to be a small red bag containing illicit narcotics. Officer Payne drew his firearm with his left hand from the holster and continued to hold his taser in his right hand.

Continued on next page........

**ID#**: 1417
**Officer's/Complainant's Name (Printed)**: SA Chris Shephard

ROBINSON 000197

| AGENCY NAME: FDLE | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number OR-27-0404 |
|---|---|---|
| Continuation Page 3 of 3 | | |

| Defendant / Juvenile Name (Last, First, Middle) Payne, Joshua Nathan | | | | OBTS Number |
|---|---|---|---|---|

| Co-Defendant Name (Last, First, Middle) N/A | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
|---|---|---|---|---|
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth/Age | Juvenile (Y or N) |
| Arrested ___ At Large ___ Cited ___ Felony ___ Misdemeanor ___ | | | | |

| PC ___ Capias ___ Warrant ___ Additional Charge ___ | Date Issued | | Writt Aff. ___ | Domestic Violence ___ | Order of Arrest ___ |
|---|---|---|---|---|---|
| Charge Description N/A | Counts | F.S. ___ Ord. ___ | Statute / Ordinance Number | Reclassifier | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number | |

| PC ___ Capias ___ Warrant ___ Additional Charge ___ | Date Issued | | Writt Aff. ___ | Domestic Violence ___ | Order of Arrest ___ |
|---|---|---|---|---|---|
| Charge Description N/A | Counts | F.S. ___ Ord. ___ | Statute / Ordinance Number | Reclassifier | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number | |

| PC ___ Capias ___ Warrant ___ Additional Charge ___ | Date Issued | | Writt Aff. ___ | Domestic Violence ___ | Order of Arrest ___ |
|---|---|---|---|---|---|
| Charge Description N/A | Counts | F.S. ___ Ord. ___ | Statute / Ordinance Number | Reclassifier | |
| Drug Activity | Drug Type | Amount / Unit | Bond Amount | Warrant / Citation / Court Number | |

| Year | Make N/A | Model | VIN | Tag / Tag State | Primary Color | Secondary Color |
|---|---|---|---|---|---|---|

* If Applicable, provide information related to the vehicle involved in the crime.

Officer Payne continued to give Lowery commands, " get down. " Lowery turned, took a step to the gate and climbed over. Officer Payne approached the gate with his firearm in his left hand and his Taser in his right hand. Lowery was on the opposite side of the gate as Officer Payne. Evidence supports that Officer Payne simultaneously pulls the trigger of his Taser and his firearm. Officer Payne fired a single gunshot striking Lowery in the back of his head and killing him. There were no weapons found on Lowery or in his vicinity.

Brevard County Medical Examiner's autopsy report. Medical Examiner Sajid Qaiser, MD, reported that the cause of death for James Lowery was due to gunshot wound of head. The manner of death was listed as a homicide.

| Officer's/Complainant's Signature | ID# 1417 | Officer's/Complainant's Name (Printed) SA Chris Shephard |
|---|---|---|

ROBINSON 000198