# EXHIBIT 7

COPY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1  UNITED STATES DISTRICT COURT

2  MIDDLE DISTRICT OF FLORIDA

3  ORLANDO DIVISION

4  CASE NO.: 6:23-CV-01313-PGB-LHP

5

6  JAMIYAH ROBINSON, AS

7  PERSONAL REPRESENTATIVE OF

8  THE ESTATE OF JAMES LOWERY,

9  DECEASED,

10  Plaintiff,

11

12  V.

13

14  JOSHUA NATHAN PAYNE,

15  INDIVIDUALLY AND AS AN AGENT

16  AND EMPLOYEE OF THE

17  TITUSVILLE POLICE DEPARTMENT,

18  AND CITY OF TITUSVILLE, FLORIDA,

19  Defendants.

20

21

22

23  DEPONENT:  JAMIYAH FRAKIYA ROBINSON

24  DATE:      JUNE 6, 2025

25  REPORTER:  KIMBERLY ROBERTS

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                          APPEARANCES

 2   ON BEHALF OF THE PLAINTIFF, JAMIYAH ROBINSON, AS
     PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES LOWERY,
 3   DECEASED:
     John Marrese, Esquire
 4   Hart, McLaughlin & Eldridge, LLC
     1 South Dearborn
 5   Suite 1400
     Chicago, Illinois 60603
 6   Telephone No.: (312) 955-0545
     E-mail: jmarrese@hmelegal.com
 7
     ON BEHALF OF THE DEFENDANT, JOSHUA NATHAN PAYNE,
 8   INDIVIDUALLY AND AS AN AGENT AND EMPLOYEE OF THE
     TITUSVILLE POLICE DEPARTMENT:
 9   James Jimenez, Esquire
     Roberts, Reynolds, Bedard & Tuzzio, PLLC
10   470 Columbia Drive
     Suite C101
11   West Palm Beach, Florida 33409
     Telephone No.: (561) 688-6560
12   E-mail: jjimenez@rrbpa.com

13   ON BEHALF OF THE DEFENDANT, CITY OF TITUSVILLE, FLORIDA:
     Ramon Vazquez, Esquire
14   Roper, Townsend & Sutphen, P.A.
     255 South Orange Avenue
15   Suite 750
     Orlando, Florida 32801
16   Telephone No.: (407) 897-5150
     Facsimile No.: (407) 897-3332
17   E-mail: rvazquez@roperpa.com

18

19

20

21

22

23

24

25
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

389095 Robinson damyan 06-08-2025   Page 4

```
 1                          INDEX
                                                Page
 2  PROCEEDINGS                                    5
    DIRECT EXAMINATION BY MR. VAZQUEZ              6
 3  CROSS-EXAMINATION BY MR. JIMENEZ              54
    EXAMINATION BY MR. MARRESE                    61
 4  REDIRECT EXAMINATION BY MR. VAZQUEZ           62

 5                        EXHIBITS
    Exhibit                                     Page
 6  Defendant's
    1 - Notice to Take Deposition                30
 7  2 - Plaintiff's Answers to Defendant City
        of Titusville's First Set of
 8      Interrogatories                          32
    3 - Plaintiff's Supplemental Answers to
 9      Defendant City of Titusville's First Set
        of Interrogatories                       36
10  4 - Arrest Affidavit                         39
    5 - Judgement/Order of Probation             40
11  6 - Arrest Affidavit                         41
    7 - Affidavit of Violation of Probation      42
12  8 - Florida Department of Corrections
        Violation Report Dated November 15, 2021 42
13  9 - Brevard County Sheriff's Office Case
        Supplement Report                        45
14  10 - Photographs of Money & Drugs            47
    11 - Steward Reference Laboratory Toxicology
15       Report                                  51
    12 - Photographs of Drugs                    55
16
    Plaintiff's
17  13 - Complaint                               60

18

19

20

21

22

23

24

25
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

385095 Robinson Jamiyah 06-06-2025   Page 5

```
 1                      STIPULATION

 2

 3  The VIDEO deposition of JAMIYAH FRAKIYA ROBINSON was

 4  taken at MILESTONE REPORTING COMPANY, 315 EAST ROBINSON

 5  STREET, SUITE 510, ORLANDO, FLORIDA 32801 on FRIDAY the

 6  6th day of JUNE 2025 at approximately 10:08 a.m. (ET);

 7  said deposition was taken pursuant to the FLORIDA Rules

 8  of Civil Procedure.

 9

10  It is agreed that KIMBERLY ROBERTS, being a Notary

11  Public and Court Reporter for the State of FLORIDA, may

12  swear the witness and that the reading and signing of

13  the completed transcript by the witness is not waived.

14

15

16

17

18

19

20

21

22

23

24

25
```

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

389699 Robinson Jamiyah 06-06-2025   Page 6

```
 1            PROCEEDINGS

 2        THE REPORTER:  Okay.  Good morning.  We are now

 3    on the video record.  And this is the videotaped

 4    deposition of Jamiyah Robinson in the case of

 5    Jamiyah Robinson, as personal representative of the

 6    estate of James Lowery, deceased, v. Joshua Nathan

 7    Payne, individually and as agent and employee of the

 8    Titusville Police Department, and City of

 9    Titusville, Florida. Case number 6:23-CV-01313-PGB-

10    LHP.

11        Today's date is June 6, 2025.  And the current

12    time is 10:09 a.m.  Will Counsel please introduce

13    themselves for the record starting with Plaintiff's

14    Counsel?

15        MR. MARRESE:  John Marrese for Plaintiff.  Good

16    morning.

17        MR. JIMENEZ:  James Jimenez for Defendant,

18    Joshua Nathan Payne.

19        MR. VAZQUEZ:  I'm Ramon Vazquez for the

20    Defendant, City of Titusville.

21        THE REPORTER:  Perfect.  Thank you.  All right,

22    Ms. Robinson, will you please raise your right hand?

23    Do you solemnly swear or affirm that the testimony

24    you're about to give will be the truth, the whole

25    truth, and nothing but the truth?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1              THE WITNESS:  Yes, ma'am.

 2              THE REPORTER:  Thank you.

 3                   DIRECT EXAMINATION

 4         BY MR. VAZQUEZ:

 5     Q.   Good morning.

 6     A.   Good morning.

 7     Q.   Yes.  As I identified myself before the

 8  deposition, my name is Ramon Vazquez and I represent the

 9  City of Titusville in a lawsuit that you have brought

10  against my client, as well as co-Defendant, Joshua

11  Payne.  Today, I will be asking you questions, and as

12  well as Mr. Jimenez, and perhaps, your attorney.  We

13  want you to answer them to the best of your ability,

14  okay?

15          Have you ever been in a deposition before

16  today?

17     A.   No, sir.

18     Q.   I'm sure that your attorney has explained to

19  you some of the ground rules.  I'll just go over them.

20  You know, some basic ground rules.  Please answer the

21  question to the best of your ability.  If you don't

22  understand the question, please let us know.  Otherwise,

23  we will all assume that you understood; is that fair?

24     A.   Yes, sir.

25     Q.   Okay.  In normal conversation, we can say uh-
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

389595 Robinson 06-06-2025    Page 8

1  huh, uh-uh, nod our hands, talk over each other and we

2  can understand ourselves, but since this is a formal

3  proceeding, it's going to be recorded and transcribed.

4  So for clarity purposes, I may prompt you, every now and

5  then, is that a yes, is that a no, just to be clear on

6  the record; do you understand?

7      A.   Yes, sir.

8      Q.   At any time, feel free to ask for a break.  We

9  can break at any time for any reason.  All I ask is that

10  you please answer the last question that was asked and

11  then we can go on break; is that understood?

12      A.   Yes, sir.

13      Q.   Okay.  And as I said to you, Ms. Robinson,

14  before the deposition, today we're going to be asking

15  some difficult questions.  Now, it is not our intent to

16  make you upset in any way, so please understand that. We

17  are attorneys doing our job to the best of our ability

18  on behalf of our clients, and we will keep it very

19  professional, okay?

20      A.   Yes, sir.  I understand.

21      Q.   This was a deposition Duces Tecum, and I know

22  that your attorney posed some objections to it.  I'm

23  going to show you a copy of the Notice of Deposition.

24  I'm going to show it to your attorney first, and then

25  he'll pass it on to you.  You may keep it for now.



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**            **www.MILESTONEREPORTING.com**            **Toll Free 855-MYDEPOS**

Robinson, Damayah 06-06-2025   Page 9

```
 1        A.   Okay.

 2        Q.   Have you ever seen this document before today?

 3        A.   Yes, sir.

 4        Q.   Okay.  And then we're going to go over the

 5  items one by one and your attorney may object to it. And

 6  that's another ground rule for the deposition, by the

 7  way.  If your attorney objects, you are still required

 8  to answer the question unless he specifically instructs

 9  you to not answer the question.  Otherwise, he may

10  object, but you're still required to answer.

11             Do you understand?

12        A.   Yes, sir.

13             MR. MARRESE:  It's okay.  Rather than interrupt

14        your questioning, I'll just incorporate by reference

15        my e-mail and e-mails between us objecting to the

16        Duces Tecum, unless you would like me to object.

17             MR. VAZQUEZ:  I would prefer for you to object

18        directly.

19             MR. MARRESE:  Okay.  Sure, yeah.

20             MR. VAZQUEZ:  And if you want to pose it as a

21        standing objection, that's fine.  I just want to be

22        on the record then.

23             MR. MARRESE:  Okay.  Sure.

24             BY MR. VAZQUEZ:

25        Q.   Okay.  Ms. Robinson, as to Item number 1 in
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   the Notice, did you bring any medicals, like psychiatric

2   or psychological records or bills or anything regarding

3   any treatment you may have received as a result of the

4   incident, which is the subject of this lawsuit?

5        A.   No, sir.

6        Q.   Regarding Item number 2, have you brought any

7   tax returns or any information from the IRS from the

8   year 2018 until the present date?

9        A.   No, sir.

10       Q.   Okay.  Have you brought any pay stubs, W-2

11  Forms, W-9 Forms, or any type of verification regarding

12  any payments made to you from 2018 to the present date?

13       A.   No, sir.

14       Q.   Have you brought any documentation,

15  photographs, digital images, video recordings, or any

16  tangible evidence, which you believe may prove each and

17  every one of the allegations in the underlying

18  complaint?

19       A.   No, sir.

20       Q.   Number 5, have you brought any documentation

21  submitted by you or given to you regarding any old

22  benefits sought by you from any government agencies

23  regardless of the type of benefit?

24       A.   No, sir.

25       Q.   Have you brought any documentation,

**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

589095 Robinson Usm11 van 06-08-2023     Page 11

1    photographs, digital images, video recordings, or any

2    other tangible evidence, which substantiates the special

3    damages claimed by you as a result of the incident,

4    which is the subject of this lawsuit?

5         A.    No, sir.

6         Q.    And have you brought any documents, opinions

7    from respondents, reports, or e-mails, anything

8    whatsoever from an expert witness retained on your

9    behalf regarding this lawsuit?

10        A.    No, sir.

11        Q.    And Number 8, have you brought any

12   photographs, digital images, video recording, or any

13   tangible evidence of Mr. Lowery regarding the incident

14   which is the subject to this lawsuit?

15        A.    No, sir.

16        Q.    Okay.  And I understand that some were

17   produced with Discovery.

18            MR. MARRESE:  For the record, yes.  With

19        respect to Number 4, 6, and 8, Plaintiff has

20        produced documents responsive to those requests in

21        Discovery.  In particular, in response to the

22        Request for Production of Documents from the City of

23        Titusville.  In response to Number 2, 3, and 5,

24        referring to my e-mail on the subject, those matters

25        are irrelevant.  And just want to make that for the

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     record.  Thank you.

2          MR. VAZQUEZ:  Sure.  Got you.

3          BY MR. VAZQUEZ:

4     Q.   And we had a discussion regarding the cell

5  phones, two cell phones that were retrieved from the

6  police department.  And I understand that they were

7  given to you upon your request.

8          Do you know what I'm talking about?

9     A.   No, sir.

10    Q.   Okay.  I understand Mr. Lowery was your

11 father, correct?

12    A.   Yes, sir.

13    Q.   Okay.  My understanding is that Mr. Lowery

14 had, at the time of his passing, he had two cell phones

15 with him.  Have you ever seen those cell phones?

16    A.   No, sir.

17    Q.   You have not.  Do you know who possesses --

18 who has those cell phones?

19    A.   No, sir.  I do not.

20    Q.   Do you know who retrieved them from the police

21 department?

22    A.   No, sir.

23         MR. VAZQUEZ:  Okay.  Let's go off the record

24    momentarily.

25         THE REPORTER:  Okay.  Going off the record and



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1    the time is 10:16 a.m.

2         (A recess was taken.)

3         THE REPORTER:  Okay.  We are back on the video

4    record and the time is 10:18 a.m.

5         BY MR. VAZQUEZ:

6    Q.   Okay.  And will you please state and spell

7    your full name for the record?

8    A.   J-A, apostrophe, M-I-Y-A-H.

9    Q.   And do you have a middle name?

10   A.   Yes.  Frkiya, F-R-K-I-Y-A, Robinson,

11   R-O-B-I-N-S-O-N.

12   Q.   And Ms. Robinson, while we were off the

13   record, you gave us your date of birth and Social

14   Security number; is that correct?

15   A.   Yes, sir.

16   Q.   Okay.  And where do you currently live?

17   A.   Florence, South Carolina.

18   Q.   What is the address there?

19   A.   1825 Autumn Lane.

20   Q.   What city?

21   A.   Florence.

22   Q.   State?

23   A.   South Carolina.

24   Q.   And the ZIP code?

25   A.   29501.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

1      Q.   How long have you lived there?

2      A.   For eight years.

3      Q.   Eight years.  Do you live by yourself or does

4  someone live with you?

5      A.   I live with my grandmother --

6      Q.   With your grandmother --

7      A.   -- and two siblings.

8      Q.   And what is your grandmother's name?

9      A.   Gloria Robinson.

10     Q.   Okay.  And your siblings?

11     A.   Rah'kiya McCall.

12     Q.   How do you spell it?

13     A.   R-A-H-'-K-I-Y-A, McCall, M-C-C-A-L-L.

14     Q.   And how old is Ms. McCall?

15     A.   16.

16     Q.   And your other sibling?

17     A.   Robert McCall.

18     Q.   And how old is Mr. McCall?

19     A.   18.

20     Q.   And you are currently 21 years old, correct?

21     A.   Yes, sir.

22     Q.   Okay.  So you've lived with your grandmother

23  since you were approximately 13 years old?

24     A.   Yes, sir.

25     Q.   Okay.  And who raised you before you went to

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   live with your grandmother?

 2        A.   My mother.

 3        Q.   Your mother.  And what is your mother's name?

 4        A.   Amanda, A-M-A-N-D-A, Robinson.

 5        Q.   And where does Ms. Amanda Robinson live?

 6        A.   She's deceased.

 7        Q.   Deceased.  I'm sorry to hear that.

 8        A.   Yes.  Thank you.

 9        Q.   Is that the reason why you went to live with

10   your grandmother because of the passing of your mother

11   or was it for some other reason?

12        A.   The passing of my mother.

13        Q.   Okay.  And Mr. James Lowery was your father,

14   correct?

15        A.   Yes, sir.

16        Q.   How many children did Mr. Lowery have?

17        A.   One.  Just me.

18        Q.   Just you.  Did you ever live with your father?

19        A.   No, sir.

20        Q.   Okay.  At the time that you were born, where

21   did he live?

22        A.   I'm not sure.

23        Q.   Not sure, okay.  And were you born in South

24   Carolina or elsewhere?

25        A.   South Carolina.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Sro0950 Robinson Usmilyao V6-08-2023   Page 15

