**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMIYAH ROBINSON,
as Personal Representative of the
ESTATE OF JAMES LOWERY,
Deceased,

No. 6:23-cv-01313

Plaintiff,

v.

JOSHUA NATHAN PAYNE, individually
and as an agent and employee of the
Titusville Police Department, and
CITY OF TITUSVILLE, FLORIDA,

Defendants.

---

**_UNOPPOSED_ PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**FOR PARTIES TO FILE FINAL PRETRIAL MOTIONS**

---

Plaintiff, Jamiyah Robinson, as Personal Representative of the Estate of James Lowery, deceased, by and through her undersigned counsel, respectfully requests that the Court extend the parties' deadline to file final pretrial motions by ten (10) days, from July 27, 2026, to August 6, 2026. As set forth below, Plaintiff's counsel (John Marrese) conferred with counsel for Defendant City of Titusville (Ramon Vazquez) and counsel for Defendant Joshua Payne (James Jimenez), and Defendants do not oppose the relief sought here. Plaintiff states the following in support:

On April 14, 2026, the Court entered a second amended scheduling order, resetting the trial date in this matter to September 1, 2026, setting a pretrial conference

for August 18, 2026, setting the deadline for the filing of the parties' pretrial statement for July 20, 2026, and setting the deadline for the filing of all other pretrial motions for July 27, 2026. (Doc. 106.) Defendant City of Titusville's motion for summary judgment (Doc. 89), Defendant Payne's motion for summary judgment (Doc. 91), and Defendants' joint motion to exclude report and testimony of Andrew J. Scott III (Doc. 84) remain pending.

Plaintiff's counsel is scheduled to begin a five-day trial on Monday, July 27, 2026, which will require Plaintiff's counsel to travel out of state from Sunday, July 26, 2026, through Friday, July 31, 2026, at a minimum. Plaintiff's counsel is preparing for that trial contemporaneously with preparing Plaintiff's pretrial filings in the instant matter (many of which are due July 20, 2026) along with Defense counsel. Based on Plaintiff's counsel's trial and the other deadlines on which Plaintiff's counsel is working in this matter, Plaintiff's counsel respectfully requests that the Court extend the parties' deadline to file final pretrial motions, from July 27, 2026, to August 6, 2026 (with responses due August 13, 2026, in advance of the August 18 final pretrial conference).

This request is made in good faith for the purposes of pursuing this matter on the merits and to accommodate concurrent deadlines in this matter and another matter set for trial, and not for the purpose of delay.

### Local Rule 3.01(g) Certification

Pursuant to the local rules, on July 10, 12, and 14, 2026, counsel representing Plaintiff, John Marrese, conferred via email with counsel representing Defendant the

City of Titusville, Ramon Vasquez, and counsel representing Defendant Joshua

Payne, James R. Jimenez, and Defendants do not oppose the relief sought herein.


Dated: July 14, 2026                    Respectfully submitted,

                                        Jamiyah       Robinson,       as      Personal
                                        Representative of the Estate of James Lowery,
                                        Deceased


                            By:    /s/    *John Marrese*
                                          John Marrese

Ben Crump
Natalie Jackson
BEN CRUMP LAW
122 S. Calhoun Street
Tallahassee, Florida 32301
(800) 713-1222
ben@bencrump.com
natalie@nataliejacksonlaw.com

Steven Hart*
Brian Eldridge*
John Marrese* (*Lead Counsel Pursuant to L.R. 2.02(a)*)
Paige Smith*
HART MCLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, IL 60603
(312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

Kevin Edwards*
EDWARDS INJURY LAW
226 Baldwin Avenue
Charlotte, NC 28204

3

(980) 400-3244
kevin@edwardsinjury.com

*Attorneys for Plaintiffs*

*Under Special Admission