```
 1      Q.   South Carolina.  And have you lived in South
 2 Carolina for your entire life?
 3      A.   Yes, sir.
 4      Q.   Okay.  We're here because of an incident that
 5 occurred in 2021.  Do you recall the date or do you know
 6 the date?
 7      A.   December -- I don't recall the exact date, but
 8 I know it was after Christmas.
 9      Q.   Uh-huh.  My understanding, according to the
10 allegations, that it was December 26, 2021.  Is -- does
11 that sound correct?
12      A.   Yes, sir.
13      Q.   Okay.  Was Mr. Lowery living in Florida at the
14 time of his passing?
15      A.   Yes, sir.
16      Q.   How long had he lived in Florida before his
17 passing?
18      A.   I don't recall.
19      Q.   Okay.  Was it more than five years?
20      A.   Yes, sir.
21      Q.   More than 10 years?
22      A.   Yes, sir.
23      Q.   Okay.  When was the last time that you saw Mr.
24 Robinson before his passing?
25      A.   2017, at my mother's funeral.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   I asked you before if -- okay, so 2017 was the

 2   year.  Yeah, that's eight years ago that your mom

 3   passed.  I apologize.  And that would've been in South

 4   Carolina?

 5        A.   Yes, sir.

 6        Q.   And where did you see him, at a funeral home,

 7   or where was this?

 8        A.   The actual funeral.  I don't know what -- what

 9   you would call it.  I'm assuming the funeral place.

10        Q.   Okay.  And for how long did you see him that

11   day?

12        A.   The whole day.

13        Q.   The whole day.  Okay.  Were there some kind of

14   service or wake going on?

15        A.   Yes, sir.

16        Q.   Okay.  And before that location, when had you

17   last seen him?

18        A.   A year before that.

19        Q.   About where at?

20        A.   In 2015.

21        Q.   Oh, 2015?

22        A.   At my grandmother's house.

23        Q.   Okay.  Did he visit or did he stay at your

24   grandmother's house in 2015?

25        A.   Just visit.
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

S09095 Robinson Demiryan 06-08-2023      Page 18

 1      Q.   But at that time you weren't living with your

 2   grandmother either, correct?

 3      A.   No.  No, sir.

 4      Q.   Okay.  So that's correct?

 5      A.   Yeah.  I was staying at my mother's still.

 6      Q.   Yeah.  When was the last time that you stayed

 7   under the same roof as your father?

 8      A.   I don't recall.

 9      Q.   Did you ever stay under the same roof with

10   your father?

11      A.   I maybe as a baby.  I'm not sure.

12      Q.   Okay.  Did you communicate with your father?

13      A.   Yes, sir.

14      Q.   Okay.  Now, how so?

15      A.   Maybe monthly.

16      Q.   Monthly?

17      A.   Yes, sir.

18      Q.   Okay.  And how did you communicate with him?

19   Was it text messages or a phone call?  How did you

20   communicate?

21      A.   Phone calls through my grandmother.

22      Q.   Okay.  So he would call his mom, and then at

23   the same time, you would talk to him; is that correct?

24      A.   No, my grandmother.

25      Q.   Oh, okay.  So --

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1        A.   So my mom's mom.

 2        Q.   Oh, okay.  Okay.  I apologize.

 3        A.   It's okay.

 4        Q.   Okay.  So you -- this is your maternal

 5   grandmother?

 6        A.   Yes, sir.

 7        Q.   Okay.  Is your father's name on your birth

 8   certificate?

 9        A.   No, sir.

10        Q.   Why not?

11        A.   I'm not sure.

12        Q.   Did your father support you in any way?

13        A.   Yes, sir.

14        Q.   How so?

15        A.   Child support, and after the passing of my

16   mom, he started to help my grandmother with my braces.

17   He would send gifts for my birthday.

18        Q.   And you mentioned child support, was there a

19   court order ordering him to pay child support?

20        A.   I don't recall.

21        Q.   Okay.  And did he ever pay child support to

22   your mom while she was alive?

23        A.   Yes, sir.

24        Q.   How much?

25        A.   I'm not sure.  I was younger.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.    Okay.  Was it current or was it in arrears?

2      A.    Would you explain what in arrears means?

3      Q.    Yeah.  Well, was it current or did he miss

4  some payments?

5      A.    He did miss some payments.

6      Q.    And how much was he behind?

7      A.    I'm not sure.

8      Q.    Okay.  Is there any way you can obtain that

9  information?

10      A.    I'm not sure.

11      Q.    Okay.  How about after your mother's passing,

12  how did he support you?

13      A.    He would send money to my grandmother for my

14  braces.

15      Q.    For braces.  And how much did your braces

16  cost?

17      A.    I believed it was $130 a month.  I'm not sure.

18      Q.    For how long?

19      A.    I'm not sure.

20      Q.    And what is the doctor's name who would

21  prescribed the braces?

22      A.    I'm not sure the doctors.  I know the name of

23  the company.

24      Q.    Company?

25      A.    Okay.  White Brown Smiles.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

S090905 Robinson Demiyah 06-08-2023      Page 20

```
 1        Q.    I'm sorry, can you say it again?

 2        A.    White Brown Smiles.

 3        Q.    And where are they located?

 4        A.    Florence, South Carolina.

 5        Q.    When did you start your braces?

 6        A.    I believe either the year of 2017 or 2018

 7  after my birthday.

 8        Q.    At the time of his passing, were you done with

 9  your braces?

10        A.    Yes, sir.  I had already started somewhere

11  else.

12        Q.    Okay.  And was he paying at that other place

13  or --

14        A.    No, sir.

15        Q.    No.  Okay.  And you said that he would also

16  give you money for your birthday.  How much would he

17  give you?

18        A.    I'm not sure.  My mother would have that --

19        Q.    Okay.  And after your mother's passing, did he

20  send you money during your birthday?

21        A.    No, sir.

22        Q.    When was the last time that you spoke to him

23  before his passing?

24        A.    I do not recall.

25        Q.    Okay.  Did you talk to him on Christmas Day,
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

S090905 Robinson Demi yar 06-08-2023     Page 21

1  the day before his passing?

2       A.   No, sir.

3       Q.   Okay.  Did you talk to him during the holiday

4  season of 2021?

5       A.   No, sir.

6       Q.   Did you talk to him at all during the year,

7  2021?

8       A.   I don't recall.

9       Q.   Did you talk to him in the year 2020?

10      A.   I don't remember.

11      Q.   How about 2019?

12      A.   I don't remember.

13      Q.   How about 2018?

14      A.   Yes, sir.

15      Q.   So last time that you currently remember that

16 you spoke to him would've been the year after your

17 mother's passing in 2018?

18      A.   Yes, sir.

19      Q.   What was the context of that conversation?

20      A.   Pertaining to my braces.

21      Q.   And what did you two discuss?  What was said?

22      A.   Payment issues.

23      Q.   Okay.  And what did he say?  That he would pay

24 for them in full, in part?

25      A.   Parts, and my grandma was doing half-and-half.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   So of the 130 a month, he would pay half of

 2  it?

 3      A.   Yes, sir.

 4      Q.   And did he comply throughout the entire

 5  treatment?

 6      A.   Yes, sir.

 7      Q.   When was the last time that you took a

 8  photograph with your father?

 9      A.   2017, my mother's funeral.

10      Q.   Okay.  Did your father support any other

11  relatives?

12      A.   Of my family?

13      Q.   Of his family; therefore, your family?

14      A.   I'm unsure.  I don't know.

15      Q.   You don't know?

16      A.   No, sir.

17      Q.   Is that correct?  You don't know?

18      A.   Yes, sir.  I don't know.

19      Q.   What kind of relationship do you have with

20  your father's side of the family?

21      A.   None.

22      Q.   None?

23      A.   Yes, sir.

24      Q.   Okay.  And why is that?

25      A.   They don't communicate with me, so I'm unsure.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

S09095 Robinson Demliyan 06-08-2025      Page 24

```
 1        Q.   Have you ever spoken with your paternal

 2   grandmother?  That is Mr. Lowery's mother.

 3        A.   I don't recall.  It hadn't been recently,

 4   like --

 5        Q.   When was the last time that you recall ever

 6   speaking to her?

 7        A.   I'm not sure.

 8        Q.   Were you a child at the time?

 9        A.   Yes, sir.

10        Q.   Okay.  Who were you -- was it while your

11   mother was alive or had your mother already passed at

12   the time?

13        A.   She was alive.

14        Q.   She was alive.  Okay.  That would've been

15   before 2018 then?

16        A.   Yeah.

17        Q.   Okay.  How about Mr. Lowery's sister?  Did you

18   speak to her at all?

19        A.   No, sir.

20        Q.   When was the last time you spoke to her?

21        A.   I don't recall.  I don't remember speaking to

22   her at all.

23        Q.   Does he have any other siblings?

24        A.   No, sir.

25        Q.   Does not.  Okay.  As far as you know, his only
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  living relatives would've been his mother and his

2  sister?

3       A.   Yes, sir.

4       Q.   And what are their names?

5       A.   Johari is the sister name, and Linda is the

6  mom's name.

7       Q.   Where does Ms. Linda live?

8       A.   Florence, South Carolina.

9       Q.   And how about Ms. Johari?

10      A.   I'm not sure.

11      Q.   Ms. Robinson, are you currently employed?

12      A.   No, sir.

13      Q.   Okay.  Are you a student?

14      A.   Yes, sir.

15      Q.   Where at?

16      A.   Francis Marion University.

17           THE REPORTER:  Can you say that again?

18           THE WITNESS:  Francis Marion University.

19           THE REPORTER:  Thank you.

20           THE WITNESS:  You're welcome.

21            BY MR. VAZQUEZ:

22      Q.   And where is it located?

23      A.   Florence, South Carolina.

24      Q.   Is it nearby your home?

25      A.   No, sir.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1        Q.   Do you commute on a daily basis or do you stay
 2   near the university?
 3        A.   I commute on a daily basis.
 4        Q.   Okay.  So you still live with your grandmother
 5   and you commute in order to go to school?
 6        A.   Yes, sir.
 7        Q.   Okay.  And I understand that the academic year
 8   just finished, correct?
 9        A.   Yes, sir.
10        Q.   Okay.  What year did you just finish, a
11   freshman, a sophomore?
12        A.   Sophomore.
13        Q.   Sophomore.  And what degree are you pursuing?
14        A.   Master's.
15        Q.   A master's?
16        A.   Yes.
17        Q.   I believe.  Are you done with your undergrad,
18   with your bachelor's degree, or not yet?
19        A.   Not yet.
20        Q.   Okay.  So what is your major?
21        A.   Healthcare administration.
22        Q.   Is that a Bachelor's in Science?
23        A.   Yes, sir.
24        Q.   When do you foresee you will complete your
25   degree?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1       A.   In 2027.

 2       Q.   In another two years?

 3       A.   Yes, sir.

 4       Q.   And then after that, based on what you just

 5  told me, you intend to pursue a grad degree, a master's

 6  degree; is that correct?

 7       A.   Yes, sir.

 8       Q.   In the same field or a different field?

 9       A.   Same field.

10       Q.   Same field.  What is your goal, as far as

11  professional goals of what to do for a living?

12       A.   I'm unsure, but I do plan on working in

13  healthcare.

14       Q.   Okay.  Do you have any scholarships or loans?

15  How do you pay for your studies?

16       A.   Financial aid.

17       Q.   Financial aid.  Does it cover it in full?

18       A.   Yes, sir.

19       Q.   Was Mr. Lowery employed at the time of his

20  passing?

21       A.   I'm not sure.

22       Q.   Do you know?

23       A.   No.

24       Q.   You don't know?

25       A.   No, sir.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  What is your understanding of the

2  circumstances of the incident which is the subject of

3  this lawsuit.  Can you describe to me what is your

4  understanding of what occurred?

5    A.   That it was a wrongful death and he was killed

6  for no reason.

7    Q.   Okay.  Can you please expand on that?

8    A.   As in?

9    Q.   Okay.  Was he a suspect of a crime?  Have you

10  ever been told of that?

11         MR. MARRESE:  Form of the question.

12         BY MR. VAZQUEZ:

13    Q.   You may answer.  Was he a suspect at the time?

14    A.   Yes, sir.

15    Q.   Okay.  What crime was he a suspect of?

16         MR. MARRESE:  Foundation.  Form.

17         THE WITNESS:  From my understanding, he was

18    mis-targeted.  It was the wrong person.

19         BY MR. VAZQUEZ:

20    Q.   Okay.  But do you know the crime, the

21  underlying crime, that the person who he was mistaken

22  for had committed, or was accused of committing?

23    A.   A domestic violence dispute.

24    Q.   And who shot your father?

25    A.   The police officer.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        Q.   Do you know his name?

2        A.   No, sir.

3        Q.   Have you seen any bodycam videos regarding the

4   incident which is the subject of this lawsuit?

5        A.   No, sir.

6        Q.   I'm not interested in knowing anything that

7   you discussed with your attorney, or anyone from his

8   office. That is privileged communication.

9             I'm just asking you, what did you do in

10  preparation for today's deposition?  Did you review any

11  documentation?

12       A.   Yes, sir.

13       Q.   What did you review?

14       A.   I reviewed documents of -- I can't remember

15  the name of it.  I'm not sure of the name of it, but I

16  reviewed documents, and I've been on Zoom calls

17  discussing it.

18       Q.   Okay.  And again, if you've been communicating

19  with your attorney or anyone that represents you, either

20  from his office or any other office, okay, I don't want

21  to know the contents of that communication or that

22  discussion.

23            I am entitled to know if you ever -- if you

24  communicated period, that's the extent of it.  That

25  you've talked to your attorney in preparation for



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  today's deposition?

 2       A.   Yes, sir.

 3       Q.   Okay.  And when was this?

 4       A.   Wednesday.

 5       Q.   Of this week?

 6       A.   Yes, sir.

 7       Q.   Two days ago?

 8       A.   Yes, sir.

 9       Q.   Okay.  And --

10       A.   And --

11       Q.   Yes.  Go ahead.  Sorry.

12       A.   -- and weeks before also.

13       Q.   I'm sorry?

14       A.   And weeks before also.

15       Q.   Okay.  And was that over phone?

16       A.   Yes, sir.

17       Q.   Okay.  And for how long?

18       A.   An hour.

19       Q.   Okay.  The documents that you reviewed, were

20  those photographs?

21       A.   No, sir.

22       Q.   Okay.  Were they related in any way to police

23  documents?

24       A.   No, sir.

25       Q.   Okay.  Did you review -- you said you didn't
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1  review any videos; is that correct?

 2       A.   Yes, sir.

 3       Q.   Did you review any answers to interrogatories?

 4  Those are written questions where you provided answers.

 5       A.   Yes, sir.

 6       Q.   Okay.  Any other documents that you may have

 7  reviewed?

 8       A.   That's all.

 9            MR. VAZQUEZ:  I'll take the notice.  I'm sorry

10       I kept it there.

11            And we'll mark the notice as Exhibit 1.

12            (Exhibit 1 was marked for identification.)

13            BY MR. VAZQUEZ:

14       Q.   Do you know of anyone who may have witnessed

15  the incident which is the subject of this lawsuit?

16       A.   No, sir.

17       Q.   Okay.  Obviously, other than the police

18  officer that was there, do you know of any other

19  persons?

20       A.   No, sir.

21       Q.   Okay.  Did Mr. Lowery have any medical

22  conditions at the time of his passing?

23       A.   I am unsure.

24       Q.   You don't know one way or the other?

25       A.   No, sir.

**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

S89095 Robinson Demiryan 06-08-2023   Page 31

```
 1        Q.   Is that correct?

 2        A.   Yes, sir.

 3        Q.   Okay.  Did Mr. Lowery, your father, ever tell

 4   you that he's reported any?

 5        A.   No, sir.

 6             MR. MARRESE:  Just form of the question.

 7             BY MR. VAZQUEZ:

 8        Q.   Did you pay any funeral expenses for Mr.

 9   Lowery?

10        A.   No, sir.

11        Q.   Are you aware of anyone who paid any funeral

12   expenses?

13        A.   No, sir.

14        Q.   Did you receive any insurance payments as a

15   result of his passing?

16        A.   No, sir.

17        Q.   Are you aware if there was any insurance

18   coverage, like, a life insurance for instance?

19        A.   No, sir.

20        Q.   Did you receive any contributions, let it be

21   donations or any other sort of contribution, from anyone

22   or any entity as a result of Mr. Lowery's passing?

23        A.   No, sir.

24        Q.   As the personal representative of the estate

25   of James Lowery, did the Court where you -- the probate
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free **855-MYDEPOS**

1   court where you filed the letters of administration, did

2   the Court distribute any of his assets to you or anyone?

3       A.   Not to me.  I'm unsure if anybody else

4   received anything.

5       Q.   Do you know if Mr. Lowery had any academic

6   degrees beyond GED?

7       A.   No, sir.  I do not.

8           MR. VAZQUEZ:  Ms. Robinson, I'm going to show

9       your attorney a copy of your answers to the first

10      set of interrogatories that was heard by the city,

11      and then he'll pass it on to you.

12          And those will be marked as Exhibit 2.

13          (Exhibit 2 was marked for identification.)

14          BY MR. VAZQUEZ:

15      Q.   Please review them.  Take your time.  You

16  don't have to read them out -- aloud.  Just take your

17  time.

18          Are you done, ma'am?

19      A.   Yes, ma'am.  Yes, sir.

20      Q.   Okay.  You may keep it for a moment.

21          At the very end, there is a verification page.

22  The last page.  Is that your electronic signature there?

23      A.   Yes, sir.

24      Q.   Are those your answers to those

25  interrogatories?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

S090907 Robinson Dempsey 06-08-2023          Page 33

```
 1        A.   Yes, sir.

 2        Q.   Okay.  I'll refer you then to Interrogatory

 3   number 7, please.

 4             Okay.  The question is, if any survivor or

 5   potential beneficiary is seeking to recover the value of

 6   past or future loss of supportive services, please list

 7   each person seeking award and the -- seeking any award

 8   of such damages, and the amount, et cetera.

 9             Your answer, the very last sentence of your

10   answer to Number 7 says, "Plaintiff is aware that Mr.

11   Lowery contributed household expenses and services to

12   his home in which he lived with his mother, Linda Lowery

13   Johnson."

14             Do you see that?

15        A.   Yes, sir.

16        Q.   Okay.  I asked you about that earlier, and you

17   said that you were not aware that that occurred.

18             So are you aware or are you not aware of it?

19             MR. MARRESE:  Form of the question.

20             BY MR. VAZQUEZ:

21        Q.   You may answer.

22        A.   I'm aware.

23             MR. MARRESE:  You can answer.

24             BY MR. VAZQUEZ:

25        Q.   You are aware?  Okay.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free **855-MYDEPOS**

```
 1           Why did you say that you weren't before?

 2           MR. MARRESE:  Form of the question.

 3           THE WITNESS:  Can you repeat that?

 4            BY MR. VAZQUEZ:

 5      Q.   Why did you say when I asked you initially,

 6  that you were not aware that he contributed in any way?

 7           MR. MARRESE:  Form of the question.

 8           You can answer.

 9           THE WITNESS:  I don't recall.

10            BY MR. VAZQUEZ:

11      Q.   Okay.  If you are aware, what kind of

12  contribution did he have towards Ms. Johnson?

13      A.   I'm assuming rent maybe.  I don't know.

14      Q.   Okay.  You're assuming.  Do you know?

15      A.   No.

16      Q.   Okay.

17           MR. MARRESE:  And just as an aside, and we can

18      have the discussion outside the presence of the

19      witness, but just to speed things along, the

20      Plaintiff in the case is obviously the estate, the

21      administrator of the estate.

22           MR. VAZQUEZ:  Sure.

23           MR. MARRESE:  Having an obligation to obtain

24      information beyond --

25           MR. VAZQUEZ:  Yeah.  We can do that later.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1              MR. MARRESE:  -- the personal knowledge --

2       okay.  All right.

3              MR. VAZQUEZ:  We can do that later.

4              I just asked -- she's the one who verified the

5       answers.

6              MR. MARRESE:  Yeah.  Well, that's -- sure.

7              MR. VAZQUEZ:  Okay.  So we'll mark that as

8       Number 2.  Take that back.  No.  No.  We're going to

9       mark it as number two.  We're done with it.

10             THE WITNESS:  Oh.

11             MR. VAZQUEZ:  Thank you.

12             MR. MARRESE:  Thank you.

13              BY MR. VAZQUEZ:

14       Q.  Are you aware of any liens, or outstanding

15  invoices, or bills, towards the estate of Mr. Lowery as

16  a result of the incident which is the subject of this

17  lawsuit?

18       A.  Can you repeat that?

19       Q.  Sure.  Are you aware of any outstanding

20  payments that are owed by the estate of James Lowery?

21  Let it be hospital bills, or medical bills, or any type

22  of invoice that has not been paid and needs to be paid?

23       A.  No, sir.

24       Q.  Was Mr. Lowery cremated or was he interned?

25       A.  I'm not sure.
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Did you go to his funeral or any wake?

2    A.   No, sir.  I wasn't invited.

3    Q.   I'm sorry?

4    A.   No, sir.  I wasn't invited.

5    Q.   Who took care of that?

6    A.   His mother, Linda.

7    Q.   Excuse me.  And I will show your attorney your

8    supplemental answers to the city's interrogatories, and

9    then he'll pass them on to you.

10        Same as before, please take a look at them.

11   You don't need to read them out loud.  Just let me know

12   when you're done.

13        Okay.  At the very end of the last page, that

14   is the verification page, is that your electronic

15   signature?

16   A.   Yes, sir.

17   Q.   So are those your answers to the

18   interrogatories?

19   A.   Yes, sir.

20        MR. VAZQUEZ:  Thank you.  We'll mark them as

21      Number 3.

22        (Exhibit 3 was marked for identification.)

23        MR. VAZQUEZ:  Thank you.  Would you like to

24      take a short break now?

25        MR. MARRESE:  Yeah.  Thank you.

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free **855-MYDEPOS**

```
 1              THE REPORTER:  Okay.  We are going off record
 2       and the time is 11:01 a.m.
 3              (A recess was taken.)
 4              THE REPORTER:  We are back on the video record
 5       and the time is 11:12 a.m.
 6              BY MR. VAZQUEZ:
 7       Q.    Ms. Robinson, we just came back from break.
 8   Is there anything regarding the testimony that you have
 9   offered so far that you would like to modify or change?
10       A.    No, sir.
11       Q.    Okay.  Regarding your maternal grandmother,
12   Ms. Robinson, what is her opinion of Mr. Lowery?
13       A.    She loved him.
14       Q.    She loved him?
15       A.    Yes, sir.
16       Q.    And why was there this disconnect between Mr.
17   Lowery and you, as his only child, that he did not look
18   after you more often?
19       A.    My mother got married to somebody -- to my
20   sibling's father, and I believe from what I was told,
21   that put a strain on him actually coming to our house,
22   my mother's house, to see me, other than just visiting
23   me at my grandmother's house, Gloria.
24       Q.    Okay.  And your other grandmother, Ms.
25   Johnson, Mr. Lowery's mother, she also lives in
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   Florence, correct?

 2        A.   Yes, sir.

 3        Q.   Okay.  And why didn't you visit them more

 4   often?

 5        A.   I'm really not sure.

 6        Q.   Okay.  When was the last time that you visited

 7   Ms. Johnson?

 8            MR. MARRESE:  Form of the question.  You said

 9        Ms. Johnson.

10            MR. VAZQUEZ:  Yeah.  Ms. Johnson -- yes.  His

11        -- or I'm sorry her -- his mom.

12            MR. MARRESE:  Oh.  I'm sorry.  Yeah.  Thank

13        you.  Okay.

14            THE WITNESS:  She came by in 2022, maybe -- it

15        was before I graduated.  And that was June.  I'm

16        unsure of what month, but it was 2022, before June.

17            BY MR. VAZQUEZ:

18        Q.   She came by your house?

19        A.   Yes.  My grandmother's house.  Where I lived.

20        Q.   Your grandmother's house.  And you saw her

21   that time?

22        A.   Yes, sir.

23        Q.   And what was the purpose of that visit?

24        A.   To speak about the lawyers and what they was

25   already doing.
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1     Q.   Talk about this lawsuit?

2     A.   Yes, sir.

3     Q.   Okay.  And have you seen her after that date?

4     A.   No, sir.

5     Q.   Do you know anything about Mr. Lowery's past

6  criminal history?

7     A.   No, sir.

8          MR. VAZQUEZ:  I'm going to show you an arrest

9     affidavit regarding Mr. Lowery, and it pertains to

10    an incident that occurred on July 4, 2020.

11         I'll show it to your attorney first and then

12    he'll hand it to you.

13         MR. MARRESE:  Was this one produced in this

14    case?  Just curious.  All right, because I don't

15    think there's Bates labels on it, unless I'm wrong.

16         MR. VAZQUEZ:  I don't know.

17         MR. MARRESE:  You don't know?

18         MR. VAZQUEZ:  I don't know.

19         MR. MARRESE:  Okay.  All right.  Give me a

20    second if you would.

21         MR. VAZQUEZ:  We'll mark it as Exhibit 4.

22         (Exhibit 4 was marked for identification.)

23         BY MR. VAZQUEZ:

24    Q.   Please review this document.  Let me know if

25  the subject matches your father's information.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   Yes, sir.

 2             MR. VAZQUEZ:  Okay.  Thank you.  Number 4.

 3        And we will mark the next one as Composite

 4     Exhibit Number 5, which would be the Judgment Order

 5     of Probation regarding that arrest.

 6             (Exhibit 5 was marked for identification.)

 7             BY MR. VAZQUEZ:

 8        Q.   Please take your time.  Did your father ever

 9  tell you about that -- conviction that you have in your

10  hands right now?

11        A.   No, sir.

12        Q.   Okay.  Did you see that it was 30 months

13  probation?  Do you see that?

14        A.   Yes, sir.

15             MR. MARRESE:  Form.

16             BY MR. VAZQUEZ:

17        Q.   Did anyone ever tell you about that

18  conviction?

19        A.   No, sir.

20             MR. VAZQUEZ:  Okay.  Thank you.  Composite 5.

21     I'm going to show you now, another arrest affidavit.

22     This one is dated November 9, 2021.

23             MR. MARRESE:  Form of the question.  Just the

24     prior was not an arrest affidavit.  There was no

25     affidavit attached.  And this appears to be an
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
1      affidavit.
2           MR. VAZQUEZ:  I have number 4.  Yes.  It's an
3      electronic signature in the Affidavit Form in number
4      4.
5           MR. MARRESE:  He indicates no affidavit
6      enclosed in the documents entitled Arrest Notice to
7      Appear.  So are you talking about down here?
8           MR. VAZQUEZ:  Yes.
9           MR. MARRESE:  Maybe that's -- I don't know,
10     but --
11          MR. VAZQUEZ:  I can understand that --
12          MR. MARRESE:  -- I can assume it's not.
13          MR. VAZQUEZ:  You're not --
14          MR. MARRESE:  Not the end of the world.  It's
15     just I --
16          MR. VAZQUEZ:  Yes, sir.  It's titled Arrest
17     Notice to Appear Probable Cause Affidavit.
18          MR. MARRESE:  Do you mind if I see Number 4
19     again?
20          MR. VAZQUEZ:  Yeah, sure.
21          MR. MARRESE:  Thanks.  Thank you.  You're
22     right, it does say Probable Cause Affidavit at the
23     top. I'm sorry.  Thanks.
24          MR. VAZQUEZ:  Ms. Robinson, that will be
25     Exhibit Number 6.  It's another affidavit for a
```



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1    violation of probation.
 2          (Exhibit 6 was marked for identification.)
 3          BY MR. VAZQUEZ:
 4    Q.    Okay.  Did your father ever tell you about
 5  this arrest for a violation of probation?
 6    A.    No, sir.
 7          MR. VAZQUEZ:  Number 6.  I am going to show
 8      your attorney now the Affidavit of Violation of
 9      Probation by Mr. Lowery's probation officer.  That
10      will be Exhibit Number 7.
11          (Exhibit 7 was marked for identification.)
12          BY MR. VAZQUEZ:
13    Q.    Did anyone ever make you aware of this
14  Affidavit of Violation of Probation?
15    A.    No, sir.
16          MR. VAZQUEZ:  This is number 7.  I'm going to
17      show you now the Violation of Probation Report by
18      his probation officer.  And this will be Exhibit
19      Number 8.
20          (Exhibit 8 was marked for identification.)
21          MR. MARRESE:  And do you know if this was
22      produced?  I just -- I don't see Bates stamps.
23      That's why I'm asking.
24          MR. VAZQUEZ:  I -- I'm not sure.
25          MR. MARRESE:  Okay.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1          MR. VAZQUEZ:  Those were obtained from the

2      Court file.

3          MR. MARRESE:  Okay.

4          BY MR. VAZQUEZ:

5      Q.   Please review it.  That is Exhibit Number 8.

6          Ms.  Robinson, did your father ever tell you

7  that he was arrested for this violation of his probation

8  on November 12, 2021?

9      A.   No, sir.

10     Q.   Okay.  Did you ever visit your father in

11  Florida?

12     A.   No, sir.

13     Q.   Okay.  Do you know his address in Florida?

14     A.   No, sir.

15     Q.   Please take a look at Exhibit 8, his address

16  on the first page.  Do you know, did you ever visit him

17  there or did you ever write to him at that address?

18     A.   No, sir.

19     Q.   Did you ever write to him at all?

20     A.   No, sir.

21     Q.   Okay.  Flip over to Page 2.  It says,

22          "Occupation: Unemployed."  Okay.  Do you have

23  any reason to doubt that he was unemployed at that time

24  in November of 2021?

25          MR. MARRESE:  Form.  You can answer.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1            THE WITNESS:  No, sir.

 2            BY MR. VAZQUEZ:

 3     Q.   Okay.  Thank you.  You said that you

 4  communicated with your father over the phone.  What was

 5  his phone number?

 6     A.   I do not recall.

 7     Q.   Did you ever save it in your cell phone?

 8     A.   No, sir.

 9     Q.   Were you aware that at the time of his

10  passing, your father had a significant amount of money,

11  as well as either illicit drugs or controlled substances

12  on his person?

13     A.   No, sir.

14     Q.   Has anyone ever discussed this with you?

15     A.   No, sir.

16         MR. VAZQUEZ:  I'm going to show you through

17      your attorney, a Case Supplement Report prepared by

18      a separate agency, the Brevard County Sheriff's

19      Office, regarding the contents or what was found on

20      Mr. Lowery's person.

21         And these were produced -- these are part of

22      the --

23         MR. MARRESE:  Yeah, I recognize these.  Thank

24      you.

25            BY MR. VAZQUEZ:
```

**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Please review them.  Have you reviewed the

 2   list?

 3        A.   Yes, sir.

 4        Q.   Okay.  The first two pages are typed, the rest

 5   of the pages are handwritten, but they're similar.  Did

 6   you know that these items were found in your father's

 7   possession at the time of his passing?

 8             MR. MARRESE:  Foundation.  Form.  You can

 9        answer.

10             THE WITNESS:  No, sir.

11             BY MR. VAZQUEZ:

12        Q.   Do you have any reason to doubt that these

13   items were found in your father's possession at the time

14   of his passing?

15             MR. MARRESE:  Form.

16             THE WITNESS:  No, sir.

17             MR. VAZQUEZ:  I think this will be Composite

18        Exhibit 9.

19             (Exhibit 9 was marked for identification.)

20             BY MR. VAZQUEZ:

21        Q.   Did your -- did anyone ever mention to you

22   that your father sold drugs?

23        A.   No, sir.

24        Q.   Did anyone ever mention to you that they

25   suspected that your father sold drugs?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Sev095 Robinson Demidyak 06-08-2023   Page 46

1     A.   No, sir.

2     Q.   Can you explain the inventory that was found

3  in your father's possession at the time of his passing?

4          MR. MARRESE:  Form.  Foundation.

5          THE WITNESS:  Based off what I just read?

6          BY MR. VAZQUEZ:

7     Q.   Yes, ma'am.

8     A.   Drugs, phones, flashlight, taser, money -- a

9  lot of money.

10     Q.   Do you know why this was in his possession?

11     A.   No, sir.

12     Q.   As far as the money, it appears that it was

13  over $3,600 altogether.  Do you have any reason to doubt

14  that?

15     A.   No, sir.

16          MR. VAZQUEZ:  Okay.  I'm going to keep those.

17     You can have the rest of them.

18          THE REPORTER:  Uh-huh.  You want to -- this is

19     going to be a composite?

20          MR. VAZQUEZ:  This one is going to be.

21          THE REPORTER:  Got you.  Got you.  Got you.

22          MR. VAZQUEZ:  Okay.  I'm going to show it to

23     your attorney now, a series of photographs of the

24     inventory that we just saw on the list and these

25     have been produced and they will be marked as

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Composite Exhibit 10.

 2               (Exhibit 10 was marked for identification.)

 3               MR. MARRESE:  Thanks.

 4               BY MR. VAZQUEZ:

 5        Q.   You've reviewed them, Ms. Robinson?

 6               Ms.  Robinson, have you ever seen the

 7   photographs of the previous inventory that you currently

 8   have in your hands now?

 9        A.   No, sir.

10        Q.   Is that a description of the previous lists

11   that were typed and handwritten?

12        A.   Yes, sir.

13               MR. MARRESE:  Foundation.

14               BY MR. VAZQUEZ:

15        Q.   There's some cards there that were

16   photographs. There's one that says Medical Marijuana Use

17   Registry. Let me show you the photograph so you can take

18   a look at it there.  Okay.  Yeah, that's -- well, that's

19   one of them, yes.  But there may be others.  You can

20   keep them in the same order.  That's fine.

21               It -- the one that says, "medical marijuana

22   use registry"; is that your father?

23        A.   Yes, sir.

24        Q.   And the all-access debit card right next to

25   it, to Matilda Akron or Agron (phonetic).  Do you know
```

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   who Matilda is?

2       A.   No, sir.

3       Q.   Do you know why he would have a debit card for

4   that person?

5       A.   No, sir.  I do not.

6       Q.   The card next to it, Tom Fielding Bail Bonds.

7   Do you know why he would have a bail bondsman's business

8   card?

9       A.   No, sir.

10      Q.   And he has a business card for Brevard County

11  Sheriff's Office Agent Matthew Rush.  Do you know why he

12  would have that one?

13      A.   No, sir.

14      Q.   And there's a business card for a correctional

15  probation Officer M.  McNicholas.  Do you know why he

16  would have that card?

17      A.   No, sir.

18      Q.   Thank you.

19          MR. VAZQUEZ:  We're done with that set.

20          BY MR. VAZQUEZ:

21      Q.   As the personal representative of the estate

22  of James Lowery, have you ever read the complaint what

23  -- that was filed on behalf of the estate in Court?

24          The actual document, the complaints, have you

25  ever read it, the one that was filed in Court against

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

```
 1   the City of Titusville and Mr. Payne?

 2        A.   I do not recall.  I'm not sure.

 3        Q.   Okay.  We've established that you are

 4   currently a student in the health administration field,

 5   correct?

 6        A.   Yes, sir.

 7        Q.   Okay.  And to be clear, you don't have any

 8   legal training, correct?

 9        A.   No, sir.

10        Q.   Is that correct?

11        A.   Yes, sir.

12        Q.   Okay.

13        A.   I'm sorry.

14        Q.   As a lay person and without discussing

15   anything that you have discussed with your counsel which

16   is privileged, okay, you have sued my client, the City

17   of Titusville.

18             Why have you sued my client, the City of

19   Titusville?

20        A.   For failure to train.

21        Q.   How did they fail to train and who did they

22   fail to train?

23        A.   The officer didn't know how to stop my dad

24   without killing him.

25        Q.   And how do you know that that was due to a
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  failure of training as opposed to his own account?

2          MR. MARRESE:  Form of the question.

3          THE WITNESS:  Well, I would hope that would be

4      the reason instead of anything else, as in --

5          BY MR. VAZQUEZ:

6      Q.   I'm sorry?

7      A.   I hope that would be the reason as in -- I

8  wouldn't want it to be anything else, as in color,

9  maybe.

10     Q.   Do you know that accidents happen?

11     A.   Yes, sir.

12     Q.   Wouldn't a reasonable explanation be that this

13 was an accidental discharge of the firearm that

14 unfortunately hit your father?

15         MR. MARRESE:  Form.

16         THE WITNESS:  Could you reword that?

17         BY MR. VAZQUEZ:

18     Q.   Okay.  Wouldn't a reasonable explanation also

19 be that this was an accidental discharge of the

20 officer's firearm that ultimately hit your father?

21         MR. MARRESE:  Form.     You can answer.

22         THE WITNESS:  I mean, it could have been an

23     accident, but either way he's still dead, so.

24         BY MR. VAZQUEZ:

25     Q.   And other than assuming or speculating that

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   the City failed to train the officer, what evidence do

2   you have that the City failed to train him?

3          MR. MARRESE:  Form of the question.

4          THE WITNESS:  It's just a thought.

5          BY MR. VAZQUEZ:

6      Q.   An autopsy was conducted on your father, and

7   there was a toxicology report as part of that autopsy.

8   They found that your father had oxycodone, oxymorphone,

9   and fentanyl in his body at the time of his passing.

10          Can you explain that?

11     A.   Can you explain what you mean?

12     Q.   Yes.

13          MR. MARRESE:  Form and foundation.

14          MR. VAZQUEZ:  Yes.  Okay.  I'm going to show

15      you the toxicology report for your father's autopsy.

16      It'll be Exhibit 11.  Well, that has been produced.

17          (Exhibit 11 was marked for identification.)

18          MR. MARRESE:  This says Page 1 of 4 on it.  Do

19      you have the other parts to it, or is this -- do you

20      just want use Page 1?

21          MR. VAZQUEZ:  You're absolutely right.  Here's

22      the rest of it.

23          MR. MARRESE:  Okay, thanks.

24          MR. VAZQUEZ:  I'll have that one.

25          MR. MARRESE:  All right.  Oh, got you.  All



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

S090950 Robinson Demiyan 06-06-2019    Page 52

```
 1    right.

 2            BY MR. VAZQUEZ:

 3        Q.   Ms. Robinson, can you explain the presence of

 4    those substances in your father's bloodstream at the

 5    time of his passing?

 6            MR. MARRESE:  Foundation.

 7            THE WITNESS:  I'm not sure.  I don't know.

 8            BY MR. VAZQUEZ:

 9        Q.   Do you have any reason to doubt that that is

10    an accurate toxicology report?

11        A.   No, sir.

12        Q.   That'll be Exhibit 11.  Following up on the

13    previous question again.  Regarding the lawsuit against

14    my client, the City of Titusville, what are you asking

15    the Court to do?

16            MR. MARRESE:  Form and foundation.  You can

17        answer.

18            BY MR. VAZQUEZ:

19        Q.   You understand, you have a lawsuit against my

20    client.  You filed that lawsuit.  What are you asking

21    the Court to do?

22            MR. MARRESE:  Same objections.

23            And you can answer.

24            THE WITNESS:  I'm not really sure how to put

25        into words.  Could you explain it differently?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1              BY MR. VAZQUEZ:

 2        Q.   Okay.  You filed -- you understand that you

 3   filed a complaint, a legal document, which is a claim

 4   against my client, the City of Titusville; do you

 5   understand that?

 6        A.   Yes, sir.

 7        Q.   Having filed a claim, a legal document, a

 8   lawsuit against my client, what are you asking the Court

 9   to do?

10        A.   So --

11              MR. MARRESE:  Same objections.  Form and

12        foundation.  You can answer.

13              THE WITNESS:  Justice.

14              BY MR. VAZQUEZ:

15        Q.   What does that mean?

16        A.   That he would be locked up.

17        Q.   Who?

18        A.   The officer.

19        Q.   Okay.  I asked you about my client, the City

20   of Titusville, not the officer.  What are you asking the

21   Court to do regarding my client, the City of Titusville?

22        A.   I'm unsure who's your client?

23        Q.   The City of Titusville.  You filed a lawsuit

24   against Mr. Payne, who was a former officer --

25        A.   Uh-huh.
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   -- and against the City of Titusville.  What

 2    are you asking the Court to do regarding my client, the

 3    City of Titusville?

 4            MR. MARRESE:  Form and foundation.  You can

 5        answer.

 6            THE WITNESS:  I'm not sure.

 7            BY MR. VAZQUEZ:

 8        Q.   Okay.  And to be clear, you are the sole child

 9    of Mr. Lowery, correct?

10        A.   Correct.

11            MR. VAZQUEZ:  I don't have anything else for

12        now.  Mr. Jimenez may have some follow-up.

13            MR. JIMENEZ:  I'll have two right now, and I

14        think we can take a break.  I'll review my notes and

15        make sure of everything else.

16                    CROSS-EXAMINATION

17            BY MR. JIMENEZ:

18        Q.   Ma'am, you stated a moment ago that what

19    you're seeking from the Court here is to see the officer

20    and defendant, Payne, locked up based on his misconduct;

21    is that correct?

22        A.   Yes, sir.

23        Q.   Okay.  Do you understand that this is the case

24    that's been brought in civil court seeking money

25    damages, no criminal results here?
```

**MILESTONE** | **REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      A.   Yes, I'm aware now.

 2      Q.   Okay.  Do you have any knowledge of any

 3  criminal proceedings that have been brought against Mr.

 4  Payne in this action, regarding this incident?

 5      A.   No, sir.

 6      Q.   Okay.  Okay.  We can take a five minute break.

 7  I don't think I'll have much of anything.  I just want

 8  to make sure we're all set before we continue.

 9           MR. VAZQUEZ:  Sure.  Okay.  Yep.

10           THE REPORTER:  All right.  We are going off the

11      record, and the time is 12:00 noon.

12           (A recess was taken.)

13           THE REPORTER:  Okay.  We are back on the

14      record, and the time is 12:09 p.m.

15           MR. JIMENEZ:  All right, ma'am.  First, we have

16      a couple of additional photos here.  I'll show these

17      to your counsel and pass these on to you.  This will

18      be incorporated into Composite Exhibit 12.

19           (Exhibit 12 was marked for identification.)

20           MR. MARRESE:  James, it looks like there's two

21      copies of each, right?  Is that --

22           MR. JIMENEZ:  Yep.  Looks like --

23           BY MR. JIMENEZ:

24      Q.   And having reviewed those photographs, the

25  same with the other ones, any knowledge as to why those
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  items were in your father's possession at the time of

 2  his death?

 3       A.   No, sir.

 4       Q.   Okay.  Any doubt that those were not actually

 5  in possession of the time of death?

 6       A.   No, sir.

 7       Q.   Okay.  Thank you.  I believe you testified

 8  earlier that you have not seen any kind of video footage

 9  of the actual incident in this case; is that correct?

10       A.   Yes, sir.

11       Q.   Okay.  Do you have any knowledge of the

12  actions your father took during the encounter with

13  Officer Payne?

14       A.   Some.  Yes, sir.

15       Q.   Okay.  What is the basis of that knowledge?

16       A.   I know he was running away, and he was --

17  before he was shot, he was trying to jump over a fence.

18       Q.   Okay.  And how do you know those facts?

19       A.   From -- from reading an article.

20       Q.   Would this be an article in a newspaper or

21  some kind of publication online?

22       A.   Yes, sir.  Some type -- something I found

23  online.

24       Q.   Found online.  Okay.  Do you know the name of

25  the website or the publication?
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   No, sir.

2      Q.   Do you know when you read that article?

3      A.   No, sir.  I don't recall.

4      Q.   Other than reading that article, that

5  description of the events, do you have any other

6  information as to the actions your father took during

7  that incident?

8           MR. MARRESE:  Other than discussions with

9      attorneys?  So no.

10          MR. JIMENEZ:  Yes.

11          THE WITNESS:  Other than that, no, sir.

12          BY MR. JIMENEZ:

13     Q.   Okay.  Have you heard or read any statements

14 by Officer Payne regarding this incident?

15     A.   No, sir.

16     Q.   Are you aware of any kind of explanation

17 Officer Payne has given as to what happened?

18     A.   Yes, sir.

19     Q.   Okay.  What explanation are you aware of?

20     A.   I believe he said it was a mistake.  He meant

21 to pull out the taser.

22     Q.   And what is the source of that?

23     A.   Just speaking with my lawyers and stuff.

24     Q.   Okay.  Again, anything other than

25 conversations with your counselor's office, any other

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  source of that information?

2      A.   No, sir.

3      Q.   Okay.  Ma'am, have you received any kind of

4  psychological or psychiatric treatment as a result of

5  your father's death?

6      A.   No, sir.

7      Q.   This may have been asked earlier, but will you

8  give any explanation as to why you were not invited to

9  your father's funeral?

10      A.   No, sir.  I was given an obituary after, but

11  there was never no reason.

12      Q.   Okay.  There are three separate claims against

13  my client, Mr. Payne, in this complaint you brought

14  against him.  There is a claim for use of excessive

15  force, a claim for battery, and a claim for negligence.

16  What is your understanding of the basis --

17          And again, as a lay person, not as an

18  attorney, what is your understanding of the basis of the

19  claim for use of excessive force by my client, Mr.

20  Payne?

21      A.   Could you explain "use of excessive force"?

22      Q.   Well, generally, the claim would be that, you

23  know, there was some use of force or contact between

24  Officer Payne and your father at the time the incident.

25  There is a certain amount of force that's allowable



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   under the law, by law enforcement officers in trying to

2   detain people they believe to have been breaking the

3   law.  And the claim here is that the force used by

4   Officer Payne was objectively, given that the facts and

5   circumstances at hand, it was unreasonable, there was

6   too much force was used.  So again, that's the legal

7   explanation.  I understand, again, you are not an

8   attorney.

9            So again, as a lay person here as the

10  plaintiff, what is your understanding of the basis for

11  that claim that excessive force was used?

12      A.   I felt like it could have been handled way

13  differently since he was only just running, and maybe --

14      Q.   If it were the case that your father was not

15  just running away, would that change your opinion as to

16  the reasonableness of the force used?

17      A.   No.  I don't think nobody deserves to die.

18      Q.   There's also a claim here for negligence

19  against my client.

20      A.   Right.

21      Q.   Sitting here today, do you have an independent

22  understanding of what "negligence" is?

23      A.   As in, like -- could you explain it?

24      Q.   Well, I think that the question I asked was,

25  do you understand what negligence is?  So if the answer

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  is no, yes --

 2       A.   Yes, I kind of do.

 3       Q.   You kind of do?  So what is your understanding

 4  of what was negligent about how Officer Payne acted in

 5  that situation?

 6       A.   The way he handled the situation.

 7       Q.   Can you be more specific?

 8       A.   As in not making sure he pulled out the right

 9  weapon.

10       Q.   Okay.  And that would be based on your

11  understanding that he pulled -- he meant to pull out his

12  taser, but pulled out his firearm instead, correct?

13       A.   Correct.

14           MR. MARRESE:  Form of the last question.

15           BY MR. JIMENEZ:

16       Q.   And again, just to confirm, you have not seen

17  the actual video of the incident?

18       A.   No, sir.

19           MR. JIMENEZ:  All right.  I don't believe I

20       have anything further.  Counsel?

21           MR. MARRESE:  Thank you.  Jamiyah, I just have

22       a few questions for you.  First, marking as Exhibit

23       13, the Complaint filed in this case on July 13,

24       2023.

25           (Exhibit 13 was marked for identification.)
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1                    EXAMINATION
 2           BY MR. MARRESE:
 3      Q.    Before I hand it to you, you recall that Mr.
 4  Vazquez asked you questions, that's the attorney for the
 5  City of Titusville, about the Complaint in this case,
 6  correct?
 7      A.    Correct.
 8      Q.    Okay.  I want to show it to you now.  We'll
 9  mark it as Exhibit 13.  Take a minute to look at it. You
10  don't have to read every word but glance through it.
11      A.    Okay.
12      Q.    Looking at that document now, generally
13  speaking, have you seen it before?
14      A.    Yes, sir.
15      Q.    You can put that to the side.  Okay.  You were
16  asked a series of questions about evidence or items that
17  were indicated as found on your dad at the scene of his
18  shooting, do you recall that?
19      A.    Yes, sir.
20      Q.    In conjunction with that, you were shown a
21  series of photographs that included money, credit cards,
22  and some substances, do you recall that?
23      A.    Yes, sir.
24      Q.    Okay.  Have you ever been to the crime scene?
25      A.    No, sir.
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1       Q.   Have you ever spoken to police about their

2   investigation?

3       A.   No, sir.

4       Q.   Have police ever reached out to you about

5   their investigation?

6       A.   No, sir.

7       Q.   The reports of toxicology that Mr. Vazquez

8   asked you about indicated the presence of substances in

9   mister -- in your dad's system, do you recall that?

10      A.   Yes, sir.

11      Q.   Okay.  Have you ever seen that report before

12  today?

13      A.   No, sir.

14      Q.   Has anyone ever talked to you about the

15  toxicology lab's testing of substances in your father's

16  system?

17      A.   No, sir.

18      Q.   Okay.  Do you have any personal knowledge

19  whatsoever of what materials or items were on your

20  father's person on the night he was shot?

21      A.   No, sir.

22           MR. MARRESE:  Okay.  I don't have any further

23      questions.  Thank you.

24                REDIRECT EXAMINATION

25           BY MR. VAZQUEZ:

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        Q.   I have some follow-up, Ms. Robinson.  Who took

2   the lead within your relatives regarding any

3   communications with the City of Titusville?

4        A.   I'm assuming either his sister Johari or his

5   mother, Linda.

6        Q.   And why are you assuming that?

7        A.   Because I'm unsure.

8        Q.   Okay.  I think there was a discussion off the

9   record that there were two cell phones.  Do you recall

10  that discussion?

11       A.   Yes, sir.

12       Q.   Okay.  And you've never seen those cell

13  phones, correct?

14       A.   No, sir.

15       Q.   Okay.  And I believe that part of the

16  discussion was that your aunt, his sister, is in

17  possession of them, do you recall that?

18       A.   Yes, sir.

19       Q.   Okay.  Have you ever discussed that with her?

20       A.   No, sir.

21          MR. VAZQUEZ:  Okay.  I think that's all I have.

22      We will -- okay.  We will order a copy of the

23      transcript.  You going to say read?  I was going to

24      give her the --

25          MR. MARRESE:  You were going to give -- okay.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1    Go ahead.  Yeah, yeah.

2        MR. VAZQUEZ:  Yeah.  We're going to order a

3    copy of the transcript.  You have the right to read

4    it for accuracy or you may waive that right.  It's

5    entirely up to you.  If you trust that our court

6    reporter will transcribe it accurately, you may

7    waive it, or if you'd rather review it for accuracy,

8    you may read it.  It's completely up to you, but you

9    have to decide today, whether you would like to read

10   or waive?

11       MR. MARRESE:  You'll read.

12       THE WITNESS:  Yeah, I'll read it.

13       MR. MARRESE:  Thanks.

14       THE REPORTER:  Regular delivery on the

15   transcript?

16       MR. VAZQUEZ:  Yes.

17       THE REPORTER:  Okay.  And would you need the

18   video?

19       MR. VAZQUEZ:  Yeah, I'll take it if its

20   included.  Yeah.

21       THE REPORTER:  Okay.  And sir, do you need a

22   copy?

23       MR. JIMENEZ:  I will hold off for now.

24       THE REPORTER:  Hold.  And do you need a copy?

25       MR. MARRESE:  Yeah.  Electronic PDF, please. No



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

Sebold Robinson UsMilyer 06-08-2023   Page 65

```
 1    video at this time.

 2          THE REPORTER:  Okay.  No video at this.

 3          MR. VAZQUEZ:  Yeah.  And ours is just a regular

 4    PDF as well.

 5          THE REPORTER:  Okay.  Okay.  No problem.  All

 6    right.

 7          Are we good to go off?

 8          MR. VAZQUEZ:  We're good.

 9          MR. MARRESE:  Yes.

10          THE REPORTER:  Okay.

11          MR. MARRESE:  Thank you.

12          THE REPORTER:  We are going off the record, and

13    the time is 12:23 p.m.

14            (Deposition concluded at 12:23 p.m. ET)

15

16

17

18

19

20

21

22

23

24

25
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE

       I, the undersigned, certify that the witness in the

foregoing transcript personally appeared before me and

was duly sworn.

Identification:  Produced Identification

_____

                KIMBERLY ROBERTS

                Court Reporter, Notary Public

                State of Florida

                Commission Expires: 09/22/2027

                Commission Number: HH 408073



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

S890950 Robinson Usmiryan 06-08-2025   Page 68

```
 1              C E R T I F I C A T E

 2

 3  STATE OF FLORIDA)

 4  COUNTY OF ORANGE)

 5

 6       I, KIMBERLY ROBERTS, Court Reporter and Notary

 7  Public for the State of Florida at Large, do hereby

 8  certify that I was authorized to and did report the

 9  foregoing proceeding, and that said transcript is a true

10  record of the said proceeding.

11

12       I FURTHER CERTIFY that I am not of counsel for,

13  related to, or employed by any of the parties or

14  attorneys involved herein, nor am I financially

15  interested in said action.

16

17  Submitted on: June 20, 2025.

18

19

20

21

22       _____

23              KIMBERLY ROBERTS

24              Court Reporter, Notary Public

25
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

```
 1                          ERRATA

 2

 3  PAGE      LINE                  CHANGE      REASON

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to

18  me.I request that the following changes be entered upon

19  the record for the reasons indicated. I have signed my

20  name to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____     _____

25  Date                        NAME
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

**M I L E S T O N E I R E P O R T I N G C O M P A N Y**

TOMORROW'S TECHNOLOGY TODAY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

**June 20, 2025**

**John Marrese, Esquire**
Hart, McLaughlin & Eldridge, LLC
1 South Dearborn
Suite 1400
Chicago, IL 60603

RE:    Deposition of **Ms. Jamiyah Robinson** taken on **6/6/2025**
Robinson, J. PR of Estate of J. Lowery vs. COT

Dear Mr. **Marrese**,

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN
It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules*.

___    **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

___    **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

_X_    **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

___    **Deponent:**   At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

___    **The errata sheet(s) and Notary Certificates(s) have not been received by our office in the allotted time period. The original transcript has been filed with the appropriate court or counsel.**

Thank you for your attention to this matter.

No. 389095                        Reporter:

cc: Ramon Vazquez, Esquire


Waiver:
I, Ms. Jamiyah Robinson**,** hereby waive the reading and signing of my deposition transcript.

_____                    _____
Deponent Signature                                        Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

400 North Ashley Drive, Suite 2600
**TAMPA, FL 33602**

315 East Robinson Street, Suite 510
**ORLANDO, FL 32801**
CORPORATE
WWW.MILESTONEREPORTINGCOMPANY.COM

4651 Salisbury Road, 4th Floor
**JACKSONVILLE, FL 32256**

**$**

**$130** 19:17

**$3,600** 46:13

**0**

**09/22/2027**
66:19

**1**

**1** 2:4 3:6 8:25
30:11,12
51:18,20

**10** 3:14 15:21
47:1,2

**10:08** 4:6

**10:09** 5:12

**10:16** 12:1

**10:18** 12:4

**11** 3:14
51:16,17 52:12

**11:01** 37:2

**11:12** 37:5

**12** 3:15 43:8
55:18,19

**12:00** 55:11

**12:09** 55:14

**12:23** 65:13,14

**13** 3:17 13:23
60:23,25 61:9

**130** 22:1

**1400** 2:5

**15** 3:12

**16** 13:15

**18** 13:19

**1825** 12:19

**2**

**2** 3:7 9:6 10:23
32:12,13 35:8
43:21

**20** 67:17

**2015**
16:20,21,24

**2017** 15:25 16:1
20:6 22:9

**2018** 9:8,12
20:6 21:13,17
23:15

**2019** 21:11

**2020** 21:9 39:10

**2021** 3:12
15:5,10 21:4,7
40:22 43:8,24

**2022** 38:14,16

**2023** 60:24

**2025** 1:24 4:6
5:11 67:17

**2027** 26:1

**21** 13:20

**255** 2:14

**26** 15:10

**29501** 12:25

**3**

**3** 3:8 10:23
36:21,22

**30** 3:6 40:12

**312** 2:6

**315** 4:4

**32** 3:8

**32801** 2:15 4:5

**33409** 2:11

**36** 3:9

**39** 3:10

**4**

**4** 3:10 10:19
39:10,21,22
40:2 41:2,4,18
51:18

**40** 3:10

**407** 2:16

**408073** 66:20

**41** 3:11

**42** 3:11,12

**45** 3:13

**47** 3:14

**470** 2:10

**5**

**5** 3:2,10 9:20
10:23
40:4,6,20

**51** 3:15

**510** 4:5

**54** 3:3

**55** 3:15

**561** 2:11

**6**

**6** 1:24 3:2,11
5:11 10:19

41:25 42:2,7

**6:23-CV-01313-
PGB** 5:9

**6:23-CV-01313-
PGB-LHP** 1:4

**60** 3:17

**60603** 2:5

**61** 3:3

**62** 3:4

**688-6560** 2:11

**6th** 4:6

**7**

**7** 3:11 33:3,10
42:10,11,16

**750** 2:15

**8**

**8** 3:12 10:11,19
42:19,20
43:5,15

**897-3332** 2:16

**897-5150** 2:16

**9**

**9** 3:13 40:22
45:18,19

**955-0545** 2:6

**A**

**a.m** 4:6 5:12
12:1,4 37:2,5

**ability** 6:13,21
7:17

**absolutely**



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

51:21

**academic** 25:7
32:5

**accident** 50:23

**accidental**
50:13,19

**accidents** 50:10

**according** 15:9

**account** 50:1

**accuracy** 64:4,7

**accurate** 52:10

**accurately** 64:6

**accused** 27:22

**acted** 60:4

**action** 55:4
67:15

**actions** 56:12
57:6

**actual** 16:8
48:24 56:9
60:17

**actually** 37:21
56:4

**additional**
55:16

**address** 12:18
43:13,15,17

**administration**
25:21 32:1
49:4

**administrator**
34:21

**affidavit**
3:10,11 39:9

40:21,24,25
41:1,3,5,17,22
,25 42:8,14

**affirm** 5:23

**against** 6:10
48:25 52:13,19
53:4,8,24 54:1
55:3 58:12,14
59:19

**agencies** 9:22

**agency** 44:18

**agent** 1:15 2:8
5:7 48:11

**ago** 16:2 29:7
54:18

**agreed** 4:10

**Agron** 47:25

**ahead** 29:11
64:1

**aid** 26:16,17

**Akron** 47:25

**alive** 18:22
23:11,13,14

**all-access**
47:24

**allegations**
9:17 15:10

**allowable** 58:25

**aloud** 32:16

**already** 20:10
23:11 38:25

**altogether**
46:13

**am** 28:23 30:23

42:7 67:12,14

**Amanda** 14:4,5

**A-M-A-N-D-A**
14:4

**amount** 33:8
44:10 58:25

**answer** 6:13,20
7:10 8:8,9,10
27:13
33:9,10,21,23
34:8 43:25
45:9 50:21
52:17,23 53:12
54:5 59:25

**answers** 3:7,8
30:3,4 32:9,24
35:5 36:8,17

**anybody** 32:3

**anyone** 28:7,19
30:14 31:11,21
32:2 40:17
42:13 44:14
45:21,24 62:14

**anything** 9:2
10:7 28:6 32:4
37:8 39:5
49:15 50:4,8
54:11 55:7
57:24 60:20

**apologize** 16:3
18:2

**apostrophe** 12:8

**Appear** 41:7,17

**APPEARANCES** 2:1

**appeared** 66:7

**appears** 40:25

46:12

**approximately**
4:6 13:23

**arrears** 19:1,2

**arrest** 3:10,11
39:8
40:5,21,24
41:6,16 42:5

**arrested** 43:7

**article**
56:19,20
57:2,4

**aside** 34:17

**assets** 32:2

**assume** 6:23
41:12

**assuming** 16:9
34:13,14 50:25
63:4,6

**attach** 68:20

**attached** 40:25

**attorney**
6:12,18
7:22,24 8:5,7
28:7,19,25
32:9 36:7
39:11 42:8
44:17 46:23
58:18 59:8
61:4

**attorneys** 7:17
57:9 67:14

**aunt** 63:16

**authorize** 68:20

**authorized** 67:8



**MILESTONE** | **REPORTING** **COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

autopsy
  51:6,7,15

Autumn 12:19

Avenue 2:14

award 33:7

aware 31:11,17
  33:10,17,18,22
  ,25 34:6,11
  35:14,19 42:13
  44:9 55:1
  57:16,19

away 56:16
  59:15

---

## B

baby 17:11

bachelor's
  25:18,22

bail 48:6,7

based 26:4 46:5
  54:20 60:10

basic 6:20

basis 25:1,3
  56:15 58:16,18
  59:10

Bates 39:15
  42:22

battery 58:15

Beach 2:11

Bedard 2:9

behalf 2:2,7,13
  7:18 10:9
  48:23

behind 19:6

believe 9:16

20:6 25:17
37:20 56:7
57:20 59:2
60:19 63:15

believed 19:17

beneficiary
  33:5

benefit 9:23

benefits 9:22

best 6:13,21
  7:17

beyond 32:6
  34:24

bills 9:2
  35:15,21

birth 12:13
  18:7

birthday 18:17
  20:7,16,20

bloodstream
  52:4

body 51:9

bodycam 28:3

Bonds 48:6

bondsman's 48:7

born 14:20,23

braces 18:16
  19:14,15,21
  20:5,9 21:20

break 7:8,9,11
  36:24 37:7
  54:14 55:6

breaking 59:2

Brevard 3:13

44:18 48:10

bring 9:1

brought 6:9
  9:6,10,14,20,2
  5 10:6,11
  54:24 55:3
  58:13

Brown 19:25
  20:2

business
  48:7,10,14

---

## C

C101 2:10

captioned 68:17

card 47:24
  48:3,6,8,10,14
  ,16

cards 47:15
  61:21

care 36:5

Carolina
  12:17,23
  14:24,25
  15:1,2 16:4
  20:4 24:8,23

case 1:4 3:13
  5:4,9 34:20
  39:14 44:17
  54:23 56:9
  59:14 60:23
  61:5

Cause 41:17,22

cell
  11:4,5,14,15,1
  8 44:7 63:9,12

certain 58:25

certificate
  18:8 66:1

certify 66:6
  67:8,12

cetera 33:8

change 37:9
  59:15 68:3

changes
  68:18,21

Chicago 2:5

child
  18:15,18,19,21
  23:8 37:17
  54:8

children 14:16

Christmas 15:8
  20:25

circumstances
  27:2 59:5

city 1:18 2:13
  3:7,9 5:8,20
  6:9 10:22
  12:20 32:10
  49:1,16,18
  51:1,2 52:14
  53:4,19,21,23
  54:1,3 61:5
  63:3

city's 36:8

civil 4:8 54:24

claim 53:3,7
  58:14,15,19,22
  59:3,11,18

claimed 10:3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

claims 58:12

clarity 7:4

clear 7:5 49:7
54:8

client 6:10
49:16,18
52:14,20
53:4,8,19,21,2
2 54:2
58:13,19 59:19

clients 7:18

code 12:24

co-Defendant
6:10

color 50:8

Columbia 2:10

coming 37:21

Commission
66:19,20

committed 27:22

committing
27:22

communicate
17:12,18,20
22:25

communicated
28:24 44:4

communicating
28:18

communication
28:8,21

communications
63:3

commute
25:1,3,5

company 4:4
19:23,24

complaint 3:17
9:18 48:22
53:3 58:13
60:23 61:5

complaints
48:24

complete 25:24

completed 4:13

completely 64:8

comply 22:4

composite
40:3,20 45:17
46:19 47:1
55:18

concluded 65:14

conditions
30:22

conducted 51:6

confirm 60:16

conjunction
61:20

contact 58:23

contents 28:21
44:19

context 21:19

continue 55:8

contributed
33:11 34:6

contribution
31:21 34:12

contributions
31:20

controlled
44:11

conversation
6:25 21:19

conversations
57:25

conviction
40:9,18

copies 55:21

copy 7:23 32:9
63:22
64:3,22,24

correct 11:11
12:14 13:20
14:14 15:11
17:2,4,23
22:17 25:8
26:6 30:1 31:1
38:1 49:5,8,10
54:9,10,21
56:9 60:12,13
61:6,7 63:13

correctional
48:14

Corrections
3:12

cost 19:16

counsel 5:12,14
49:15 55:17
60:20 67:12

counselor's
57:25

County 3:13
44:18 48:10
66:4 67:4

couple 55:16

court 1:1 4:11

18:19 31:25
32:1,2 43:2
48:23,25
52:15,21
53:8,21
54:2,19,24
64:5 66:17
67:6,24

cover 26:17

coverage 31:18

credit 61:21

cremated 35:24

crime
27:9,15,20,21
61:24

criminal 39:6
54:25 55:3

CROSS-
EXAMINATION
3:3 54:16

curious 39:14

current 5:11
19:1,3

currently 12:16
13:20 21:15
24:11 47:7
49:4

---

D

dad 49:23 61:17

dad's 62:9

daily 25:1,3

damages 10:3
33:8 54:25

date 1:24 5:11
9:8,12 12:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

15:5,6,7 39:3
68:25

**dated** 3:12
40:22

**day** 4:6
16:11,12,13
20:25 21:1

**days** 29:7

**dead** 50:23

**Dearborn** 2:4

**death** 27:5
56:2,5 58:5

**debit** 47:24
48:3

**deceased** 1:9
2:3 5:6 14:6,7

**December**
15:7,10

**decide** 64:9

**defendant**
2:7,13 3:7,9
5:17,20 54:20

**Defendants** 1:19

**Defendant's** 3:6

**degree**
25:13,18,25
26:5,6

**degrees** 32:6

**delivery** 64:14

**department** 1:17
2:8 3:12 5:8
11:6,21

**DEPONENT** 1:23

**deposition** 3:6
4:3,7 5:4

6:8,15
7:14,21,23 8:6
28:10 29:1
65:14 68:16

**describe** 27:3

**description**
47:10 57:5

**deserves** 59:17

**detain** 59:2

**die** 59:17

**different** 26:8

**differently**
52:25 59:13

**difficult** 7:15

**digital** 9:15
10:1,12

**DIRECT** 3:2 6:3

**directly** 8:18

**discharge**
50:13,19

**disconnect**
37:16

**Discovery**
10:17,21

**discuss** 21:21

**discussed** 28:7
44:14 49:15
63:19

**discussing**
28:17 49:14

**discussion** 11:4
28:22 34:18
63:8,10,16

**discussions**

57:8

**dispute** 27:23

**distribute** 32:2

**DISTRICT** 1:1,2

**DIVISION** 1:3

**doctors** 19:22

**doctor's** 19:20

**document** 8:2
39:24 48:24
53:3,7 61:12

**documentation**
9:14,20,25
28:11

**documents**
10:6,20,22
28:14,16
29:19,23 30:6
41:6

**domestic** 27:23

**donations** 31:21

**done** 20:8 25:17
32:18 35:9
36:12 48:19

**doubt** 43:23
45:12 46:13
52:9 56:4

**Drive** 2:10

**drugs** 3:14,15
44:11 45:22,25
46:8

**Duces** 7:21 8:16

**due** 49:25

**duly** 66:8

**during** 20:20
21:3,6 56:12

57:6

---
E
---

**earlier** 33:16
56:8 58:7

**EAST** 4:4

**eight** 13:2,3
16:2

**either** 17:2
20:6 28:19
44:11 50:23
63:4

**Eldridge** 2:4

**electronic**
32:22 36:14
41:3 64:25

**else** 20:11 32:3
50:4,8
54:11,15

**elsewhere** 14:24

**e-mail**
2:6,12,17 8:15
10:24

**e-mails** 8:15
10:7

**employed** 24:11
26:19 67:13

**employee** 1:16
2:8 5:7

**enclosed** 41:6

**encounter** 56:12

**enforcement**
59:1

**entered** 68:18

**entire** 15:2



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   **Toll Free 855-MYDEPOS**

22:4 68:16

**entirely** 64:5

**entitled** 28:23
41:6

**entity** 31:22

**Errata** 68:1,20

**Esquire**
2:3,9,13

**established**
49:3

**estate** 1:8 2:2
5:6 31:24
34:20,21
35:15,20
48:21,23

**et** 4:6 33:8
65:14

**events** 57:5

**everything**
54:15

**evidence** 9:16
10:2,13 51:1
61:16

**exact** 15:7

**EXAMINATION**
3:2,3,4 6:3
61:1 62:24

**excessive**
58:14,19,21
59:11

**Excuse** 36:7

**Exhibit** 3:5
30:11,12
32:12,13 36:22
39:21,22
40:4,6 41:25

42:2,10,11,18,
20 43:5,15
45:18,19
47:1,2
51:16,17 52:12
55:18,19
60:22,25 61:9

**EXHIBITS** 3:5

**expand** 27:7

**expenses**
31:8,12 33:11

**expert** 10:8

**Expires** 66:19

**explain** 19:2
46:2 51:10,11
52:3,25 58:21
59:23

**explained** 6:18

**explanation**
50:12,18
57:16,19 58:8
59:7

**extent** 28:24

---
**F**

**Facsimile** 2:16

**facts** 56:18
59:4

**fail** 49:21,22

**failed** 51:1,2

**failure** 49:20
50:1

**fair** 6:23

**family**
22:12,13,20

**father** 11:11

14:13,18
17:7,10,12
18:12 22:8,10
27:24 31:3
37:20 40:8
42:4 43:6,10
44:4,10
45:22,25 47:22
50:14,20
51:6,8 56:12
57:6 58:24
59:14

**father's** 18:7
22:20 39:25
45:6,13 46:3
51:15 52:4
56:1 58:5,9
62:15,20

**feel** 7:8

**felt** 59:12

**fence** 56:17

**fentanyl** 51:9

**field** 26:8,9,10
49:4

**Fielding** 48:6

**file** 43:2

**filed** 32:1
48:23,25 52:20
53:2,3,7,23
60:23

**Financial**
26:16,17

**financially**
67:14

**fine** 8:21 47:20

**finish** 25:10

**finished** 25:8

**firearm**
50:13,20 60:12

**first** 3:7,9
7:24 32:9
39:11 43:16
45:4 55:15
60:22

**five** 15:19 55:6

**flashlight** 46:8

**Flip** 43:21

**Florence**
12:17,21 20:4
24:8,23 38:1

**Florida** 1:2,18
2:11,13,15
3:12 4:5,7,11
5:9 15:13,16
43:11,13
66:3,18 67:3,7

**follow-up** 54:12
63:1

**footage** 56:8

**force**
58:15,19,21,23
,25
59:3,6,11,16

**foregoing** 66:7
67:9

**foresee** 25:24

**form** 27:11,16
31:6 33:19
34:2,7 38:8
40:15,23 41:3
43:25 45:8,15
46:4
50:2,15,21


MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

51:3,13 52:16
53:11 54:4
60:14

**formal** 7:2

**former** 53:24

**Forms** 9:11

**foundation**
27:16 45:8
46:4 47:13
51:13 52:6,16
53:12 54:4

**FRAKIYA** 1:23
4:3

**Francis**
24:16,18

**free** 7:8

**freshman** 25:11

**FRIDAY** 4:5

**Frkiya** 12:10

**F-R-K-I-Y-A**
12:10

**full** 12:7 21:24
26:17

**funeral** 15:45
16:6,8,9 22:9
31:8,11 36:1
58:9

**future** 33:6

---

G

**GED** 32:6

**generally** 58:22
61:12

**gifts** 18:17

**given** 9:21 11:7

57:17 58:10
59:4

**glance** 61:10

**Gloria** 13:9
37:23

**goal** 26:10

**goals** 26:11

**government** 9:22

**grad** 26:5

**graduated** 38:15

**grandma** 21:25

**grandmother**
13:5,6,22
14:1,10
17:2,21,24
18:5,16 19:13
23:2 25:4
37:11,24

**grandmother's**
13:8 16:22,24
37:23 38:19,20

**ground** 6:19,20
8:6

---

H

**half** 22:1

**half-and-half**
21:25

**hand** 5:22 39:12
59:5 61:3

**handled** 59:12
60:6

**hands** 7:1 40:10
47:8

**handwritten**

45:5 47:11

**happen** 50:10

**happened** 57:17

**Hart** 2:4

**having** 34:23
53:7 55:24

**health** 49:4

**healthcare**
25:21 26:13

**hear** 14:7

**heard** 32:10
57:13

**he'll** 7:25
32:11 36:9
39:12

**help** 18:16

**hereby** 67:7

**herein** 67:14

**Here's** 51:21

**he's** 31:4 50:23

**HH** 66:20

**history** 39:6

**hit** 50:14,20

**hold** 64:23,24

**holiday** 21:3

**home** 16:6 24:24
33:12

**hope** 50:3,7

**hospital** 35:21

**hour** 29:18

**house** 16:22,24
37:21,22,23
38:18,19,20

**household** 33:11

**huh** 7:1

---

I

**identification**
30:12 32:13
36:22 39:22
40:6
42:2,11,20
45:19 47:2
51:17 55:19
60:25 66:10

**identified** 6:7

**I'll** 6:19 8:14
30:9 33:2
39:11 51:24
54:13,14
55:7,16
64:12,19

**illicit** 44:11

**Illinois** 2:5

**I'm** 5:19 6:18
7:22,24 11:8
14:7,22 16:9
17:11 18:11,25
19:7,10,17,19,
22 20:1,18
22:14,25 23:7
24:10 26:12,21
28:6,9,15
29:13 30:9
32:3,8 33:22
34:13 35:25
36:3
38:5,11,12,15
39:8,15 40:21
41:23
42:16,23,24
44:16 46:16,22



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.**MILESTONEREPORTING**.com     Toll Free 855-MYDEPOS

49:2,13 50:6
51:14 52:7,24
53:22 54:6
55:1 63:4,7

**images** 9:15
10:1,12

**incident** 9:4
10:3,13 15:4
27:2 28:4
30:15 35:16
39:10 55:4
56:9 57:7,14
58:24 60:17

**included** 61:21
64:20

**incorporate**
8:14

**incorporated**
55:18

**independent**
59:21

**INDEX** 3:1

**indicated** 61:17
62:8 68:19

**indicates** 41:5

**individually**
1:15 2:8 5:7

**information** 9:7
19:9 34:24
39:25 57:6
58:1

**initially** 34:5

**instance** 31:18

**instead** 50:4
60:12

**instructs** 8:8

**insurance**
31:14,17,18

**intend** 26:5

**intent** 7:15

**interested** 28:6
67:15

**interned** 35:24

**interrogatories**
3:8,9 30:3
32:10,25
36:8,18

**Interrogatory**
33:2

**interrupt** 8:13

**introduce** 5:12

**inventory**
46:2,24 47:7

**investigation**
62:2,5

**invited** 36:2,4
58:8

**invoice** 35:22

**invoices** 35:15

**involved** 67:14

**irrelevant**
10:25

**IRS** 9:7

**issues** 21:22

**Item** 8:25 9:6

**items** 8:5
45:6,13 56:1
61:16 62:19

**It'll** 51:16

**I've** 28:16

**J**

**J-A** 12:8

**James** 1:8 2:2,9
5:6,17 14:13
31:25 35:20
48:22 55:20

**Jamiyah** 1:6,23
2:2 4:3 5:4,5
60:21

**Jimenez** 2:9 3:3
5:17 6:12
54:12,13,17
55:15,22,23
57:10,12
60:15,19 64:23

**jjimenez@rrbpa.
com** 2:12

**jmarrese@hmeleg
al.com** 2:6

**job** 7:17

**Johari** 24:5,9
63:4

**John** 2:3 5:15

**Johnson** 33:13
34:12 37:25
38:7,9,10

**Joshua** 1:14 2:7
5:6,18 6:10

**Judgement/Order**
3:10

**Judgment** 40:4

**July** 39:10
60:23

**jump** 56:17

**June** 1:24 4:6

**5:11 38:15,16
67:17

**Justice** 53:13

**K**

**killed** 27:5

**killing** 49:24

**KIMBERLY** 1:25
4:10 66:16
67:6,23

**knowledge** 35:1
55:2,25
56:11,15 62:18

**L**

**labels** 39:15

**Laboratory** 3:14

**lab's** 62:15

**Lane** 12:19

**Large** 67:7

**last** 7:10 15:23
16:17 17:6
20:22 21:15
22:7 23:5,20
32:22 33:9
36:13 38:6
60:14

**later** 34:25
35:3

**law** 59:1,3

**lawsuit** 6:9 9:4
10:4,9,14 27:3
28:4 30:15
35:17 39:1
52:13,19,20
53:8,23

**lawyers** 38:24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

57:23

**lay** 49:14 58:17
59:9

**lead** 63:2

**legal** 49:8
53:3,7 59:6

**Let's** 11:23

**Letter** 69:5

**letters** 32:1

**LHP** 5:10

**liens** 35:14

**life** 15:2 31:18

**Linda** 24:5,7
33:12 36:6
63:5

**LINE** 68:3

**list** 33:6 45:2
46:24

**lists** 47:10

**live** 12:16
13:3,4,5
14:1,5,9,18,21
24:7 25:4

**lived** 13:1,22
15:1,16 33:12
38:19

**lives** 37:25

**living** 15:13
17:1 24:1
26:11

**LLC** 2:4

**loans** 26:14

**located** 20:3
24:22

**location** 16:16

**locked** 53:16
54:20

**long** 13:1 15:16
16:10 19:18
29:17

**loss** 33:6

**lot** 46:9

**loud** 36:11

**loved** 37:13,14

**Lowery** 1:8 2:2
5:6 10:13
11:10,13
14:13,16 15:13
26:19 30:21
31:3,9,25 32:5
33:11,12
35:15,20,24
37:12,17 39:9
48:22 54:9

**Lowery's**
23:2,17 31:22
37:25 39:5
42:9 44:20

---
M
---

**ma'am** 6:1
32:18,19 46:7
54:18 55:15
58:3

**major** 25:20

**marijuana**
47:16,21

**Marion** 24:16,18

**mark** 30:11
35:7,9 36:20
39:21 40:3

61:9

**marked** 30:12
32:12,13 36:22
39:22 40:6
42:2,11,20
45:19 46:25
47:2 51:17
55:19 60:25

**marking** 60:22

**Marrese** 2:3 3:3
5:15
8:13,19,23
10:18 27:11,16
31:6 33:19,23
34:2,7,17,23
35:1,6,12
36:25 38:8,12
39:13,17,19
40:15,23
41:5,9,12,14,1
8,21 42:21,25
43:3,25 44:23
45:8,15 46:4
47:3,13
50:2,15,21
51:3,13,18,23,
25 52:6,16,22
53:11 54:4
55:20 57:8
60:14,21 61:2
62:22 63:25
64:11,13,25
65:9,11

**married** 37:19

**master's**
25:14,15 26:5

**matches** 39:25

**materials** 62:19

**maternal** 18:4

37:11

**Matilda** 47:25
48:1

**matter** 68:17

**matters** 10:24

**Matthew** 48:11

**may** 4:11 7:4,25
8:5,9 9:3,16
27:13 30:6,14
32:20 33:21
47:19 54:12
58:7 64:4,6,8

**maybe** 17:11,15
34:13 38:14
41:9 50:9
59:13

**McCall**
13:11,13,14,17
,18

**M-C-C-A-L-L**
13:13

**McLaughlin** 2:4

**McNicholas**
48:15

**me.I** 68:18

**mean** 50:22
51:11 53:15

**means** 19:2

**meant** 57:20
60:11

**medical** 30:21
35:21 47:16,21

**medicals** 9:1

**mention**
45:21,24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

mentioned 18:18

messages 17:19

middle 1:2 12:9

MILESTONE 4:4

mind 41:18

minute 55:6
  61:9

misconduct
  54:20

miss 19:3,5

mistake 57:20

mistaken 27:21

mis-targeted
  27:18

mister 62:9

M-I-Y-A-H 12:8

modify 37:9

mom 16:2 17:22
  18:1,16,22
  38:11

moment 32:20
  54:18

momentarily
  11:24

mom's 18:1 24:6

money 3:14
  19:13 20:16,20
  44:10
  46:8,9,12
  54:24 61:21

month 19:17
  22:1 38:16

monthly
  17:15,16

months 40:12

morning 5:2,16
  6:5,6

mother
  14:2,3,10,12
  20:18 23:2,11
  24:1 33:12
  36:6 37:19,25
  63:5

mother's 14:3
  15:25 17:5
  19:11 20:19
  21:17 22:9
  37:22

myself 6:7

---
N
---

Nathan 1:14 2:7
  5:6,18

nearby 24:24

negligence
  58:15
  59:18,22,25

negligent 60:4

newspaper 56:20

night 62:20

nobody 59:17

nod 7:1

None 22:21,22

noon 55:11

nor 67:14

normal 6:25

Notary 4:10
  66:17 67:6,24

notes 54:14

nothing 5:25

notice 3:6 7:23
  9:1 30:9,11
  41:6,17

November 3:12
  40:22 43:8,24

---
O
---

OATH 66:1

obituary 58:10

object
  8:5,10,16,17

objecting 8:15

objection 8:21

objections 7:22
  52:22 53:11

objectively
  59:4

objects 8:7

obligation
  34:23

obtain 19:8
  34:23

obtained 43:1

obviously 30:17
  34:20

Occupation
  43:22

occurred 15:5
  27:4 33:17
  39:10

offered 37:9

office 3:13
  28:8,20 44:19
  48:11 57:25

officer 27:25
  30:18 42:9,18
  48:15 49:23
  51:1
  53:18,20,24
  54:19 56:13
  57:14,17 58:24
  59:4 60:4

officers 59:1

officer's 50:20

Oh 16:21 17:25
  18:2 35:10
  38:12 51:25

okay 5:2
  6:14,25
  7:13,19
  8:1,4,13,19,23
  ,25 9:10 10:16
  11:10,13,23,25
  12:3,6,16
  13:10,22,25
  14:13,20,23
  15:4,13,19,23
  16:1,10,13,16,
  23
  17:4,12,14,18,
  22,25
  18:2,3,4,7,21
  19:1,8,11,25
  20:12,15,19,25
  21:3,23
  22:10,24
  23:10,14,17,25
  24:13
  25:4,7,10,20
  26:14
  27:1,7,9,15,20
  28:18,20
  29:3,9,15,17,1
  9,22,25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

30:6,17,21
31:3 32:20
33:2,4,16,25
34:11,14,16
35:2,7 36:13
37:1,11,24
38:3,6,13
39:3,19
40:2,12,20
42:4,25
43:3,10,13,21,
22 44:3 45:4
46:16,22 47:18
49:3,7,12,16
50:18 51:14,23
53:2,19
54:8,23
55:2,6,9,13
56:4,7,11,15,1
8,24
57:13,19,24
58:3,12 60:10
61:8,11,15,24
62:11,18,22
63:8,12,15,19,
21,22,25
64:17,21
65:2,5,10

**old** 9:21
13:14,18,20,23

**ones** 55:25

**online**
56:21,23,24

**opinion** 37:12
59:15

**opinions** 10:6

**opposed** 50:1

**Orange** 2:14
66:4 67:4

**order** 18:19
25:5 40:4
47:20 63:22
64:2

**ordering** 18:19

**original** 68:21

**Orlando** 1:3
2:15 4:5

**others** 47:19

**Otherwise** 6:22
8:9

**ours** 65:3

**ourselves** 7:2

**outside** 34:18

**outstanding**
35:14,19

**owed** 35:20

**oxycodone** 51:8

**oxymorphone**
51:8

---
P
---

**P.A** 2:14

**p.m** 55:14
65:13,14

**page** 3:1,5
32:21,22
36:13,14
43:16,21
51:18,20 68:3

**pages** 45:4,5

**paid** 31:11
35:22

**Palm** 2:11

**particular**

10:21

**parties** 67:13

**pass** 7:25 32:11
36:9 55:17

**passed** 16:3
23:11

**passing** 11:14
14:10,12
15:14,17,24
18:15 19:11
20:8,19,23
21:1,17 26:20
30:22 31:15,22
44:10 45:7,14
46:3 51:9 52:5

**past** 33:6 39:5

**paternal** 23:1

**pay** 9:10
18:19,21 21:23
22:1 26:15
31:8

**paying** 20:12

**Payment** 21:22

**payments** 9:12
19:4,5 31:14
35:20

**Payne** 1:14 2:7
5:7,18 6:11
49:1 53:24
54:20 55:4
56:13 57:14,17
58:13,20,24
59:4 60:4

**PDF** 64:25 65:4

**people** 59:2

**Perfect** 5:21

**perhaps** 6:12

**period** 28:24

**person** 27:18,21
33:7 44:12,20
48:4 49:14
58:17 59:9
62:20

**personal** 1:7
2:2 5:5 31:24
35:1 48:21
62:18

**personally** 66:7

**persons** 30:19

**Pertaining**
21:20

**pertains** 39:9

**phone** 17:19,21
29:15 44:4,5,7

**phones**
11:5,14,15,18
46:8 63:9,13

**phonetic** 47:25

**photograph** 22:8
47:17

**photographs**
3:14,15 9:15
10:1,12 29:20
46:23 47:7,16
55:24 61:21

**photos** 55:16

**plaintiff** 1:10
2:2 5:15 10:19
33:10 34:20
59:10

**Plaintiff's**
3:7,8,16 5:13



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**   **www.MILESTONEREPORTING.com**   Toll Free 855-MYDEPOS

plan 26:12

please 5:12,22
    6:20,22
    7:10,16 12:6
    27:7 32:15
    33:3,6 36:10
    39:24 40:8
    43:5,15 45:1
    64:25

PLLC 2:9

police 1:17 2:8
    5:8 11:6,20
    27:25 29:22
    30:17 62:1,4

pose 8:20

posed 7:22

possesses 11:17

possession
    45:7,13
    46:3,10 56:1,5
    63:17

potential 33:5

prefer 8:17

preparation
    28:10,25

prepared 44:17

prescribed
    19:21

presence 34:18
    52:3 62:8

present 9:8,12

previous
    47:7,10 52:13

prior 40:24

privileged 28:8

49:16

Probable
    41:17,22

probate 31:25

probation
    3:10,11
    40:5,13
    42:1,5,9,14,17
    ,18 43:7 48:15

problem 65:5

Procedure 4:8

proceeding 7:3
    67:9,10

proceedings 3:2
    5:1 55:3

produced
    10:17,20 39:13
    42:22 44:21
    46:25 51:16
    66:10

Production
    10:22

professional
    7:19 26:11

prompt 7:4

prove 9:16

provided 30:4

psychiatric 9:1
    58:4

psychological
    9:2 58:4

Public 4:11
    66:17 67:7,24

publication
    56:21,25

pull 57:21
    60:11

pulled
    60:8,11,12

purpose 38:23

purposes 7:4

pursuant 4:7

pursue 26:5

pursuing 25:13

_____
        Q
question
    6:21,22 7:10
    8:8,9 27:11
    31:6 33:4,19
    34:2,7 38:8
    40:23 50:2
    51:3 52:13
    59:24 60:14

questioning
    8:14

questions 6:11
    7:15 30:4
    60:22 61:4,16
    62:23

_____
        R
Rah'kiya 13:11

R-A-H-'-K-I-Y-A
    13:13

raise 5:22

raised 13:25

Ramon 2:13 5:19
    6:8

rather 8:13
    64:7

reached 62:4

reading 4:12
    56:19 57:4

really 38:5
    52:24

reason 7:9
    14:9,11 27:6
    43:23 45:12
    46:13 50:4,7
    52:9 58:11
    68:3

reasonable
    50:12,18

reasonableness
    59:16

reasons 68:19

recall
    15:5,7,18 17:8
    18:20 20:24
    21:8 23:3,5,21
    34:9 44:6 49:2
    57:3
    61:3,18,22
    62:9 63:9,17

receive
    31:14,20

received 9:3
    32:4 58:3

recently 23:3

recess 12:2
    37:3 55:12

recognize 44:23

record 5:3,13
    7:6 8:22 10:18
    11:1,23,25
    12:4,7,13
    37:1,4



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

55:11,14 63:9
65:12 67:10
68:19

**recorded** 7:3

**recording** 10:12

**recordings** 9:15
10:1

**records** 9:2

**recover** 33:5

REDIRECT 3:4
62:24

**refer** 33:2

**reference** 3:14
8:14

**referring** 10:24

**regarding**
9:2,6,11,21
10:9,13 11:4
28:3 37:8,11
39:9 40:5
44:19 52:13
53:21 54:2
55:4 57:14
63:2

**regardless** 9:23

**registry**
47:17,22

**regular** 64:14
65:3

**related** 29:22
67:13

**relationship**
22:19

**relatives** 22:11
24:1 63:2

**remember**
21:10,12,15
23:21 28:14

**rent** 34:13

**repeat** 34:3
35:18

**report**
3:12,13,15
42:17 44:17
51:7,15 52:10
62:11 67:8

**reported** 31:4

**reporter** 1:25
4:11 5:2,21
6:2 11:25 12:3
24:17,19
37:1,4
46:18,21
55:10,13
64:6,14,17,21,
24
65:2,5,10,12
66:17 67:6,24

REPORTING 4:4

**reports** 10:7
62:7

**represent** 6:8

**representative**
1:7 2:2 5:5
31:24 48:21

**represents**
28:19

**request** 10:22
11:7 68:18

**requests** 10:20

**required** 8:7,10

**respect** 10:19

**respondents**
10:7

**response**
10:21,23

**responsive**
10:20

**rest** 45:4 46:17
51:22

**result** 9:3 10:3
31:15,22 35:16
58:4

**results** 54:25

**retained** 10:8

**retrieved**
11:5,20

**returns** 9:7

**review** 28:10,13
29:25 30:1,3
32:15 39:24
43:5 45:1
54:14 64:7

**reviewed**
28:14,16 29:19
30:7 45:1 47:5
55:24

**reword** 50:16

**Reynolds** 2:9

**Robert** 13:17

**Roberts** 1:25
2:9 4:10 66:16
67:6,23

**Robinson** 1:6,23
2:2 4:3,4
5:4,5,22 7:13
8:25 12:10,12

13:9 14:4,5
15:24 24:11
32:8 37:7,12
41:24 43:6
47:5,6 52:3
63:1

R-O-B-I-N-S-O-N
12:11

**roof** 17:7,9

**Roper** 2:14

**rule** 8:6

**rules** 4:7
6:19,20

**running** 56:16
59:13,15

**Rush** 48:11

**rvazquez@roperp
a.com** 2:17

---
S
---

**save** 44:7

**saw** 15:23 38:20
46:24

**scene** 61:17,24

**scholarships**
26:14

**school** 25:5

**Science** 25:22

**season** 21:4

**second** 39:20

**Security** 12:14

**seeking** 33:5,7
54:19,24

**seen** 8:2 11:15
16:17 28:3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**    www.**MILESTONEREPORTING**.com    **Toll Free 855-MYDEPOS**

39:3 47:6 56:8
60:16 61:13
62:11 63:12

**send** 18:17
19:13 20:20

**sentence** 33:9

**separate** 44:18
58:12

**series** 46:23
61:16,21

**service** 16:14

**services**
33:6,11

**Sheet** 68:20

**Sheriff's** 3:13
44:18 48:11

**she's** 14:6 35:4

**shooting** 61:18

**short** 36:24

**shot** 27:24
56:17 62:20

**shown** 61:20

**sibling** 13:16

**siblings**
13:7,10 23:23

**sibling's** 37:20

**Sign** 69:5

**signature** 32:22
36:15 41:3

**signed** 68:19

**significant**
44:10

**signing** 4:12

**similar** 45:5

**sir** 6:17,24
7:7,12,20
8:3,12
9:5,9,13,19,24
10:5,10,15
11:9,12,16,19,
22 12:15
13:21,24
14:15,19
15:3,12,15,20,
22 16:5,15
17:3,13,17
18:6,9,13,23
20:10,14,21
21:2,5,14,18
22:3,6,16,18,2
3 23:9,19,24
24:3,12,14,25
25:6,9,23
26:3,7,18,25
27:14
28:2,5,12
29:2,6,8,16,21
,24
30:2,5,16,20,2
5
31:2,5,10,13,1
6,19,23
32:7,19,23
33:1,15 35:23
36:2,4,16,19
37:10,15
38:2,22
39:2,4,7
40:1,11,14,19
41:16 42:6,15
43:9,12,14,18,
20
44:1,8,13,15
45:3,10,16,23

46:1,11,15
47:9,12,23
48:2,5,9,13,17
49:6,9,11
50:11 52:11
53:6 54:22
55:5
56:3,6,10,14,2
2
57:1,3,11,15,1
8 58:2,6,10
60:18
61:14,19,23,25
62:3,6,10,13,1
7,21
63:11,14,18,20
64:21

**sister** 23:17
24:2,5 63:4,16

**Sitting** 59:21

**situation**
60:5,6

**Smiles** 19:25
20:2

**Social** 12:13

**sold** 45:22,25

**sole** 54:8

**solemnly** 5:23

**somebody** 37:19

**someone** 13:4

**somewhere** 20:10

**sophomore**
25:11,12,13

**sorry** 14:7 20:1
29:11,13 30:9
36:3 38:11,12
41:23 49:13

50:6

**sort** 31:21

**sought** 9:22

**sound** 15:11

**source** 57:22
58:1

**South** 2:4,14
12:17,23
14:23,25 15:1
16:3 20:4
24:8,23

**speak** 23:18
38:24

**speaking**
23:6,21 57:23
61:13

**special** 10:2

**specific** 60:7

**specifically**
8:8

**speculating**
50:25

**speed** 34:19

**spell** 12:6
13:12

**spoke** 20:22
21:16 23:20

**spoken** 23:1
62:1

**stamps** 42:22

**standing** 8:21

**start** 20:5

**started** 18:16
20:10



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

starting 5:13

state 4:11
12:6,22
66:3,18 67:3,7

stated 54:18

statements
57:13

STATES 1:1

stay 16:23 17:9
25:1

stayed 17:6

staying 17:5

Steward 3:14

STIPULATION 4:1

stop 49:23

strain 37:21

STREET 4:5

stubs 9:10

student 24:13
49:4

studies 26:15

stuff 57:23

subject 9:4
10:4,14,24
27:2 28:4
30:15 35:16
39:25

submitted 9:21
67:17

substances
44:11 52:4
61:22 62:8,15

substantiates
10:2

sued 49:16,18

Suite 2:5,10,15
4:5

Supplement 3:13
44:17

supplemental
3:8 36:8

support
18:12,15,18,19
,21 19:12
22:10

supportive 33:6

sure 6:18
8:19,23 11:2
14:22,23 17:11
18:11,25
19:7,10,17,19,
22 20:18 23:7
24:10 26:21
28:15 34:22
35:6,19,25
38:5 41:20
42:24 49:2
52:7,24
54:6,15 55:8,9
60:8

survivor 33:4

suspect
27:9,13,15

suspected 45:25

Sutphen 2:14

swear 4:12 5:23

sworn 66:8

system 62:9,16

---

T

talk 7:1 17:23

20:25 21:3,6,9
39:1

talked 28:25
62:14

talking 11:8
41:7

tangible 9:16
10:2,13

taser 46:8
57:21 60:12

tax 9:7

Tecum 7:21 8:16

Telephone
2:6,11,16

testified 56:7

testimony 5:23
37:8

testing 62:15

text 17:19

Thank 5:21 6:2
11:1 14:8
24:19 35:11,12
36:20,23,25
38:12 40:2,20
41:21 44:3,23
48:18 56:7
60:21 62:23
65:11

thanks 41:21,23
47:3 51:23
64:13

That'll 52:12

themselves 5:13

therefore 22:13

there's 39:15

47:15,16 48:14
55:20 59:18

they're 45:5

throughout 22:4

titled 41:16

Titusville
1:17,18 2:8,13
5:8,9,20 6:9
10:23
49:1,17,19
52:14
53:4,20,21,23
54:1,3 61:5
63:3

Titusville's
3:7,9

today 6:11,16
7:14 8:2 59:21
62:12 64:9

today's 5:11
28:10 29:1

Tom 48:6

top 41:23

towards 34:12
35:15

Townsend 2:14

toxicology 3:14
51:7,15 52:10
62:7,15

train
49:20,21,22
51:1,2

training 49:8
50:1

transcribe 64:6

transcribed 7:3



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

transcript 4:13
 63:23 64:3,15
 66:7 67:9
 68:16,21

treatment 9:3
 22:5 58:4

true 67:9

trust 64:5

truth 5:24,25

trying 56:17
 59:1

Tuzzio 2:9

type 9:11,23
 35:21 56:22

typed 45:4
 47:11

_____
       U
_____

uh 6:25

Uh-huh 15:9
 46:18 53:25

uh-uh 7:1

ultimately
 50:20

undergrad 25:17

underlying 9:17
 27:21

undersigned
 66:6

understand 6:22
 7:2,6,16,20
 8:11 10:16
 11:6,10 25:7
 41:11 52:19
 53:2,5 54:23
 59:7,25

understanding
 11:13 15:9
 27:1,4,17
 58:16,18
 59:10,22
 60:3,11

understood 6:23
 7:11

unemployed
 43:22,23

unfortunately
 50:14

UNITED 1:1

university
 24:16,18 25:2

unless 8:8,16
 39:15

unreasonable
 59:5

unsure 22:14,25
 26:12 30:23
 32:3 38:16
 53:22 63:7

upon 11:7 68:18

upset 7:16

_____
       V
_____

value 33:5

Vazquez 2:13
 3:2,4 5:19
 6:4,8
 8:17,20,24
 11:2,3,23 12:5
 24:21 27:12,19
 30:9,13 31:7
 32:8,14
 33:20,24

34:4,10,22,25
35:3,7,11,13
36:20,23 37:6
38:10,17
39:8,16,18,21,
23
40:2,7,16,20
41:2,8,11,13,1
6,20,24
42:3,7,12,16,2
4 43:1,4
44:2,16,25
45:11,17,20
46:6,16,20,22
47:4,14
48:19,20
50:5,17,24
51:5,14,21,24
52:2,8,18
53:1,14
54:7,11 55:9
61:4 62:7,25
63:21
64:2,16,19
65:3,8

verification
 9:11 32:21
 36:14

verified 35:4

video 4:3 5:3
 9:15 10:1,12
 12:3 37:4 56:8
 60:17 64:18
 65:1,2

videos 28:3
 30:1

videotaped 5:3

violation
 3:11,12

42:1,5,8,14,17
43:7

violence 27:23

visit 16:23,25
 38:3,23
 43:10,16

visited 38:6

visiting 37:22

_____
       W
_____

W-2 9:10

W-9 9:11

waive 64:4,7,10

waived 4:13

wake 16:14 36:1

wasn't 36:2,4

weapon 60:9

website 56:25

Wednesday 29:4

week 29:5

weeks 29:12,14

welcome 24:20

we'll 30:11
 35:7 36:20
 39:21 61:8

we're 7:14 8:4
 15:4 35:8,9
 48:19 55:8
 64:2 65:8

West 2:11

We've 49:3

whatsoever 10:8
 62:19

whether 64:9



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

| | | | |
|---|---|---|---|
| **White** 19:25<br>  20:2 |   28:18,25 47:5<br>  63:12 | | |
| **whole** 5:24<br>  16:12,13 | ──────────<br>Z<br>──────────<br>**ZIP** 12:24 | | |
| **who's** 53:22 | **Zoom** 28:16 | | |
| **witness** 4:12,13<br>  6:1 10:8<br>  24:18,20 27:17<br>  34:3,9,19<br>  35:10 38:14<br>  44:1 45:10,16<br>  46:5<br>  50:3,16,22<br>  51:4 52:7,24<br>  53:13 54:6<br>  57:11 64:12<br>  66:6 | | | |
| **witnessed** 30:14 | | | |
| **working** 26:12 | | | |
| **world** 41:14 | | | |
| **would've** 16:3<br>  21:16 23:14<br>  24:1 | | | |
| **write** 43:17,19 | | | |
| **written** 30:4 | | | |
| **wrong** 27:18<br>  39:15 | | | |
| **wrongful** 27:5 | | | |
| ──────────<br>Y<br>──────────<br>**Yep** 55:9,22 | | | |
| **yet** 25:18,19 | | | |
| **You'll** 64:11 | | | |
| **younger** 18:25 | | | |
| **yourself** 13:3 | | | |
| **you've** 13:22 | | | |



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS